3

United States District Court
Southern District of Texas
FILED

DEC 12 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| GREATER BROWNSVILLE INCENTIVES CORPORATION, Plaintiff § § § § | |
| VS. § § | CIVIL ACTION NO. B-03-224 |
| TITAN INTERNATIONAL, INC., Defendant § § § § | |

## LIST OF COUNSEL OF RECORD

1. Brian G. Janis
   State Bar No. 10570300
   Sanchez, Whittington, Janis & Zabarte, L.L.P.
   100 North Expressway 83
   Brownsville, Texas 78521
   (956) 546-3731
   Fax (956) 546-3766
   Attorney for Plaintiff

2. James R. Goza,
   State Bar No. 08239600
   City Attorney, City of Brownsville, Texas
   P.O. Box 911
   Brownsville, Texas 78522
   (956) 548-6011
   Fax (956) 546-4291
   Of Counsel for Plaintiffs

3. Michael Rodriguez
   State Bar No. 00791553
   Federal Admissions No. 18759
   Michael Rodriguez, P.L.L.C.
   1000 E. Madison
   Brownsville, Texas 78520
   (956) 574-9333
   Fax (956) 574-9337
   Attorney for Defendant

6