```
                                                United States District Court
                                                 Southern District of Texas
                                                         FILED
      IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF TEXAS          DEC 1 2 2003
              BROWNSVILLE DIVISION
                                                    Michael N. Milby
                                                     Clerk of Court
```

| | |
|---|---|
| GREATER BROWNSVILLE § | |
| INCENTIVES CORPORATION, § | |
| Plaintiff § | B-03-224 |
| § | |
| VS. § | CIVIL ACTION NO._____ |
| § | |
| § | |
| TITAN INTERNATIONAL, INC., § | |
| Defendant § | |

## INDEX OF DOCUMENTS FILED WITH DEFENDANTS' NOTICE OF REMOVAL

1. Civil Cover Sheet

2. Defendants' Notice of Removal with following attachments:

   a. State Court's Docket Sheet
   b. Plaintiffs' Original Petition
   c. Project Agreement
   d. Special Warranty Deed
   e. Titan Press Release – 07/23/03
   f. Letter from Brian G. Janice to Mr. Maurice Taylor, Jr. re: project agreement between Greater Brownsville Incentives Corporation and Titan Wheel International, Inc. – 08/21/03
   g. Citation served on Titan International, Inc.

3. List of Counsel of Record

4. Certificate of Notice of Removal

5. Notice of Notice of Removal

6. Notice of Removal to District Court

7. Index of Documents Filed with Defendants' Notice of Removal

15