IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 0 6 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| GREATER BROWNSVILLE INCENTIVES CORPORATION, Plaintiff | § § § § |
| VS. | § CIVIL ACTION NO. B-03-224 § § |
| TITAN INTERNATIONAL, INC., Defendant | § § § |

## DEFENDANT'S, TITAN INTERNATIONAL, INC., CERTIFICATE OF FINANCIALLY INTERESTED PARTIES

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Pursuant to the Court's Order for Conference and Disclosure of Interested Parties, Defendant Titan International, Inc, certifies that the only persons, associations, etc., that are known to this Defendant to be financially interested in the outcome of this litigation are:

1. Greater Brownsville Incentives Corporation, Plaintiff

2. Brian Janice, Plaintiff's attorney

3. Titan International, Inc., Defendant

4. Michael Rodriguez, Defendant's attorney

Signed on January 6, 2004

Respectfully submitted,
MICHAEL RODRIGUEZ, P.L.L.C.
1000 East Madison Street
Brownsville, Texas 78520
Telephone: (956) 574-9333
Facsimile: (956) 574-9337

By: _____
Michael Rodriguez
State Bar No.00791553
Federal I.D. No. 18759

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true copy and correct copy of this instrument has on January 6, 2004 been forwarded via certified mail, return receipt requested to:

Brian G. Janis
Sanchez, Whittington, Janis & Zabarte, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521
(956) 546-3731 telephone
(956) 546-3766 facsimile

James R. Goza
City Attorney, City of Brownsville, Texas
P.O. Box 911
Brownsville, Texas 78522
(956) 548-6011 telephone
(956) 546-4291 facsimile


Michael Rodriguez