UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GREATER BROWNSVILLE INCENTIVES CORPORATION, | § § | CIVIL ACTION |
| Plaintiff | § § | |
| VS. | § § | NO. B-03-224 |
| TITAN INTERNATIONAL, INC., | § § | |
| Defendant | § | |

**PLAINTIFF'S CERTIFICATE OF FINANCIALLY INTERESTED PARTIES**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, as Plaintiff, GREATER BROWNSVILLE INCENTIVES CORPORATION, hereinafter "GBIC," by and through its undersigned counsel, and advises this Court of all known entities (to GBIC) who are financially interested in this proceeding, as follows:

1 - GREATER BROWNSVILLE INCENTIVES CORPORATION, Plaintiff.

2 - Brian G. Janis, counsel for Plaintiff.

3 - <u>TITAN INTERNATIONAL, INC.</u> (understood to be publicly traded), Defendant.

4 - Michael Rodriguez, counsel for Defendant.

5 - TITAN TIRE CORPORATION OF TEXAS, a subsidiary of Defendant (operating in Texas).

DATED this 13th day of January, 2004.

Respectfully submitted,

GREATER BROWNSVILLE INCENTIVES
CORPORATION, Plaintiff

PLAINTIFF'S CERTIFICATE OF FINANCIALLY INTERESTED PARTIES - PAGE 1

BY: _____
Brian G. Janis

Southern District Of Texas
Federal Admissions ID. No. 1201
(Texas State Bar No. 10570300)

OF COUNSEL:                    ATTORNEY-IN-CHARGE FOR PLAINTIFF

SANCHEZ, WHITTINGTON, JANIS    100 North Expressway 83
  & ZABARTE, L.L.P.            Brownsville, Texas 78521-2284
                               Telephone: 956/546-3731
                               Telefax: 956/546-3766


## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing GBIC's Certificate Of Financially Interested Parties has been served upon Michael Rodriguez, counsel of record for TITAN, at 1000 East Madison Street, Brownsville, Texas 78520, by mailing same United States Mail, postage prepaid and properly addressed, and by hand-delivering same, on this 13th day of January, 2004.

_____
Brian G. Janis