| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
ENTERED

FEB 0 9 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

GREATER BROWNSVILLE § 
INCENTIVES, CORP. §
§
*versus* § Civil Action No.: B-03-224
§
TITAN INTERNATIONAL, INC. §
§

# Order Re-Setting Conference

1. The scheduling conference set for February 23, 2004 has been moved-up to:

**February 19, 2004 at 2:00 p.m.**

Before the Honorable Hilda G. Tagle
United States District Judge
Third Floor-Courtroom No. 3
United States Courthouse
600 E. Harrison Street, #306
Brownsville, Texas 78520

2. Each party shall appear by an attorney with full knowledge of the facts and authority to bind the client.

3. Counsel in charge of a case must appear at all hearings or conferences. A motion to appear on behalf of the attorney in charge will be granted only upon showing of good cause, and only if the attorney to be substituted is familiar with the case and has authority to bind the client. The motion to appear must be ruled on in advance of the hearing or conference date.

Signed on _February 9_, 2004, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge