UNITED STATES DISTRICT COURT ✯ SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED
FEB 2 0 2004
Michael N. Milby
Clerk of Court

Greater Brownsville Incentives Corporation §

versus § Civil Action No. B-03-224

Titan International, Inc. §

United States District Court
Southern District of Texas
FILED
FEB 19 2004 2:15
Michael N. Milby, Clerk of Court

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waived their right to proceed before a District Judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| Michael Rodriguez | Titan International, Inc. | 2/19/04 |
| Brian G. Janis | Greater Brownsville Incentives Corporation | 02-19-04 |

## ORDER TO TRANSFER

This case is transferred to United States Magistrate Judge **Felix Recio** to conduct all further proceedings, including final judgment.

2/19/04
Date

_____
United States District Judge

**NOTE**: *RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.*