United States District Court
Southern District of Texas
FILED

FEB 2 0 2004

Michael N. Milby
Clerk of Court

# CHAMBERS MINUTES

Felix Recio, United States Magistrate Judge
Southern District of Texas, Brownsville Division

Date:        February 19, 2004, 2:30 pm

---

### C.A. NO. B03-224 (636(c))

---

| | | |
|---|---|---|
| GREATER BROWNSVILLE INCENTIVES | * | Brian G. Janis |
| VS | * | |
| TITAN INTERNATIONAL, INC. | * | E. Michael Rodriguez |

---

### INITIAL PRETRIAL & SCHEDULING CONFERENCE

Attorneys Janis and Rodriguez appeared.

The parties agreed to the docket dates. A scheduling order will be issued.

A hearing on the Motion to Remand is set for March 29, 2004, at 9:00 a.m.