# COURTROOM MINUTES

Felix Recio, Judge Presiding
Southern District of Texas, Brownsville Division

Clerk:       M Garcia
ERO:         B Vasquez
Law Clerk:   M Knicley
CSO:         T Yanez

United States District Court
Southern District of Texas
FILED

MAR 29 2004

Michael N. Milby
Clerk of Court

Date:        March 29, 2004 at 09:00 a.m.

## CV NO. B-03-224 (636(a))

| Greater Brownsville Incentives Corp. | * | B. G. Janis |
| vs | | |
| Titan International Inc | * | E. M. Rodriguez |

### HEARING ON PLAINTIFF'S MOTION TO REMAND

Brian G Janis present for the Plaintiff;
E Michael Rodriguez present for the Defendant;

The Court addresses counsel and states some of the background of the case;

B Janis addresses the Court and states he proposes to enter Titan Tires of Texas as a party and will be doing so after a ruling is made on the Motion to Remand;
Counsel proceeds to state that Titan Tires of Texas has an interest in the land;

M Rodriguez addresses the Court and states Titan Tires of Texas owns the land on which Titan International sits on;
Counsel states this is a case of diversity jurisdiction;

The Court addresses B Janis and states that more information is needed on Titan Tires of Texas and what interest they have, other than appearing on the deeds;
The Court will retain jurisdiction;

M Rodriguez to submit an order as to the Court's ruling;

Court adjourned 9:32 a.m.