United States District Court
Southern District of Texas
ENTERED
APR 0 6 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED
APR 0 6 2004
Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GREATER BROWNSVILLE INCENTIVES CORPORATION, | § § § | |
| Plaintiff | § | |
| VS. | § | CIVIL ACTION NO. B-03-224 |
| | § § | (636(c)) |
| TITAN INTERNATIONAL, INC., | § | |
| Defendant | § | |

### ORDER

On the 29th day of March, 2004, came on to be considered Plaintiff's **Motion to Remand** in the above entitled and numbered action. After consideration of the pleadings, motions and argument of counsel, this Court is of the opinion that the Plaintiff's Motion to Remand should in all things be **DENIED**.

**IT IS THEREFORE, ORDERED ADJUDGED AND DECREED** that Plaintiff's Motion to Remand is hereby **DENIED**.

Done on 6th day of April, 2004, at Brownsville, Texas.

_____
United States Magistrate Judge