United States District Court
Southern District of Texas
FILED

JUL 0 9 2004

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GREATER BROWNSVILLE INCENTIVES CORPORATION, | § § § | CIVIL ACTION |
| Plaintiff | § § | |
| VS. | § § | NO. B-03-224 |
| TITAN INTERNATIONAL, INC., | § § | |
| Defendant | § | |

### AFFIDAVIT OF ATTORNEY BRIAN G. JANIS

| | |
|---|---|
| THE STATE OF TEXAS | § |
| | § |
| COUNTY OF CAMERON | § |

BEFORE ME, the undersigned authority, on this day personally appeared BRIAN G. JANIS, known to me, who being by me duly sworn, deposed and said under oath that:

1 -   I am of the age of majority, of sound mind, and capable of making this Affidavit.

2 -   I am personally acquainted with the facts stated in this Affidavit.

3 -   I submit this Affidavit in support of the Plaintiff's Original Petition in the referenced action as well as the foregoing Plaintiff's Motion For Summary Judgment in this action.

4 -   I am the attorney of record for Plaintiff, GREATER BROWNSVILLE INCENTIVES CORPORATION, and submit this Affidavit in support of an award of attorney fees to Plaintiff in the amount of $30,000.00, pursuant to Chapter 38 of the Texas Civil Practice And Remedies Code, allowing for reasonable attorney fees -- in addition to the amount of costs -- in a suit on a contract (e.g., a Project Agreement), and pursuant to Section 37.009 of the Texas Civil Practice And Remedies Code, allowing for costs and reasonable and necessary attorney fees -- as are equitable and just -- in a suit for a declaratory judgment.

5 -   I have practiced law in Texas since 1981 and am admitted to practice before the United States Supreme Court, the United States Court Of Appeals for the Fifth Circuit, the United

States District Court for the Southern District Of Texas, the United States District Court for the Western District of Texas, and the Supreme Court of the State Of Texas (and all other courts of the State Of Texas).

6 -   I am familiar with litigation in general and I am therefore familiar with attorney fees generally charged in this area of the State Of Texas, including matters in and before the United States District Courts; I am also familiar with attorney fees generally charged in litigation matters of this nature.

7 -   I believe that a reasonable attorney fee for Plaintiff in this case, for the preparation and handling of a demand regarding the issues in this action, the subsequent initiation of litigation to resolve the issues in this action, the response to the removal of this case to federal court and certain pre-trial matters in this action, and the preparation and handling of the pending Motion For Summary Judgment, taking into account my services, the time expended, the complexity of the case (involving a large amount of legal research and briefing), the hourly rate, the amount in controversy and the like, is the sum of $30,000.00.

FURTHER AFFIANT SAYETH NOT.

_____
BRIAN G. JANIS

SUBSCRIBED AND SWORN TO BEFORE ME on the 9th day of July, 2004, to certify which witness my hand and official seal.



_____
Notary Public in and for
The State Of Texas

AFFIDAVIT OF ATTORNEY BRIAN G. JANIS - PAGE 2