IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 2 1 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| GREATER BROWNSVILLE INCENTIVES CORPORATION, § § | |
| Plaintiff § | |
| VS. § | CIVIL ACTION NO. B-03-224 |
| § § | |
| TITAN INTERNATIONAL, INC., § | |
| Defendant § | |

## NOTICE TO APPEAR AS ADDITIONAL COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, **Titan International, Inc.,** Defendant herein, and respectfully request that:

Henri E. Nicolas, Jr.
RODRIGUEZ & NICOLAS, LLP
319 E. Elizabeth Street
Brownsville, Texas 78520
(956) 574-9333
(956) 574-9337 – fax

be added as additional counsel of record for Defendant, **Titan International, Inc.**

WHEREFORE, Henri E. Nicolas, Jr. respectfully requests that the Court allow him to appear as additional counsel in this cause.

Respectfully submitted

RODRIGUEZ & NICOLAS, LLP
319 E. Elizabeth Street
Brownsville, Texas 78520
(956) 574-9333
(956) 574-9337 – fax

_____
MICHAEL RODRIGUEZ
State Bar No. 00791553
Federal ID No. 18759

_____
Henri E. Nicolas, Jr.
State Bar No. 24014808
Federal ID No. 26052

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this document has been served by facsimile, on the 21st day of July, 2004 to:

Brian G. Janis
Sanchez, Whittington, Janis & Zabarte, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521
(956) 546-3731 telephone
(956) 546-3766 facsimile

James R. Goza
City Attorney, City of Brownsville, Texas
P.O. Box 911
Brownsville, Texas 78522
(956) 548-6011 telephone
(956) 546-4291 facsimile

_____
Henri E. Nicolas, Jr.