IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 21 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| GREATER BROWNSVILLE INCENTIVES CORPORATION,<br>Plaintiff<br>VS.<br><br>TITAN INTERNATIONAL, INC.,<br>Defendant | §<br>§<br>§<br>§ CIVIL ACTION NO. B-03-224<br>§<br>§<br>§<br>§ |

### DEFENDANT TITAN INTERNATIONAL, INC.'S MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW, TITAN INTERNATIONAL, INC., DEFENDANT, and files this Motion to Extend Deadline to Respond to Plaintiff's Motion For Summary Judgment and would show to the Court the following:

**I.**

On July 9, 2004, Plaintiff Greater Brownsville Incentives Corporation ("Defendant" or "GBIC") filed a motion for summary judgment in this matter. Currently, Defendant's response is due on July 29, 2004. Defendant has propounded discovery to Plaintiffs and the responses are due in mid-August. Moreover, Defendant has requested deposition dates in August. Discovery is scheduled to close on September 1, 2004.

**II.**

Defendant requests that the Court extend Defendant's time to respond to the Motion for Summary Judgment until after the close of discovery – September 3, 2004. A Motion for Summary Judgment is an evidentiary motion, and Defendant will better be

able to respond to the Motion for Summary Judgment once discovery is completed in this matter.

This request for an extension of time is not for purposes of delay or harassment but for the sole purpose of ensuring Defendant can marshal all available evidence to respond to the Motion.

## III.

Counsel for Defendant attempted to contact Mr. Brian Janis, Plaintiff's counsel, at his office and was told that Mr. Janis would not be in the office this week; therefore, Defendant has not been able to confer with Plaintiff's counsel on this motion. Counsel for Defendant will continue to attempt to contact Mr. Janis and immediately update the Court if the Motion is unopposed.

## III.

**WHEREFORE PREMISES CONSIDERED,** Titan International, Inc. prays that the Court extend Defendant's time to respond to Plaintiff's Motion for Summary Judgment until September 3, 2004, two days after the close of discovery.

Respectfully submitted,

RODRIGUEZ & NICOLAS, L.L.P.

By: _____
Michael Rodriguez
State Bar No.00791553
Federal I.D. No. 18759
Henri E. Nicolas, Jr.
State Bar No. 24014808
Federal ID No. 26052
319 East Elizabeth Street
Brownsville, Texas 78520
Telephone: (956) 574-9333
Facsimile: (956) 574-9337

## CERTIFICATE OF CONFERENCE

I, Henri E. Nicolas, Jr., do hereby, certify that on July 20, 2004 I attempted to contact the Plaintiff's counsel, Mr. Brian Janis regarding this Motion. However, Mr. Janis is out of town, therefore he was unable to indicate if he was opposed or unopposed to of the above and foregoing motion

_____
Henri E. Nicolas, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all known counsel of record as set forth below on July 21, 2004 been forwarded to:

**VIA REGULAR MAIL & HAND DELIVERY**
Brian G. Janis
Sanchez, Whittington, Janis & Zabarte, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521
(956) 546-3731 telephone
(956) 546-3766 facsimile

**VIA FIRST CLASS MAIL & FACSIMILE**
James R. Goza
City Attorney, City of Brownsville, Texas
P.O. Box 911
Brownsville, Texas 78522
(956) 548-6011 telephone
(956) 546-4291 facsimile

_____
Henri E. Nicolas, Jr.