29

United States District Court
Southern District of Texas
FILED

JUL 2 1 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GREATER BROWNSVILLE INCENTIVES | § | |
| CORPORATION, | § | |
| Plaintiff | § | |
| VS. | § | CIVIL ACTION NO. B-03-224 |
| | § | |
| | § | |
| TITAN INTERNATIONAL, INC., | § | |
| Defendant | § | |

**DEFENDANT TITAN INTERNATIONAL, INC.'S MOTION TO EXTEND DISCOVERY PERIOD**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW, TITAN INTERNATIONAL, INC., DEFENDANT, and files this Motion to Extend Discovery Period and would show to the Court the following:

**I.**

Defendant has propounded discovery to Plaintiffs and the responses are due in mid-August. Moreover, Defendant has requested deposition dates in August. Discovery is scheduled to close on September 1, 2004.

**II.**

Counsel for Defendant are currently scheduled for trial in a case styled **Cause No. 2003-05-2751-B;** *Maria Inez Hinojosa, Individually as Next Friend of Jesus Eliseo Barrera and as Next Friend of Jocelyn Barrera, as Representive of the Estate of Raymundo Barrera, Deceased, Benito Barrera and Consuelo Barrera vs. Titan Tire Corporation, Titan Tire Corporation of Texas, and Titan International, Inc.*, in the 138th Judicial District Court, Cameron County, Texas. In *Hinojosa*, hearings are scheduled for August 9th, announcements are scheduled for August 13th, and trial is set to commence on

August 16th. The case is expected to last at least one week; however, ten days is more realistic. For the better part of June and July, counsel for the Defendant has been engaged in the preparation for the above referenced case. Additionally, numerous depositions are scheduled between now and trial. Counsel will no doubt be engaged in significant preparation for the above referenced trial and will therefore be unable to conduct all discovery necessary prior to the end of the discovery period.

Moreover, Mr. Henri Nicolas, who recently joined the firm, will be taking an active role in this case and the *Hinojosa* case referenced above. Mr. Nicolas's wife is having their first child in mid- to late-August.

Finally, counsel for the Defendant had a trial in May 2004, **Criminal No: 03-1076**; *United States of America vs. Cornelius Hernandez*, In the United States District Court, Southern District of Texas, McAllen Division, and settled a case on the eve of trial in June, **CAUSE NO. 2002-10-4004-C**; *Jorge Flores et al vs. Ford Motor Company et al*, 197th District Court, Cameron County, Texas, before starting intense preparation for the *Hinojosa* case. In the middle of trying these cases, counsel for Defendant and his wife had their second child.

This request for an extension of time is not for purposes of delay or harassment but for the sole purpose of ensuring Defendant can marshal all available evidence prior to the close of the discovery period. Further, this request is being made well in advance of the discovery cut off date and should not prejudice the Plaintiffs in anyway.

### III.

Counsel for Defendant attempted to contact Mr. Brian Janis, Plaintiff's counsel, at his office and was told that Mr. Janis would not be in the office this week; therefore,

Defendant has not been able to confer with Plaintiff's counsel on this motion. Counsel for Defendant will continue to attempt to contact Mr. Janis and immediately update the Court if the Motion is unopposed.

### III.

**WHEREFORE PREMISES CONSIDERED,** Titan International, Inc. prays that the Court Extend the Discovery Period for sixty (60) days.

Respectfully submitted,

RODRIGUEZ & NICOLAS, L.L.P.

By: _____
Michael Rodriguez
State Bar No.00791553
Federal I.D. No. 18759
Henri E. Nicolas, Jr.
State Bar No. 24014808
Federal ID No. 26052
319 East Elizabeth Street
Brownsville, Texas 78520
Telephone: (956) 574-9333
Facsimile: (956) 574-9337

## CERTIFICATE OF CONFERENCE

I, Henri E. Nicolas, Jr., do hereby, certify that on July 20, 2004 I attempted to contact the Plaintiff's counsel, Mr. Brian Janis regarding this Motion. However, Mr. Janis is out of town, therefore he was unable to indicate if he was opposed or unopposed to of the above and foregoing motion

_____
Henri E. Nicolas, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all known counsel of record as set forth below on July 21, 2004 been forwarded to:

**VIA REGULAR MAIL & HAND DELIVERY**
Brian G. Janis
Sanchez, Whittington, Janis & Zabarte, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521
(956) 546-3731 telephone
(956) 546-3766 facsimile

**VIA FIRST CLASS MAIL & FACSIMILE**
James R. Goza
City Attorney, City of Brownsville, Texas
P.O. Box 911
Brownsville, Texas 78522
(956) 548-6011 telephone
(956) 546-4291 facsimile

_____
Henri E. Nicolas, Jr.