

United States District Court
Southern District of Texas
FILED

JUL 26 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| GREATER BROWNSVILLE INCENTIVES CORPORATION, <br>     Plaintiff <br> VS. <br><br><br> TITAN INTERNATIONAL, INC., <br>     Defendant | § <br> § <br> § <br> § CIVIL ACTION NO. B-03-224 <br> § <br> § <br> § <br> § |

### DEFENDANT TITAN INTERNATIONAL, INC.'S NOTICE TO THE COURT THAT DEFENDANT'S MOTIONS ARE UNOPPOSED

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW, TITAN INTERNATIONAL, INC., DEFENDANT, and files this Defendant Titan International, Inc.'s Notice to the Court that Defendant's Motions are Unopposed and would show to the Court the following:

**I.**

On July 20, 2004, Defendant, Titan International, Inc.'s, filed Defendant's Motion to Extend Time to Respond to Motion for Summary Judgment and Defendant, Titan International, Inc., Motion to Extend Discovery Period.

**II.**

Counsel for Defendant spoke to Mr. Brian Janis, Plaintiff's counsel, via teleconference on July 26, 2004 and Mr. Janis stated he was unopposed to Defendant's Motion to Extend Time to Respond to Motion for Summary Judgment and Defendant, Titan International, Inc.'s, Motion to Extend Discovery Period.

## III.

**WHEREFORE PREMISES CONSIDERED,** Titan International, Inc. prays that the Court extend Defendant's time to respond to Plaintiff's Motion for Summary Judgment and Extends Discovery Period.

Respectfully submitted,

RODRIGUEZ & NICOLAS, L.L.P.

By _/s/ Michael Rodriguez_
Michael Rodriguez
State Bar No. 00791553
Federal I.D. No. 18759
Henri E. Nicolas, Jr.
State Bar No. 24014808
Federal ID No. 26052
319 East Elizabeth Street
Brownsville, Texas 78520
Telephone: (956) 574-9333
Facsimile: (956) 574-9337

## CERTIFICATE OF CONFERENCE

I, Henri E. Nicolas, Jr., do hereby, certify that on July 26, 2004 I spoke to the Plaintiff's counsel, Mr. Brian Janis regarding Defendant's Motion to Extend Time to Respond to Motion for Summary Judgment and Defendant, Titan International, Inc.'s, Motion to Extend Discovery Period, and he is Unopposed to Defendant's Motions.

_____
Henri E. Nicolas, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all known counsel of record as set forth below on July 26, 2004 been forwarded to:

**VIA REGULAR MAIL**
Brian G. Janis
Sanchez, Whittington, Janis & Zabarte, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521
(956) 546-3731 telephone
(956) 546-3766 facsimile

**VIA REGULAR MAIL**
James R. Goza
City Attorney, City of Brownsville, Texas
P.O. Box 911
Brownsville, Texas 78522
(956) 548-6011 telephone
(956) 546-4291 facsimile

_____
Henri E. Nicolas, Jr.