IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
JUL 2 7 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk D. Ahumada

| | | |
|---|---|---|
| GREATER BROWNSVILLE INCENTIVES CORPORATION, | § § | |
| Plaintiff | § | |
| VS. | § | CIVIL ACTION NO. B-03-224 |
| | § | (636(c)) |
| | § | |
| TITAN INTERNATIONAL, INC., | § | |
| Defendant | § | |

### ORDER ON DEFENDANT TITAN INTERNATIONAL, INC.'S MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

ON THIS the 26th day of July 2004, came on to be considered Defendant Titan International, Inc.'s, Motion to Extend Deadline to Respond to Plaintiff's Motion for Summary Judgment and it appears to the Court that this Motion should be and is hereby:

✓_____GRANTED

_____DENIED

IT IS THEREFORE ORDERED that Defendant's time to respond to Plaintiff's Motion for Summary Judgment is September 3, 2004

SIGNED this the 26th day of July, 2004.

_____
MAGISTRATE JUDGE