IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
South___ ___ ___ of Texas

JUL 2 7 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | |
|---|---|
| GREATER BROWNSVILLE INCENTIVES CORPORATION, § § | |
| Plaintiff § | |
| VS. § | CIVIL ACTION NO. B-03-224 |
| § | (636(c)) |
| § § | |
| TITAN INTERNATIONAL, INC., § | |
| Defendant § | |

### ORDER ON DEFENDANT TITAN INTERNATIONAL, INC.'S MOTION TO EXTEND DISCOVERY PERIOD

ON THIS the 26th day of July 2004, came on to be considered Defendant Titan International, Inc.'s, Motion to Extend to Extend Discovery Period and it appears to the Court that this Motion should be and is hereby:

__✓__ GRANTED

_____ DENIED

IT IS THEREFORE ORDERED that the discovery deadline is extended by sixty (60) days. The Court will enter a scheduling order.

SIGNED this the 26th day of July, 2004.

_____
MAGISTRATE JUDGE