IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 0 1 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| GREATER BROWNSVILLE INCENTIVES CORPORATION, <br> Plaintiff <br> VS. <br><br> TITAN INTERNATIONAL, INC., <br> Defendant | § <br> § <br> § <br> § CIVIL ACTION NO. B-03-224 <br> § <br> § <br> § <br> § |

### DEFENDANT TITAN INTERNATIONAL, INC.'S UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW, TITAN INTERNATIONAL, INC., DEFENDANT, and files this Motion to Extend Deadline to Respond to Plaintiff's Motion For Summary Judgment and would show to the Court the following:

**I.**

Counsel for Defendant tried to a jury verdict a case styled **Cause No. 2003-05-2751-B;** *Maria Inez Hinojosa, Individually as Next Friend of Jesus Eliseo Barrera and as Next Friend of Jocelyn Barrera, as Representive of the Estate of Raymundo Barrera, Deceased, Benito Barrera and Consuelo Barrera vs. Titan Tire Corporation, Titan Tire Corporation of Texas, and Titan International, Inc.,* in the 138th Judicial District Court, Cameron County, Texas. The trial ended with a verdict on the afternoon of August 27, 2004. As a result, Defendant's counsel ask for an extension of their time to respond to Plaintiff's motion for summary judgment.

**II.**

Defendant requests that the Court extend by one week Defendant's time to respond to the Motion for Summary Judgment until September 10, 2004.

This request for an extension of time is not for purposes of delay or harassment.

**III.**

Counsel for Defendant contacted by telephone Mr. Brian Janis, Plaintiff's counsel. Mr. Janis indicated he is unopposed to this motion.

**IV.**

**WHEREFORE PREMISES CONSIDERED,** Titan International, Inc. prays that the Court extend Defendant's time to respond to Plaintiff's Motion for Summary Judgment until September 10, 2004.

Respectfully submitted,

RODRIGUEZ & NICOLAS, L.L.P.

By: /s/ Michael Rodriguez
Michael Rodriguez
State Bar No. 00791553
Federal I.D. No. 18759
Henri E. Nicolas, Jr.
State Bar No. 24014808
Federal ID No. 26052
319 East Elizabeth Street
Brownsville, Texas 78520
Telephone: (956) 574-9333
Facsimile: (956) 574-9337

## CERTIFICATE OF CONFERENCE

I, Henri E. Nicolas, Jr., do hereby, certify that on September 1, 2004 I contacted Plaintiff's counsel, Mr. Brian Janis regarding this Motion. Mr. Janis is unopposed to the motion.

_____
Henri E. Nicolas, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all known counsel of record as set forth below on September 1, 2004 been forwarded to:

**VIA REGULAR MAIL & HAND DELIVERY**
Brian G. Janis
Sanchez, Whittington, Janis & Zabarte, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521
(956) 546-3731 telephone
(956) 546-3766 facsimile

**VIA FIRST CLASS MAIL & FACSIMILE**
James R. Goza
City Attorney, City of Brownsville, Texas
P.O. Box 911
Brownsville, Texas 78522
(956) 548-6011 telephone
(956) 546-4291 facsimile

_____
Henri E. Nicolas, Jr.