United States District Court
Southern District of Texas
FILED

SEP 0 2 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| GREATER BROWNSVILLE INCENTIVES CORPORATION, <br> Plaintiff <br> VS. <br><br> TITAN INTERNATIONAL, INC., <br> Defendant | § <br> § <br> § <br> § CIVIL ACTION NO. B-03-224 <br> § (636(c)) <br> § <br> § <br> § |

### ORDER ON DEFENDANT TITAN INTERNATIONAL, INC.'S MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

ON THIS the 2d day of August 2004, came on to be considered Defendant Titan International, Inc.'s, Motion to Extend Deadline to Respond to Plaintiff's Motion for Summary Judgment and it appears to the Court that this Motion should be and is hereby:

✓ GRANTED

_____ DENIED

IT IS THEREFORE ORDERED that Defendant's time to respond to Plaintiff's Motion for Summary Judgment is September 10, 2004

SIGNED this the 2d day of August 2004.

_____
MAGISTRATE JUDGE