IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GREATER BROWNSVILLE INCENTIVES CORPORATION, <br> Plaintiff <br> VS. <br><br> TITAN INTERNATIONAL, INC., <br> Defendant | § § § § § § § § | CIVIL ACTION NO. B-03-224 |

## ORDER

On the ___ day of _____, 2004, came on to be considered Defendant **TITAN INTERNATIONAL, INC.'S, RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND CROSS MOTION FOR SUMMARY JUDGMENT** in the above entitled and numbered action. After consideration of the pleadings, motions and argument of counsel, this Court is of the opinion that the Plaintiff's Motion for Summary Judgment should in all things be **DENIED** and that Defendant's Cross Motion for Summary Judgment should be **GRANTED**.

**IT IS THEREFORE, ORDERED ADJUDGED AND DECREED** Plaintiff's Motion for Summary Judgment is in all things **DENIED** and that Defendant's Cross Motion for Summary Judgment is **GRANTED**.

Done on _____ day of _____, 2004, at Brownsville, Texas.

_____
United States Magistrate Judge