IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GREATER BROWNSVILLE INCENTIVES CORPORATION, <br> Plaintiff <br> VS. <br><br> TITAN INTERNATIONAL, INC., <br> Defendant | § § § § § § § § § | CIVIL ACTION NO. B-03-224 |

## ORDER

On the ___ day of _____, 2004, came on to be considered Defendant **TITAN INTERNATIONAL, INC.'S, MOTION TO STRIKE AFFIDAVIT OF BRIAN G. JANIS** in the above entitled and numbered action. After consideration of the pleadings, motions and argument of counsel, this Court is of the opinion that the Motion to Strike should in all things be **GRANTED**.

**IT IS THEREFORE, ORDERED ADJUDGED AND DECREED** that Plaintiff's Motion to Remand is hereby **GRANTED**.

Done on _____ day of _____, 2004, at Brownsville, Texas.

_____
United States Magistrate Judge