IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| GREATER BROWNSVILLE INCENTIVES CORPORATION, §§§ | |
| Plaintiff § | |
| VS. § | CIVIL ACTION NO. B-03-224 |
| §§ | |
| TITAN INTERNATIONAL, INC., §§ | |
| Defendant § | |

## TITAN INTERNATIONAL, INC.'S EXPERT DESIGNATION

COMES NOW, TITAN INTERNATIONAL, INC., DEFENDANT, pursuant to Rule 26 of the Federal Rules of Civil Procedure, and submits its Disclosure of Expert Testimony. Defendant makes the following disclosure subject to, and without waiving, its right to protect from disclosure any privileged material and work product of Defendant's attorneys, including the mental impressions, conclusions, opinions, or legal theories of Defendant's attorneys or other representatives concerning the litigation.

Defendant makes its disclosure without waiving any right or opportunity to assert as a defense, at any time in this lawsuit, information contained in any and all documents, addressing facts and issues other than those identified in the pleadings filed to date herein. In addition, because Plaintiff may assert, clarify, modify, or otherwise develop theories in this lawsuit, Defendant reserves the right, at any time in this litigation, to identify additional witnesses or documents, if any, that pertain to any such theories.

### *Disclosure of Expert Testimony*

(A).   H.Kenneth Lefoldt, Jr. CPA
       LEFOLDT & COMPANY, P.A.
       Certified Public Accountants
       690 Towne Center Blvd.
       P.O. BOX 2848
       Ridgeland, MS 39158 -2848

(B).   Ken Lefoldt will testify to Titan's capital investment in the Brownsville plant from 1998 through June 2004 and the economic benefit to Brownsville and surrounding area based on Titan's investment in the Brownsville plant and the capital outlays between 1998 and June 2004. In addition, Ken Lefoldt may be called for any purpose, which is within his competence by reason of his training, experience, or personal knowledge. He may also be called to rebut Plaintiff's testimony regarding issues within his area of expertise that have not yet been disclosed by Plaintiff.

(C).   Attached hereto are Ken Lefoldt's expert report setting forth his opinions, resume listing his qualifications, and list of cases in which he has testified at deposition or trial within the preceding four years. Mr. Lefoldt is being compensated for his testimony at the rate of $195 per hour plus any out of pocket expenses..

(D).   Further, Defendants reserve the right to supplement their response pursuant to the Federal Rules of Civil Procedure.

Respectfully submitted,

RODRIGUEZ & NICOLAS, L.L.P.

By: _____
Michael Rodriguez
State Bar No.00791553
Federal I.D. No. 18759
Henri E. Nicolas, Jr.
State Bar No. 24014808
Federal ID No. 26052
319 East Elizabeth Street
Brownsville, Texas 78520
Telephone: (956) 574-9333
Facsimile: (956) 574-9337

**ATTORNEYS FOR DEFENDANT**

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all known counsel of record as set forth below on September 16, 2004 been forwarded to:

**VIA REGULAR MAIL & HAND DELIVERY**
Brian G. Janis
Sanchez, Whittington, Janis & Zabarte, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521
(956) 546-3731 telephone
(956) 546-3766 facsimile

**VIA REGULAR MAIL & FACSIMILIE**
James R. Goza
City Attorney, City of Brownsville, Texas
P.O. Box 911
Brownsville, Texas 78522
(956) 548-6011 telephone
(956) 546-4291 facsimile

_____
Henri E. Nicolas, Jr.


## LEFOLDT & Co., P.A.
CERTIFIED PUBLIC ACCOUNTANTS

September 16, 2004

Henri E. Nicolas, Jr., Esq.
Michael Rodriguez, Esq.
Rodriguez & Nicolas, L.L.P.
319 E. Elizabeth Street
Brownsville, Texas 78520

Gentlemen:

In connection with the *The Greater Brownsville Incentives Corporation v. Titan International, Inc.* matter, you have asked us to provide expert opinion regarding Titan's capital investment in the Brownsville Plant and the economic benefit to Brownsville and the surrounding area from Titan's operation of the plant and capital investment from 1998 through June 2004.

This report represents my opinions and findings based on information to date. Should additional information become available, or I am asked to perform additional analysis, I reserve the right to amend, revise or supplement this report as necessary.

### Expert Qualifications

I am a shareholder in Lefoldt & Co., P.A., CPAs. I have been involved in litigation support for over 15 years. A copy of my Curriculum Vitae, including my testimony history, is attached.

### Information Reviewed

The opinions expressed in this report are based upon my review and analysis of Titan's financial records including the following:

> Securities and Exchange Commission filings: 1998 Form 10K, 1999 Form 10K, 2000 Form 10K, 2001 Form 10K, 2002 Form 10K and 2003 Form 10K for Titan International, Inc.

> Securities and Exchange Commission filings: 3/31/04 and 6/30/04 Form 10Q for Titan International, Inc.

> Internal financial statements for Titan Tire Corporation of Texas for the

690 Towne Center Boulevard ■ Post Office Box 2848 ■ Ridgeland, MS 39158-2848 ■ (601) 956-2374
145-B Main Street ■ Post Office Box 263 ■ Biloxi, MS 39533 ■ (228) 435-7903

Henri E. Nicolas, Jr., Esq.
Michael Rodriguez, Esq.
Rodriguez & Nicolas, L.L.P.
September 16, 2004
Page 2

Period 1998 through June 2004.

Complaint filed November 10, 2003.

Project Agreement between the Greater Brownsville Incentives Corporation (GBIC) and Titan Wheel International, Inc.

**Expert Opinion**

Based on my review and analysis of the information listed above and my experience as a Certified Public Accountant, I am prepared to render the following opinions:

- Titan's capital investment in the Brownsville Plant from 1998 through June 2004 exceeded $20 million.

- Titan's capital investment in the Brownsville Plant exceeded the Greater Brownsville Incentives Corporation's investment in the plant.

- Titan's expenditures from 1998 through June 2004 from operations of the Brownsville Plant exceeded $97 million dollars.

- The economic benefit to Brownsville and the surrounding area from Titan's operation of the Brownsville Plant from 1998 through June 2004 has exceeded $117 million.

Respectfully submitted,

LEFOLDT & CO., P.A.

*[signature]*

H. Kenneth Lefoldt, Jr. CPA

# H. KENNETH LEFOLDT, JR.

- Shareholder with Lefoldt & Co., P.A.
- Certified Public Accountant
- Certified Insolvency & Restructuring Advisor
- Certified Fraud Examiner
- BBA • Accounting, University of Notre Dame, 1968
  MBA • Loyola University, New Orleans, LA, 1976
- Membership In:
    - American Institute of Certified Public Accountants
    - Institute of Management Accountants
    - American Bankruptcy Institute
    - Association of Insolvency and Restructuring Advisors
    - Turnaround Management Association
    - National Association of Bankruptcy Trustees
    - Mississippi Society of Certified Public Accountants
    - Louisiana Society of Certified Public Accountants
    - Mississippi Bankruptcy Conference, Inc.
    - Association of Certified Fraud Examiners

- Fellow of the American College of Bankruptcy

- Lectured on Insolvency Accounting at Seminars sponsored by Mississippi Bankruptcy Conference, Mississippi College School of Law, Association of Insolvency and Restructuring Advisors, Central California Bankruptcy Association, American Bankruptcy Institute, and National Conference of Bankruptcy Judges.

- Serves as Executive Director of the Mississippi Bankruptcy Conference, and President (2000-2002) of the Association of Insolvency and Restructuring Advisors.

- Served as Trustee in Bankruptcy, Examiner, Accountant for the Debtor, Accountant for the Creditors' Committee, Accountant for the Lessors' Committee, Accountant for the Trustee, Special Master in Chancery Court, and Trustee for a Creditors' Trust.

- Has testified as an expert witness in Finance and Accounting in Federal Bankruptcy Court, Federal District Court, Local Chancery, and Circuit Court.

- Heads up the firm's litigation services and consulting practice. Services include expert witness testimony at depositions and trial, trial assistance relating to opposing experts, consultation on litigation options and approaches, support during the discovery process, and all phases of bankruptcy in administration.

- Included in the *Best Lawyers in America Directory of Experts* published by Woodward/White

TESTIMONY SUMMARY OF H. KENNETH LEFOLDT, JR.

---

PMC Sales, Inc. v. Prentiss Mfg. Co.
Chancery Court of Prentiss County, Mississippi
Case No. 24,365
- Deposition 5/28/91
- Trial 6/6/91

Cody Catfish Farm v. GRF Terminal, Inc.
Circuit Court of Lawrence County, Mississippi
Case No. 5795
- Trial 7/23/92

United States of America v. Christopher P. Alford
United States District Court
Southern Division of Mississippi
Criminal Case No. S91-00066(G)
- Trial 3/12/92

Pavolini v. State Farm Life Insurance Co., Inc.
Circuit Court of Harrison County, Mississippi
First Judicial District
Case No. 21,329
- Trial 3/23/93

Trace Motel, Inc. v. A T & T
United States District Court
Southern Division of Mississippi
Case No. W92-0051 BRN
- Deposition 7/22/93

Washington v. Entergy (Mississippi Power & Light Co.)
Hinds County Circuit Court
- Trial 4/8/93

MHM, Inc. v. R. E. Thames
United States District Court
Southern District of Mississippi
Civil Action No. S91-0565 (BR)
- Deposition 6/28/93

TESTIMONY SUMMARY OF H. KENNETH LEFOLDT, JR.
(CONTINUED - PAGE 2)

Ingalls Shipbuilding, Inc. v. Graham Mfg. Co.
United States District Court
Southern District of Mississippi
Civil Action No. 1:92-CV-0605 GR
- Deposition 10/12/94 & 12/12/94
- Trial 1/25/95

Acy Eason v. Federal Broadcasting Company d/b/a WDAM-TV
Circuit Court of Jones County, Mississippi
First Judicial District
Case No. 92-9-23
- Deposition 11/17/94
- Trial 12/6/94

Crenshaw v. Deposit Guaranty National Bank
United States Bankruptcy Court
Northern District of Mississippi
Case No. 92-20721
Adv. No. 92-2269
- Deposition 1/19/95
- Trial 2/8/95

Tomlinson Interests, Inc. (Intervenor) v.
    Hartford Casualty Insurance Company
United States District Court
Southern Division of Mississippi
Civil Action No. J86-0667 (L)(N)
- Trial 3/21/95

Barksdale Bonding & Insurance Company v. Dixie Transport, Inc.
Forrest County, Mississippi Circuit Court
Case No. 7-91-3345
- Trial 9/1/95

Ronnie Page & Lavon Page & Ingalls Shipbuilding, Inc.
    v. Siemens Energy & Automation, Inc.
Circuit Court of Jackson County, Mississippi
Civil Action No. 93-5154(2)
- Trial 10/16/95

TESTIMONY SUMMARY OF H. KENNETH LEFOLDT, JR.
(CONTINUED - PAGE 3)

---

George Waddell Neville v. Tina Foley Neville
Chancery Court of The First Judicial District of Hinds County
Case No. G-95-2293
- Trial 6/12/96

Treasure Bay Corporation
United States Bankruptcy Court
Southern District of Mississippi
Case No. 94-09048 SEG
- Deposition 4/3/97
- Trial 4/ 7- 8 /97

Taylorsville Enterprises, Inc. v. Levi Strauss & Co.
United States District Court
Southern Division of Mississippi
Case No. 2:96CV53PG
- Deposition 7/24/97

Garth D. Kemp v. American Family Assurance
    Company of Columbus (AFLAC)
United States District Court
Southern Division of Mississippi
Civil Action No. 3:96CV662WS
- Deposition 8/14/97

Woods Trading Company v. Farmland Mutual
    Insurance Company
United States District Court
Southern Division of Mississippi
Civil Action No. 3:96CV734BRS
- Deposition 9/9/97

James K. Hensarling v. Brenda G. Hensarling
Chancery Court of the First Judicial District of Hinds County, Mississippi
Case No.
- Trial 11/10/97, 1/15/98, 5/13/98 & 6/11/99

Suthin Songcharoen, M.D. v. James K. Hensarling, M.D.
Chancery Court of the First Judicial District of Hinds County, Mississippi
Case No. G97-254-S/2
- Deposition 11/6/97
- Trial 5/5/98

Waveland Resort Inn v. W. G. Yates & Sons Construction Company
American Arbitration Association
Case No. 69-110-00107-97
- Deposition 4/14/98 & 4/26/98
- Hearing 5/2/98


Tina LaJuan Woodis v. Gilbert Anthony Woodis
Chancery Court of Rankin County, Mississippi
Civil Action No. 43468
- Trial 8/20/98


Worldwide Machinery Sales, Inc. and Randy Braswell
    v. Illinois Central Railroad Company
Circuit Court of Pike County, Mississippi
Civil Action No. 97-0081B
- Trial 12/8/98


Charles F. Hayes v. Martha G. Hayes
Chancery Court of the First Judicial District
    of Hinds County, Mississippi
Civil Action No. G-98-85 R/1
- Trial 12/22/98


Murco Drilling Corporation, et al v.
    Hartford Accident and Indemnity Company, et al
United States District Court
Southern District of Mississippi
Civil Action No. 3:91CV0393WS
- Deposition 2/1/99
- Trial 2/23/00


Jenny Kay Odom v. Charles Graham, Sr., David M. Graham,
    Missala Marine Services, Inc., and John Does 1 - 10
Circuit Court of Jackson County, Mississippi
Case No. CI 96-0375(1)
- Deposition 2/3/99
- Trial 2/15/00


SFC, LLC d/b/a Straights Furniture Company
    v. AKZO Nobel Coatings, Inc.
American Arbitration Association
Case No. 69-181-00147-98
- Hearing 4/20/99

Mary Alice Gaines and Willie James Gaines
   v. Anthony J. Bruscato, et al
Fourth Judicial District, Ouachita Parish, Louisiana
Suit No. 96-1331
- Deposition 6/14/99

Doltan v. Haggan, Irma L. Myers, and Linda and S. E. McDaniel
   v. Jackson National Life Insurance, et al
Circuit Court of Copiah County, Mississippi
Case No. 96-0295
- Deposition 7/28/99
- Trial 8/19/99

Dino J. Grisanti v. Ford Motor Company and
   Curry Lenhardt & Company, LLP
United States District Court
Northern District of Mississippi
Case No. 1:99-CV-7-D-D
- Deposition 12/14/99

Bobby Ray Foust and Cathy Foust
United States Bankruptcy Court
Southern District of Mississippi
Case No. 9850774SEG
- Deposition 1/19/00
- Trial 2/24/00

Mike Chaney v. Joshua Schmidt
   and Tricomm Internet, Inc.
County Court of the First Judicial
   District of Hinds County, Mississippi
Civil Action No. 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 CIV.
- Trial 9/15/00

American Home Assurance Company v. Roxco, Ltd. et al
United States District Court
Southern District of Mississippi, Jackson Division
Civil Action No. 3.99cv285LN
- Deposition 10/2/00

TESTIMONY SUMMARY OF H. KENNETH LEFOLDT, JR.
(CONTINUED - PAGE 6)

Thomas F. Jamison v. David McCay and Michael Yant
Chancery Court of Rankin County, Mississippi
Case No. 45,396
- Trial 10/5/00

Roland Weeks v. Deborah W. Weeks
Chancery Court of Harrison County, Mississippi
First Judicial District
Action No. 99-00753
- Trial 10/13/00

Denny R. Guidroz et al v. Boyd Mississippi, Inc. et al
Circuit Court of the First Judicial District
   of Hinds County, Mississippi
Civil Action No. 251-99-565 CIV
- Deposition 3/1/01

Gary M. Albright et al v. Delta Regional Medical Center
Circuit Court of Washington County, Mississippi
Case No. C197-0109
- Trial 3/27/01

Joseph K. Speetjens et al v. Malaco, Inc. et al
Chancery Court of Madison County, Mississippi
Civil Action No. 97-255
- Deposition 4/11/01
- Trial 6/8/01
- Deposition 9/11/03
- Trial 11/18/03

Patricia Odom v. W. C. Fore Trucking, Inc. et al
Circuit Court of Harrison County, Mississippi
Civil Action No. A2401-2000-270
- Deposition 8/15/01
- Trial 1/31/02

Gardes, et al v. G & S Oil Company, Inc. et al
United States District Court
Southern District of Mississippi
Case No. 3:99CV438WS
- Deposition 8/14/01

Linda C. Rubin v. Alan J. Rubin
Chancery Court of Lee County, Mississippi
Case No. 99-1220
- Deposition 11/27/01
- Trial 3/20/02 & 3/22/02

Reichel & Drews, Inc. v. Titan International, Inc. et al
Circuit Court for the Eighteenth Judicial District
Dupage County, Illinois
- Deposition 12/18/01

James B. "Rusty" Sykes, Jr. et al v.
   Pursue Energy Corporation
Chancery Court of Simpson County, Mississippi
Civil Action No. 2000-0525
- Trial 2/12/02

Marketplace Furniture Showrooms, Inc. v.
   Great River Insurance Company
Circuit Court of Lee County, Mississippi
Case No. 00-239 (R) L
- Deposition 6/3/02
- Trial 7/25/02

Bobby Ray Jarrell v. Leo A. Miller, Jr.
State of Louisiana, Parish of Ouachita
4th Judicial District Court
Case No. 99-4827 Div. "H"
- Deposition 6/7/02
- Trial 4/2/03

Sharon S. Martin v. William S. Boyd, III, Judith D. Angelo,
   J. Alfred Levert, II, Martha Levert and Dan-Lev, Inc.
Chancery Court of Harrison County, Mississippi
First Judicial District
Case No. 00-3023
- Trial 1/27/03

Wade Block & Tile Company, Inc. v. Boral Bricks, Inc.
United States District Court
Southern District of Mississippi
Case No. 1:01CV375 GR
- Deposition 5/27/03
- Trial 6/11/03

TESTIMONY SUMMARY OF H. KENNETH LEFOLDT, JR.
(CONTINUED - PAGE 8)

Russell A. Quave & Sue Quave  v.  Keith Fayard,
   Jimmy Fayard and Fayard Bros., Inc.
Chancery Court of Harrison County, Mississippi
Second Judicial District
Case No. C240201-1102
- Trial 6/12/03


Veranda Beach, L.L.C. v. RLI Insurance Compnay
American Arbitration Association
Case No. 69 Y 11000348-02
- Hearing 6/12/03


Dora Cunningham et a  v. Franklin Collection Agency, Inc.
United States District Court
Northern District of Mississippi
Case No. 1:98CV288-D-D
- Deposition 9/11/03


RMC Ewell, Inc. d/b/a Coast Materials
   v. Sammy Pate, Paco, Inc. & American Casualty Company
U.S. District Court - Southern District of MS
Southern Division
Civil Action No. 1:01CV439GR
- Deposition 5/07/04

## MAJOR CLIENTS

---

AKZO Nobel Coatings, Inc.
American Family Assurance Company of Columbus
American International Group
Amsouth Bank
A T & T
Bank of Montreal
Chrysler Credit Corporation
Chubb Group of Insurance Companies
Entex Gas
Farmland Mutual Insurance Company
Fireman's Fund
First Interstate Bank of Texas, N.A.
Hartford Insurance
Illinois Central Railroad Company
Ingalls Shipbuilding, Inc. (Part of Litton Industries)
Jackson National Life Insurance Company
Magnolia Federal Savings Bank
Massachusetts Mutual Life Insurance Company
Mellon Bank
Mississippi Power & Light Company (Part of Entergy Group)
Nationwide Insurance
New York Life Insurance Company
Reliance Insurance Company
State Farm Life Insurance Company
State of Mississippi
Trustmark National Bank
U. S. Government
Virginia Insurance Reciprocal
W. C. Yates & Sons Construction Company
Xerox Company
Zurich Insurance Company