United States District Court
Southern District of Texas
FILED

SEP 16 2004

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION


| | | |
|---|---|---|
| GREATER BROWNSVILLE INCENTIVES | § | CIVIL ACTION |
| CORPORATION, | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | NO. B-03-224 |
| | § | |
| TITAN INTERNATIONAL, INC., | § | |
| Defendant | § | |


**PLAINTIFF'S SUPPLEMENTAL EXHIBITS
TO ITS MOTION FOR SUMMARY JUDGMENT**
(set forth below: Exhibits 7 - 9)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GREATER BROWNSVILLE INCENTIVES CORPORATION, | § § | CIVIL ACTION |
| Plaintiff | § | |
| | § | |
| VS. | § | NO. B-03-224 |
| | § | |
| TITAN INTERNATIONAL, INC., | § | |
| Defendant | § | |

**<u>SUPPLEMENTAL LIST OF PLAINTIFF'S EXHIBITS</u>**

<u>Ex. No.</u>          <u>Item</u>

7 -          October 31, 2002 News Release (of TITAN, from its website) (emphasis added)

8 -          Home Page (of TITAN, from its website) (emphasis added)

9 -          Recent newspaper or internet articles (reiterating Exhibit 7) (emphasis added)

**EXHIBIT "7"**



*News Release from Titan International, Inc.*

Contact: Lisa Ross
Communications Coordinator
(217) 221-4489

July 28, 2003

## Titan International, Inc. consolidates tire manufacturing

Quincy, IL. - Titan Tire, a subsidiary of Titan International, Inc. (NYSE: TWI), is consolidating all tire manufacturing into its principal tire facility located in Des Moines, Iowa. The Brownsville, Texas, location will continue as a distribution and warehouse center for Titan, however, production will be suspended until market demand requires additional capacity. The majority of the costs related to the consolidation will occur in the second and third quarters of 2003.

Prior to the 1998 labor strikes, Titan Tire was pursuing an aggressive plan to increase production capacity, which included buying control of bankrupt Fidelity Tire in Natchez, Mississippi, which has been idled since early 2001, and building a one-million square foot factory in Brownsville, Texas. Following the resolution of the 40-month labor strike and corporate campaign against the company, Titan has been steadily increasing efficiency at the Des Moines tire facility. Titan decided to consolidate all tire manufacturing to Des Moines until that facility is operating near its full capacity. The company is maintaining adequate capacity to meet current and future demands without additional planned capital expenditures.

The agricultural and construction markets have not experienced the forecasted growth in 2003 and the new farm bill has not significantly impacted equipment sales this year but an increase is expected in 2004. Growth has been slowed by additional pricing pressure from imports. The weak U.S. dollar should improve this situation over the next six months.

"The North American large farm equipment market has been in a slump since 1998. For example in 1997, approximately 9,000 four-wheel drive large tractors were sold. Last year, however, there were fewer than 4,000 sold. In terms of wheels and tires, that amounts to a decrease of more than 40,000 units," explained Maurice Taylor Jr., Titan president and CEO. "The utility and compact tractor sales, however, are holding up surprisingly well."

New wheels and tires developed and tested during the past year are expected to generate increased sales for the company in 2004. Titan's costs are competitive in the industry and the company is now concentrating on building market share and profitability. Expertise in both wheel and tire engineering allows Titan to enjoy a unique competitive advantage while providing assemblies best suited for the needs of equipment users.

"The United Steelworkers of America strikes and their corporate campaign damaged Titan's financial position, but building wheels and tires that provide the best value while generating a profit will allow the company to move forward and increase Titan's stock price to more accurately reflect the value of the company. Titan's book value today is approximately five times our share price, therefore we need to produce results," stated Taylor.

Titan is a global supplier of mounted wheel and tire systems for off-highway equipment used in agriculture, earthmoving/construction, and consumer (i.e. all terrain vehicles and trailers) applications. Titan has manufacturing and distribution facilities worldwide.

**EXHIBIT "8"**





**TITAN WHEEL CORPORATION**                    **TITAN TIRE CORPORATION**

|Home | Wheels | Tires | Distribution|

# *Welcome to*



*Leading the way in tire and wheel assemblies*

Titan has a heritage of over 100 years in the off-highway wheel manufacturing business. Since Titan's entrance into the tire market in 1993, we have evolved into a leading global supplier of complete tire and wheel assemblies for off-highway vehicles. Titan's primary markets include agriculture, consumer, earthmoving/construction, and military applications.

Strategic acquisitions have built Titan into a successful worldwide corporation serving the most respected names in the original equipment industry. With that support, Titan is now expanding our focus to include aftermarket tire sales.



HOME PAGE

---

## *Titan comprises four major product groups:*

**Agricultural Equipment** 

The agricultural equipment group consists of

wheels and tires for machinery used by the commercial farming sector, including tractors, combines, crop handling equipment and tillage, soil preparation and planting and harvesting machinery.

**Consumer Products** 

The consumer products group includes wheels, tires and brake assemblies for ATV's, boat and utility trailers, golf cars, and lawn and garden tractors.

**Earthmoving/ Construction Equipment** 

The earthmoving/ construction sector consists of wheels and tires for machinery used in both construction and mining industries, including graders and levelers, scrapers, self-propelled shovel loaders, loader transporters and haul trucks.

**Military Components** 

The military products group includes wheels, rims, tires and components for government use on trucks, tanks and personnel carriers.



[Agricultural | Consumer | Earthmoving/Const. | Military]

*Copyright © 1997 Titan All rights reserved.*
*Send comments and bug reports to Webmaster*

**Titan Tire Corporation** a subsidiary of Titan International, Inc., is North America's third largest manufacturer of off-highway tires. Titan's tire production facility is in Des Moines, Iowa, which also serves as the headquarters for the tire group. Brownsville, Texas, functions as a distribution and warehouse site.



The world's leading OEMs, including John Deere, AGCO, New Holland and Shoreland'r, depend on Titan's quality craftsmanship, unique tread designs and excellent durability for all types of off-highway applications. In addition to our OEM customers, Titan has a network of 1,700 independent tire dealers which service the aftermarket.



http://www.titan-intl.com/overview/tires.html                                    9/2/2004

Titan is the only major manufacturer which focuses on off-highway tire production and our manufacturing capability is highly diversified. Our plants are equipped to produce tires in sizes ranging in wheel diameter from four inches to forty-two inches. Applications include agricultural, construction, industrial, specialty (trailer) and all-terrain vehicles.

Titan Tire Corporation is dedicated to quality. The Des Moines facility is ISO certified, meeting the highest standards in manufacturing excellence.

**Titan leads the way in wheels and tires.**



[Home | Wheels | Distribution |

**Titan Wheel
Corporation**
a subsidiary of
Titan
International,
Inc., is the
world's largest
manufacturer of
off-highway
wheels .
Headquartered in
Quincy,
Illinois,we have
two plants in the
United States.



Titan's wheels are
manufactured
for the world's
most respected
OEMs, including
John Deere,
New Holland, Case,
AGCO,
Caterpillar,
Komatsu and
Kubota. They rely
on Titan's
quality wheels
ranging in
application from
agriculture to
construction to
recreation.



Titan's impressive
array of
manufacturing
capabilities
include rotary
roll forming,
stamping,
forging, submerged
arc, MIG
and flash welding
and multiple
machining
operations. Titan
is
also the only off-

highway wheel maker with a steel processing facility to increase efficiency and provide lower costs. Titan finishes our wheels with e-coat and powder coat paint technology to ensure long product life.

Our manufacturing is backed-up by the world's best wheel engineers, using the latest design tools, including ProE three-dimensional CAD and Anvil CAM to develop wheels which meet and surpass the needs of our customers. Titan has complete research and development test facilities, including finite element analysis, to validate the wheel and rim designs.

Titan is a world-class manufacturer dedicated to quality. Our flagship facility has achieved ISO certification, a worldwide standard for quality. Titan produces a wide range of wheels - from 12 to 57 inches in diameter. Together, our plants make more than 50,000 sizes and types of wheels. Simply stated, no other wheel manufacturer in the world can match our manufacturing capability, quality and design.

**Titan leads the way in wheels.**



[Home | Tires | Distribution |

**Titan Distribution**, a subsidiary of Titan Tire Corporation, is the assembly, warehousing and distribution branch of Titan. Headquartered in Des Moines, Iowa, our network of distribution sites serves customers from each of Titan's market segments: agricultural, construction/industrial, specialty and ATV.



Strategically located distribution facilities handle all of Titan's day to day mounting and order fulfillment. In addition to wheel and tire assemblies, Titan also ships brakes, actuators and trailer accessories.



Titan's unique position as a manufacturer of both wheels and tires allows Titan Distribution to mount and ship one of the largest

selections of off-road assemblies in the world with sizes spanning from 12 to 57 inches. Backed by the resources of Titan's manufacturing facilities, Titan Distri- bution is capable of providing many value added services. No more wasted time sourcing parts from several suppliers, Titan offers one-stop shopping.

Titan's just-in-time delivery program offers the products our customers need, when they need them. Customer forecasts are entered into our master system using electronic data interchange (EDI).

Then, the appropriate assembly and delivery schedule is formulated based on each customer's requirements. Titan's personnel utilize EDI and advanced management skills to expertly process customer orders in the most efficient manner possible. This system eliminates the need for excessive warehousing and high inventory levels to accommodate lead time or schedule changes.

**Titan leads the way in wheels and tire assemblies.**



|Home | Wheels | Tires |



Corporate Headquarters:

**Titan International, Inc.**
2701 Spruce Street
Quincy, Illinois 62301
(217) 228-6011

**Titan Tire Corporation**
2345 E. Market Street
Des Moines, Iowa 50317
Customer Service: (800) USA-BEAR
Fax: (515) 265-9301

**Titan Wheel Corporation**
2701 Spruce Street
Quincy, Illinois 62301
Customer Service: (217) 221-4308
Fax: (217) 228-9331

**Sales Department**
sales@titan-intl.com



EXHIBIT "9"

# RIO GRANDE VALLEY

## ...ches of
## ...t responses



Senior patrol agent Hollis Ward, left, holds an M-4 tactical rifle while his partner, senior patrol agent Weylan Luckey, right, maneuvers the boat as they patrol the Rio Grande south of Hidalgo Friday approximately 1 1/2 miles from the Hidalgo port of entry which borders Reynosa, Mexico.

JOE HERMOSA/VALLEY MORNING STAR

A6

Patrol, which has 1,500 agents patrolling an area from Brownsville to Roma and as far north as Corpus Christi, does not have any reason to increase the number of agents on the ground, he said.

"We get little intelligence alerts," Flores said. "There is no specific threat at this time."

The customs agency said its drug seizures are a direct result of increased searches for those threatening national security, Pauza said.

From last October to the end of July, agents from the southwest region of Customs and Border Protection, which covers ports of entry from Del Rio to Brownsville, seized 138,078 pounds of marijuana, 8,450 pounds of cocaine, 404 pounds of methamphetamine and 50 ponds of heroin, according to statistics provided by Pauza.

: across his

Patrol agents ...e a person's ...eir observa- ...meanor and

...oing to get a ...h a group of ...  "It's like a ...d in with a

: has appre- ...rying to ille- ...ntry, Flores ...lace it well ...izona, who ... alone last

...tor Border

## Jury rejects product lawsuit against Titan

BY J. NOEL ESPINOZA
THE BROWNSVILLE HERALD

A Brownsville jury absolved a former Brownsville tire manufacturer Friday for the death of a man from Mexico whose family claims the company did nothing to warn consumers in Spanish about possible product defects.

According to court records, the jury on Friday unanimously agreed that Titan Tire Corp. was not negligent in the death of Raymundo Barrera, who died after a tractor tire exploded while he was airing it up on a farm near Camargo, Mexico.

Records for the 138th state District Court show jurors only answered three questions out of 13 to clear the tire company of negligence and responsibility. The first question places negligence on Barrera rather than Titan.

"The jurors found that the vendor was not at fault and Raymundo was so there is no reason to answer the rest of the questions," said Michael Cowen, a Brownsville lawyer who represents Barrera's family. "Unfortunately, the jurors believe Titan and not us."

Plaintiffs alleged that Titan Tire Corp., which manufactures off-highway tires for agriculture, construction and military applications, failed to offer consumers proper warning, especially in Spanish, for maintenance instruction since the company knew tractor tires would be used by agricultural workers in Mexico.

Barrera was filling one of Titan's off-road tires with air when it exploded in October 2002, according to plaintiffs.

Barrera was working with a tractor through farmland when he noticed one of the tires was low on air, a witness testified in a deposition. Barrera then took the tractor to a service area to fill the low tire. As he was filling it, the tire exploded.

Plaintiffs claim a defect in the tire caused it to explode when it was placed on the type of beveled rim that Barrera's tractor used.

Instructions on the tire mark the tire's maximum air capacity at 24

> **'The jurors found that the vendor was not at fault and Raymundo was so there is no reason to answer the rest of the questions.'**
> Michael Cowen, Barrera's lawyer

pounds per square inch. On the wrong rim, the tire can explode at only 20 pound per square inch, plaintiffs claim.

Autopsy reports revealed Barrera was thrown several feet from the explosion, and he received fatal injuries to his spleen and lung. The tire in question was mounted on a John Deere tractor at the time and was about 5 feet in diameter.

Although Barrera, 33, was a Mexican citizen, family members were able to bring the suit against Titan because his immediate family members are either U.S. citizens or legal residents.

Barrera's wife and two children are U.S. citizens who live in Mission. His parents are legal residents who live in Rio Grande City. They were asking for $10 million from Titan for Barrera's death.

Despite the setback, Cowen said the family plans to appeal the decision with the 13th Court of Appeals in Corpus Christi. Cowen said it takes one to two years to appeal a case.

Cowen said the tire company tried to settle with the family, but the offer was minimal.

Michael Rodriguez, a defense attorney for Titan, did not return phone calls.

Titan closed its Brownsville manufacturing plant last summer. The plant is now being used as a distribution center and tire production continues at an Iowa facility.

*Herald reporter David Robledo contributed to this article.*

nespinoza@brownsvilleherald.com

# RIO GRANDE VALLEY

*Thursday, August 26, 2004*

# Family sues Titan after exploding tire kills relative

BY DAVID ROBLEDO
THE BROWNSVILLE HERALD



The family of a man from Mexico who died after a tractor tire exploded while he was airing it up is suing a former Brownsville tire manufacturer, alleging that the company knew about the defect but did nothing to notify consumers.

Titan Tire Corp. failed to offer consumers proper warning, is on trial this week in Brownsville's 138th state District Court.

Plaintiffs also claim that Titan should have written Spanish maintenance instructions on the tire because Titan knew its tractor tires

would be used by agricultural workers in Mexico.

"I didn't expect to find him like that," said the victim's father Benito Barrera, Benito Barrera, recalling the day he identified his dead son Raymundo Barrera at a Mexican hospital two years ago.

Although Raymundo Barrera, 33, was a Mexican citizen, family members are able to bring a suit against Titan because his immediate family members are either U.S. citizens or legal residents.

Titan closed its Brownsville manufacturing plant last summer, but the case was filed here because

**BARRERA**

was broken.

Raymundo Barrera was thrown several feet from the explosion, and he received fatal injuries to his spleen and lung, according to autopsy reports.

The tire in question — mounted on a John Deere tractor at the time — was about 5 feet in diameter.

Although Raymundo Barrera was filling one of Titan's off-road tires with air when it exploded in October 2002, according to Defense attorney for Titan, Mike Rodriguez, said the tires was low on air, and witness testified in a deposition. Raymundo then took the

Brownsville is still listed as the company's primary business site in Texas, said plaintiff's attorney Michael Cowen, co-counsel with Calixto Villarreal Jr.

The Brownsville plant is now being used as a distribution center, according to a company spokesperson, and tire production continues at an Iowa facility.

Raymundo was filling one of Titan's off-road tires with air when it exploded in October 2002, according to Raymundo had been running a tractor through farming a tractor through farmland when he noticed one of the tires was low on air.

tractor to a service area to fill the low tire. As he was filling it, the tire exploded.

Plaintiff's claim the explosion resulted from a defect in the tire that occurs when the tire is placed on the type of beveled rim that Raymundo's tractor used.

Instructions on the tire mark the tire's maximum air capacity at 24 pounds per square inch. But on the wrong rim, the tire can explode at only 20 pounds per square inch, plaintiff's claim.

Titan CEO Morry Taylor said in a deposition that he

knew that the tire had a tendency to explode when mounted on the wrong rim. Although Taylor told John Deere about the problem, and urged John Deere to buy Titan rims to match the tire, Titan offered no warning to consumers about the tire's problem, according to statements made in a deposition.

Raymundo's wife and two children are U.S. citizens who live in Mission. His parents are legal residents who live in Rio Grande City. They are asking for $10 million from Titan for Raymundo's death.

The jury's decision on the case is expected Friday.

*drobledo@infy.freedom.com*

---

# Lawmaker proposes taxing energy companies to fund coastline projects

BY ELIZABETH PIERSON
THE BROWNSVILLE HERALD

AUSTIN — A Rio Grande Valley lawmaker proposed on Wednesday taxing oil and natural gas companies to help pay for coastal conservation projects that would prevent beaches like those at

**Rep. Juan Escobar, D-Kingsville, said he made the proposal to the House Committee on Land and Resource Management because he wanted to begin a discussion on how to find a permanent revenue source for the Coastal Erosion Planning and Response Act**

with the Texas Oil and Gas Association.

Sebree said find ing a con-

testified Wednesday said.

It costs small cities like South Padre Island large com-

---

# Big hair in the hood

Titan consolidating tire manufacturing - San Antonio Business Journal Page 21 of 28

# SAN ANTONIO BUSINESS JOURNAL
## THE ESSENTIAL BUSINESS TOOL

get **FRE**

Subscribe | Book of Lists | Sales Power | bizwomen | Money | HR Help | Email Alerts | Jobs | Entrepreneur | Classifieds | Sales Leads | Latest News

**Search** Type keywords [GO] » Archives » Search Watch » News by Industry

Home » San Antonio » Archive » 2003 » July » Week of July 28, 2003 » Latest News

Sign u

**bizwomen.com**
*San Antonio's online meeting place for women in business.*
» **Don't miss it!**

**Online Directory**
» Accounting
» Advertising, Marketing
» Business Insurance
» Commercial Real Estate
» Debt Collection
» Education/Training
» Email Marketing
» Franchise Consulting
» Furniture/Supplies
» Graphic Design
» IT Services
» Legal Services
» Life Insurance
» Market Research
» Network Security
» Online Brokerage
» Online Data Backup
» Property Management
» Public Relations
» VoIP
» Web Conference
» Web Design
» Web Hosting
» Web Marketing

**Jobs**
» Find a Job
» Post a Job

**Entrepreneur**



Regaining control: He came back from addiction to build a business.
» **Find out how**

**Sales Power**

Get top business news from around the nation via e-mail every business day.

[XML] **RSS Feeds** | **Reprints** | **Printable Version** | **Email Story** | **Companies in the news** | **People in the news**

## LATEST NEWS

July 28, 2003

## Titan consolidating tire manufacturing

Titan Tire, a subsidiary of Titan International Inc. (NYSE:TWI), is consolidating all tire manufacturing into its principal tire facility in Des Moines, Iowa.



The company says its office located in Brownsville, Texas will continue to operate as a distribution and warehouse center for Titan, however, production will be suspended until market demand requires additional capacity.

The majority of the costs related to the consolidation will occur in the second and third quarters of 2003, the company says.

"The North American large farm equipment market has been in a slump since 1998," says Maurice Taylor Jr., Titan president and CEO. "For example in 1997, approximately 9,000 four-wheel drive large tractors were sold. Last year, however, there were fewer than 4,000 sold. In terms of wheels and tires, that amounts to a decrease of more than 40,000 units. The utility and compact tractor sales, however, are holding up surprisingly well."

Consolidation of the facility was part of an aggressive plan to increase production capacity which included buying control of bankrupt Fidelity Tire in Natchez, Miss., which has been idled since early 2001, and building a 1 million square foot factory in Brownsville. Titan says it has been steadily increasing efficiency at the Des Moines tire facility. The consolidation of all tire manufacturing to Des Moines

Run
Com
Li
Clock

**Recent Compan**
**Titan International**
» Court refuses to d
against Steelworker

**Related Topics**
» **Rental car fees** 2
*Antonio*
» **Goodyear buys** a
**in Sava Tires** 2002
» **Cooper Tire drive**
2003-10-07, Dayton
» More related topic

**Consultants**
Bringing Clients and
Consultants Together
• **I AM A**
**CONSULTANT**
• **I NEED A CONSUL**

**Industry Update**
Manufacturing: Gen

**Email Alerts**
Daily Business Upd.
Search Watch
News by Industry

**Money Center**
**Build an IPO**
A marketing push
primed them to go

**HR Solutions**
**Gain access to a**
**FREE sampling o**
**Administaff's HR**
**services:**
• People Strategy 1
• Avoid HR Blund
• Free Forms Libra
• Monthly eNewsl



**Bringing focus:** He thinks sales will build as his company narrows its focus.

» Find out how

**More Late News**
Updated 4:11 PM CDT
Monday, Aug 30, 2004

» **Gibson Guitar opens new entertainment relations office in S.A.**

» **Nighthawk Systems reduces debt by 36 percent**

» **Texas Parks and Wildlife approve $12.5 million in grants**

» **USAA named one of best employers for Hispanic women**

» **FDA approves OsteoBiologics' bone graft substitute product**

More...

**Free Download Edition for Print Subscribers**

**Outlook**
» **Football leagues try to compete**

**Washington**
» **Report faults OSHA's oversight of fines, follow-up inspections**

**Print Edition**

**Community**
**More Tips**
» Single Copy Locations

More Community Info...

**Contact Us**

won't happen until the facility is operating near its full capacity. The company says it is maintaining adequate capacity to meet current and future demands without additional planned capital expenditures.

© 2003 American City Business Journals Inc.

→ Web reprint information

**HR Help Center**
**At work**
Don't let the office you.






Home | Subscribe | Book of Lists | Reprints | Email Alerts | Classifieds | Latest News | Print Edition | Services
Sales Power | Money Center | Entrepreneur | HR Help Center
Community | Search | RSS Feeds

San Antonio Business Journal email: sanantonio@bizjournals.com

bizjournals | Contact Us | Site FAQ

Use of, or registration on, this site constitutes acceptance of our User Agreement
*Please read our* Privacy Policy
©2004 American City Business Journals, Inc. and its licensors. All rights reserved. Contact us here.
The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permiss

MSN Home | My MSN | Hotmail | Shopping | Money | People & Chat    Sign In net    Web Search:

 Money

Home | Banking | Investing | Planning | Taxes | My Money

Investing Home    Portfolio    Market News    **Stocks**    Funds    Insight    Brokers    CNBC TV



Name or Symbol: TWI          Find Symbol    Print Report

Upgrade MSN Money Software

**Quote, Chart, News**
Sna pshot
Quo tes
Ch arts
  Key Developments
Re cent News

**Research**
Co mpany Report
SE C Filings
Advi sor FYI
St ock Rating
Ear nings Estimates
Ana lyst Ratings
F inancial Results
Ins ider Trading
Own ership
Co mmunity

**Guided Research**
Re search Wizard

**Find Stocks**
St ock Screener
Pow er Searches
Top  Rated Stocks

**Related Links**
E-mail & Alerts
IPO Center
Message Boards
Capital Gains Analysis

# Titan International, Inc.: Key Developments

View: [All Developments ▾]

**Titan International, Inc. Awarded Two Multi-Year Military Contracts**
August 25, 2004
Titan Tire Corporation, a subsidiary of Titan International, Inc., announced that it has been awarded two multi-year requirements contracts by TACOM (Tank Automotive Command). The two contracts total an estimated value of $40 million and cover anticipated requirements for the next five years for tires primarily used on 2.5 and 5-ton military trucks used by the U.S. Army.

**Titan International, Inc. Completes $115 Million Sale of Convertible Senior Unsecured Notes**
July 26, 2004
Titan International, Inc. announced that it has completed the previously announced sale of $100 million of 5.25% convertible senior unsecured notes due 2009 in a Rule 144A offering. The closing also included the exercise in full by the initial purchasers of their option to purchase an additional $15 million of the notes.

**Titan International, Inc. Secures $100 Million Revolving Credit Facility**
July 26, 2004
Titan International, Inc. announced that it has secured a new $100 million revolving credit agreement with agents LaSalle Bank National Association and General Electric Capital Corporation. This new facility replaces the Company's former $20 million revolving credit agreement and term loan. Both of these former facilities were terminated on July 23, 2004. The $100 million revolving credit facility has a 36-month term and will allow Titan to redeem certain of Titan's 8.75% senior subordinated notes. If the notes are not redeemed by February 2007, the credit facility's termination date will be adjusted to a 30-month term.



Time to start investi
**Buy stocks for $4**
• No inactivity fees
• No minimums
shareBUILDe

**Titan International, Inc. Sells $100 Million of 5.25% Convertible Senior Unsecured Notes**
July 20, 2004
Titan International, Inc. announced that it has sold 5.25% convertible senior unsecured notes due 2009 in a Rule 144A offering for $100 million principal amount. The placement of the notes is expected to close on or about July 26, 2004. The initial purchasers have an option to purchase up to an additional $15 million principal amount of the notes.

**Titan International, Inc. Announces $100 Million Convertible Notes Offering**
July 14, 2004
Titan International, Inc. announced that it intends to offer $100 million principal amount of five-year senior unsecured notes that will be convertible into shares of Titan's common stock, convertible at any time. The Company may sell up to an additional $15 million principal amount of the notes upon exercise of an option granted to the initial purchasers in connection with the offering.

**Titan International, Inc. Consolidates Tire Manufacturing**
July 28, 2003
Titan Tire, a subsidiary of Titan International, Inc., announced that it is consolidating all tire manufacturing into its principal tire facility located in Des Moines, Iowa. The Brownsville, Texas location will continue as a distribution and warehouse center for Titan, however, production will be suspended until market demand requires additional capacity. The majority of the costs related to the consolidation will occur in the second and third quarters of 2003.

**Titan International, Inc.'s Titan Wheels and Tires to Be Available Through Any CNH Dealer**
November 30, 2001
CNH, a North American company in farm equipment sales, announced that the complete line of Titan International, Inc.'s Titan wheels and tires would be made available in the aftermarket through thousands of North American Case, Case IH, and New Holland dealers.

**Titan International, Inc. to Develop Assemblies for LAV**
October 03, 2001
Titan International, Inc.'s Titan Tire Corporation announced that it has been awarded Contract Number DAAE07-01-P-M116 from Tank Automotive Command (TACOM) to develop conventional tires and LSW wheel and tire assemblies for U.S. Marine Corp light armored vehicles (LAV).

**Titan International, Inc.'s Subsidiary Receives Military Contract**

September 24, 2001
Titan Wheel Corporation of Illinois, a subsidiary of Titan
International, Inc., announced that it has received
confirmation of the largest military contract negotiated
in the history of the company. The U.S. Army has
granted Titan a multi-year contract for two-piece, bolt-
together wheels. The value of this contract for new and
replacement wheels could exceed $45 million.

**Titan International, Inc. Sells Consumer Tire and Wheel
Business to Carlisle Companies Incorporated**
April 17, 2000
Carlisle Companies Incorporated announced that its
Carlisle Tire & Wheel subsidiary has acquired the
consumer tire and wheel business of Titan
International, Inc. in a cash for assets transaction
valued at a formula based price not to exceed $95.0
million. The acquired business serves consumer
markets for lawn & garden equipment, all terrain
vehicles and light duty trailers. The transaction includes
the purchase of the Clinton and Slinger plants and
leasing of the Greenwood plant.

**Titan International, Inc. in Talks to Supply Assemblies to
Caterpillar Inc.**
October 12, 1999
Titan International, Inc. announced it is in talks with
Caterpillar Inc. to enter an agreement to supply LSW
and standard wheel and tire assemblies to Caterpillar
for use on its new skid steer loader products
manufactured at Caterpillar's Sanford, N.C. facilities.
The LSW assemblies, featuring a shorter tire sidewall
with a larger wheel to maintain the same outside tire
diameter as conventional designs, greatly enhance the
performance and productivity of off-highway
equipment.

**Titan International, Inc. Combines Wheel and Tire
Production into One Operating Unit**
October 11, 1999
Titan International, Inc. announced a strategic
realignment of its North American corporate and
management structure by combining its wheel and tire
production into one operating entity. Titan's corporate
realignment will include sales, accounting, customer
service, and top management.

**Titan International, Inc. and Carlisle Companies
Incorporated to not Extend Letter of Intent Providing for
Merger**
September 20, 1999
Titan International, Inc. and Carlisle Companies
Incorporated have agreed not to extend the letter of
intent providing for the merger of Titan into Carlisle.
The letter of intent expired on September 18, 1999.
The initial announcement of the letter of intent was

made on August 4, 1999.

**Titan International, Inc. and Carlisle Companies
Incorporated Enter into Letter of Intent Providing for
Merger of Titan into Carlisle**
August 04, 1999
Carlisle Companies Incorporated and Titan
International, Inc. jointly announced that the two
companies have entered into a letter of intent providing
for the merger of Titan into Carlisle Companies in a
transaction valued at approximately $600 million
including the assumption of debt. Upon consummation
of the merger, each share of Titan's common stock
issued and outstanding immediately prior to the merger
will be converted into the right to receive the fraction of
one share of Carlisle's common stock subject to a
maximum and minimum exchange ration of .3242. The
letter of intent has been approved by the Board of
Directors of Titan.

**Titan International, Inc. and Union Reach Agreement on
Contract**
July 15, 1999
Titan International, Inc. and International Association of
Machinists and Aerospace Workers Local Union Lodge
2048 have reached an agreement for a new three year
contract. Local 2048 of Titan Wheel Corporation of
Iowa in Walcott, Iowa, ratified the contract with over 85
percent of the vote in favor of the compromise which
increases wages 5 12 percent during the next three
years.

**Titan International, Inc.'s Condere Corporation to
Proceed with Payments to Creditors Following Ruling**
June 29, 1999
The United States District Court for the southern district
of Mississippi has rejected the International
Steelworkers' appeal of the sale of the assets of
Condere Corporation to Titan Tire Corporation of
Natchez, a subsidiary of Titan International, Inc. The
assets of Condere Corporation, including Fidelity Tire
of Natchez, Mississippi, were acquired by Titan
September 4, 1998. The court's ruling should permit
the Condere Estate to proceed with payment to its
creditors. The International Steelworkers' appeal had
delayed previous payments.

**Titan International, Inc. Acquires Percentage of Wheels
India Limited**
January 21, 1999
Titan International, Inc. has announced the signing of
an agreement with BTR for the acquisition of 35.9
percent of the stock of Wheels India Limited. With
facilities in Madras and Poona, India, Wheels India is a
manufacturer of steel wheels for all applications in the
Indian sub-continent. Wheels India also holds

significant positions in the earthmoving, truck, and automotive wheel markets. The stock has been acquired through Titan's European subsidiary, Titan Europe Limited.

**REUTERS** © 2004 Reuters, Inc. All rights reserved.

Page generated 8/30/2004 5:51 PM eastern time

**Try MSN Internet Software for FREE!**

**MSN Home** | **My MSN** | **Hotmail** | **Shopping** | **Money** | **People & Chat** | **Search**          **Feedback** | **Help**

©2004 Microsoft Corporation. All rights reserved. Terms of Use   Advertise   MSN Privacy Statement   GetNetWise   Anti-Spam Policy