IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

GREATER BROWNSVILLE INCENTIVES  §
CORPORATION,                    §
      Plaintiff                §
VS.                             §  CIVIL ACTION NO. B-03-224
                               §
                               §
TITAN INTERNATIONAL, INC.,       §
      Defendant               §

## ORDER

On the _____ day of _____, 2004, came on to be considered Defendant

**TITAN INTERNATIONAL, INC.'S, MOTION TO STRIKE PLAINTIFF'S**

**SUPPLEMENTAL EXHIBITS TO ITS MOTION FOR SUMMARY JUDGMENT**

in the above entitled and numbered action. After consideration of the pleadings, motions

and argument of counsel, this Court is of the opinion that the Defendant's Motion to

Strike should in all things be **GRANTED**.

    **IT IS THEREFORE, ORDERED ADJUDGED AND DECREED** Defendant

**TITAN INTERNATIONAL, INC.'S, MOTION TO STRIKE PLAINTIFF'S**

**SUPPLEMENTAL EXHIBITS TO ITS MOTION FOR SUMMARY JUDGMENT**

is in all things **GRANTED**.

    Done on _____ day of _____, 2004, at Brownsville, Texas.

_____
United States Magistrate Judge