IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| GREATER BROWNSVILLE INCENTIVES CORPORATION, §<br>Plaintiff §<br>VS. §<br>§<br>§<br>TITAN INTERNATIONAL, INC., §<br>Defendant § | CIVIL ACTION NO. B-03-224 |

### JOINT AND AGREED MOTION TO EXTEND DEADLINES

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, as Plaintiff, GREATER BROWNSVILLE INCENTIVES CORPORATION, and TITAN INTERNATIONAL, INC., as Defendant, and files this Joint And Agreed Motion To Extend Deadlines, and would respectfully show to the Court the following:

**I.**

The current discovery and dispositive motion deadlines are set for November 1, 2004. The parties have completed all written discovery. However, two depositions and a plant inspection remain to be completed, none of which can be completed by November 1, 2004. As a result, dispositive motions cannot be filed by November 1, 2004.

**II.**

Plaintiff's counsel has been unable to secure a videographer for the plant inspection. Moreover, Plaintiff's counsel has been occupied with matters beyond his control in other cases and transactions last week and this week, and will not be able to schedule the depositions or inspection until the week after next.

**III.**

Moreover, counsel for Defendant will be out of town the remainder of this week.

**IV.**

Therefore, counsel jointly seek an extension of three weeks for all such deadlines.

**V.**

This is the first extension requested by Plaintiff, jointly or otherwise, and this request is filed not for the purpose of delay but in the interest of justice.

**WHEREFORE, PREMISES CONSIDERED,** GREATER BROWNSVILLE INCENTIVES CORPORATION, Plaintiff, and TITAN INTERNATIONAL, INC., Defendant, pray (jointly) that the Court extend all remaining deadlines in this action by three (3) weeks.

DATED this 28th day of October, 2004.

Respectfully submitted,

RODRIGUEZ & NICOLAS, L.L.P.

By: _____
Michael Rodriguez
State Bar No. 00791553
Federal ID. No. 18759
Henri E. Nicolas, Jr.
State Bar No. 24014808
Federal ID. No. 26052
319 East Elizabeth Street
Brownsville, Texas 78520
Telephone: (956) 574-9333
Facsimile: (956) 574-9337

BRIAN G. JANIS, P.C.

By: _____
Brian G. Janis
State Bar No.10570300
Federal ID. No. 1201
100 North Expressway 83
Brownsville, Texas 78521-2284
Telephone: (956) 546-3731
Facsimile: (956) 546-3766

## CERTIFICATE OF CONFERENCE

I, Henri E. Nicolas, Jr., do hereby certify that on October 26th 2004, I contacted Brian G. Janis regarding this motion and the parties are in agreement with same.

_____
Henri E. Nicolas, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all known counsel of record, as set forth below, on October 28th 2004:

**VIA REGULAR MAIL & HAND DELIVERY**
Brian G. Janis
Brian G. Janis, P.C.
100 North Expressway 83
Brownsville, Texas 78521-2284
(956) 546-3731 telephone
(956) 546-3766 facsimile

**VIA FIRST CLASS MAIL & FACSIMILE**
James R. Goza
City Attorney, City Of Brownsville, Texas
P.O. Box 911
Brownsville, Texas 78522-0911
(956) 548-6011 telephone
(956) 546-4291 facsimile

_____
Henri E. Nicolas, Jr.