IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| GREATER BROWNSVILLE INCENTIVES CORPORATION, <br>   Plaintiff <br> VS. <br><br> TITAN INTERNATIONAL, INC., <br>   Defendant | § <br> § <br> § <br> § CIVIL ACTION NO. B-03-224 <br> § <br> § <br> § <br> § |

## ORDER ON JOINT AND AGREED MOTION TO EXTEND DEADLINES

ON THIS the _____ day of _____ 2004, came on to be considered the Joint And Agreed Motion To Extend Deadlines, and it appears to the Court that this Motion should be and is hereby:

_____ GRANTED

_____ DENIED

IT IS, THEREFORE, ORDERED that the discovery deadline and all remaining deadlines in this action are extended by three (3) weeks.

Discovery Deadline _____

Motion Deadline _____

Motions Hearing _____

Joint Pretrial Order Deadline _____

Final Pretrial Conference _____

Jury Selection _____

    SIGNED this the _____ day of _____, 2004.

_____
U.S. MAGISTRATE JUDGE