UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GREATER BROWNSVILLE INCENTIVES CORPORATION, | § § | CIVIL ACTION |
| Plaintiff | § § | |
| VS. | § § | NO. B-03-224 |
| TITAN INTERNATIONAL, INC., Defendant | § § | |

**PLAINTIFF'S EXHIBITS TO ITS MOTION
FOR ORDER THAT MATTERS ARE ADMITTED**
(set forth below: Exhibits 1 - 5)

- i -

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GREATER BROWNSVILLE INCENTIVES CORPORATION, § § | CIVIL ACTION |
| Plaintiff § § | |
| VS. § § | NO. B-03-224 |
| TITAN INTERNATIONAL, INC., § | |
| Defendant § | |

**LIST OF PLAINTIFF'S EXHIBITS**

| Ex. No. | Item |
|---|---|
| 1 - | Plaintiff's First Request For Admissions |
| 2 - | Defendant's Responses To Plaintiff's First Request For Admissions |
| 3 - | October 31, 2002 News Release (of TITAN, from its website) (emphasis added) |
| 4 - | Home Page (of TITAN, from its website) (emphasis added) |
| 5 - | Recent newspaper or internet articles (reiterating Exhibit 3) (emphasis added) |

**EXHIBIT "1"**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GREATER BROWNSVILLE INCENTIVES CORPORATION, § § | CIVIL ACTION |
| Plaintiff § § | |
| VS. § § | NO. B-03-224 |
| TITAN INTERNATIONAL, INC., § | |
| Defendant § | |

**PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS**

TO: TITAN INTERNATIONAL, INC. (TITAN), Defendant, and TITAN TIRE CORPORATION OF TEXAS, a subsidiary of Defendant, by and through TITAN's counsel of record, Mr. Michael Rodriguez, 1000 East Madison Street, Brownsville, Texas 78520

COMES NOW the Plaintiff herein, GREATER BROWNSVILLE INCENTIVES CORPORATION (hereinafter "GBIC"), by and through its undersigned counsel, and pursuant to Rule 36 of the Federal Rules Of Civil Procedure, hereby requests the Defendant, TITAN INTERNATIONAL, INC., and as appropriate or necessary, TITAN TIRE CORPORATION OF TEXAS, to admit or deny the truth of the following matters of fact (or set forth in detail the reason why such facts cannot be admitted or denied, and, admitting and denying as much as can be admitted or denied) at the offices of SANCHEZ, WHITTINGTON, JANIS & ZABARTE, L.L.P., 100 North Expressway 83, Brownsville, Texas 78521-2284, within thirty (30) days of service hereof.

THIS REQUEST FOR ADMISSIONS IS CONTINUING IN NATURE SO AS TO REQUIRE THE FILING OF SUPPLEMENTAL RESPONSES IF YOU OBTAIN FURTHER OR DIFFERENT INFORMATION BEFORE TIME OF TRIAL.

## FACTS TO BE ADMITTED

1 - Exhibits 1 - 4, annexed to Plaintiff's (GBIC's) Motion To Remand (as Plaintiff's Exhibits To Its Motion To Remand), are true and correct copies of recorded instruments involving TITAN INTERNATIONAL, INC., and TITAN TIRE CORPORATION OF TEXAS.

   **RESPONSE:**

2 - Exhibits 1 - 4, annexed to Plaintiff's Motion To Remand, reflect that TITAN TIRE CORPORATION OF TEXAS is a party to such instruments, which involve the parcel of land and improvements thereon that are at issue in this case.

   **RESPONSE:**

3 - Exhibits 1 - 4, annexed to Plaintiff's Motion To Remand, reflect that TITAN TIRE CORPORATION OF TEXAS has an interest in the said land and/or the improvements thereon (the building located on such parcel of land), and that such interest is being used as security for a financing transaction involving General Electric Capital Corporation (GECC).

   **RESPONSE:**

4 - The reason for the inclusion of TITAN TIRE CORPORATION OF TEXAS as a party to the said security/financing instruments (Exhibits 1-4) is because TITAN TIRE CORPORATION OF TEXAS owns or has a similar interest in the said land and/or building that are at issue in this proceeding.

   **RESPONSE:**

5 -   TITAN TIRE CORPORATION OF TEXAS owns or has a similar interest in the said land and/or building that are at issue in this proceeding.

   **RESPONSE:**

6 -   In light of the said ownership or similar interest in the said land and/or building, GECC was given a security interest in such land and/or building by TITAN TIRE CORPORATION OF TEXAS and TITAN INTERNATIONAL, INC. (TITAN), to enable a loan or financing to the said TITAN entities.

   **RESPONSE:**

7 -   TITAN TIRE CORPORATION OF TEXAS owns or has a similar interest in the parcel of property and the building constructed on such land that is at issue in this proceeding.

   **RESPONSE:**

8 -   TITAN TIRE CORPORATION OF TEXAS is not only a subsidiary of TITAN INTERNATIONAL, INC. (TITAN), it is (or was) the manager of the tire manufacturing facility in Brownsville at issue in this proceeding, acting on behalf of TITAN INTERNATIONAL, INC., the parent of or the holding company for TITAN TIRE CORPORATION OF TEXAS.

   **RESPONSE:**

9 - TITAN TIRE CORPORATION OF TEXAS conducted its business entirely in Texas and operated a tire manufacturing facility -- owned by it and/or TITAN INTERNATIONAL, INC. -- in Brownsville, Cameron County, Texas.

**RESPONSE:**

10 - TITAN TIRE CORPORATION OF TEXAS and/or TITAN INTERNATIONAL, INC. (TITAN), no longer operate a tire manufacturing facility in Brownsville, Cameron County, Texas (i.e., neither entity is manufacturing tires at the said Brownsville facility).

**RESPONSE:**

11 - TITAN INTERNATIONAL, INC. (TITAN), publicly announced, as reflected by Exhibit "C" to Plaintiff's Original Petition, that it was going to consolidate its *entire* tire manufacturing operations in Des Moines, Polk County, Iowa.

**RESPONSE:**

12 - At no time did TITAN INTERNATIONAL, INC. (TITAN), or TITAN TIRE CORPORATION OF TEXAS advise GBIC (or its agents) about or seek the permission of GBIC (or its agents) to enter into the said financing/loan transactions involving the property that was sold to TITAN INTERNATIONAL, INC.'s (TITAN's) predecessor, TITAN WHEEL INTERNATIONAL, INC., which land and the building thereon is the subject of this case.

**RESPONSE:**

\*          \*          \*

DATED this 16th day of April, 2004.

Respectfully submitted,

GREATER BROWNSVILLE INCENTIVES
 CORPORATION, Plaintiff

BY: _____
Brian G. Janis

Southern District Of Texas
Federal Admissions ID. No. 1201
(Texas State Bar No. 10570300)

OF COUNSEL:

SANCHEZ, WHITTINGTON, JANIS
 & ZABARTE, L.L.P.

ATTORNEY-IN-CHARGE FOR PLAINTIFF

100 North Expressway 83
Brownsville, Texas 78521-2284
Telephone: 956/546-3731
Telefax:   956/546-3766

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Plaintiff's (GBIC's) First Request For Admissions has been served upon Michael Rodriguez, counsel of record for TITAN, at 1000 East Madison Street, Brownsville, Texas 78520, by mailing same United States Mail, postage prepaid and properly addressed, and by telefaxing same (at 574-9337), on this _16th_ day of April, 2004.

_____
Brian G. Janis

PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS - PAGE 5