**EXHIBIT "2"**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| GREATER BROWNSVILLE INCENTIVES CORPORATION, <br>     Plaintiff <br> VS. <br><br><br> TITAN INTERNATIONAL, INC., <br>     Defendant | § <br> § <br> § <br> § CIVIL ACTION NO. B-03-224 <br> § <br> § <br> § <br> § |

### Defendant's Responses to Plaintiff's First Request for Admissions

TO:   Greater Brownsville Incentives Corporation,
      by and through its Attorney
      Brian Janis
      SANCHEZ, WHITTENGTON, JANIS & ZABARTE, L.L.P.
      100 North Expressway 83
      Brownsville, Texas 78521-2284

NOW COMES, Defendant, Titan International, Inc., and responds to Plaintiff's Request for Admissions pursuant to the Federal Rules of Civil Procedure.

                                                    Respectfully Submitted,
                                                    MICHAEL RODRIGUEZ, P.L.L.C.

                                                    _____
                                                    Michael Rodriguez
                                                    State Bar No. 00791553
                                                    Federal I.D. No. 18759
                                                    319 E. Elizabeth Street
                                                    Brownsville, Texas 78520
                                                    (956) 574-9333; Fax (956) 574-9337

## CERTIFICATE OF SERVICE

I hereby certify that a true copy and correct copy of this instrument has on June 2, 2004, been forwarded via Certified Mail Return Receipt Requested and facsimile to:

Brian G. Janis
Sanchez, Whittington, Janis & Zabarte, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521
(956) 546-3731 telephone
(956) 546-3766 facsimile

James R. Goza
City Attorney, City of Brownsville, Texas
P.O. Box 911
Brownsville, Texas 78522
(956) 548-6011 telephone
(956) 546-4291 facsimile

_____
Michael Rodriguez

## REQUEST FOR ADMISSIONS

1. Exhibits 1-4, annexed to Plaintiff's (GBIC's) Motion To Remand (as Plaintiff's Exhibits To Its Motion to Remand), are true and correct copies of recorded instruments involving TITAN INTERNATIONAL, INC., and TITAN TIRE CORPORATION OF TEXAS.

**RESPONSE:**

Defendant cannot either admit or deny.

2. Exhibits 1-4, annexed to Plaintiff's Motion to Remand, reflect that TITAN TIRE CORPORATION OF TEXAS is a party to such instruments, which involve the parcel of land and improvements thereon that are at issue in this case.

**RESPONSE:**

Admit

3. Exhibits 1-4, annexed to Plaintiff's Motion to Remand, reflect that TITAN TIRE CORPORATION OF TEXAS has an interest in the said land and/or the improvements thereon (the building located on such parcel of land), and that such interest is being used as security for a financing transaction involving General Electric Capital Corporation (GECC).

**RESPONSE:**

Admit as to an interest in improvements thereon.

4. The reason for the inclusion of TITAN TIRE CORPORATION OF TEXAS as party to the said security/financing instruments (Exhibits 1-4) is because TITAN TIRE CORPORATION OF TEXAS owns or has similar interest in the said land and/or building that are at issue in this proceeding.

**RESPONSE:**

Admit as to building.

5. TITAN TIRE CORPORATION OF TEXAS owns or has a similar interest in the said land and/or building that are at issue in this proceeding.

**RESPONSE:**

Admit as to building.

6. In light of the said ownership or similar interest in the said land and/or building, GECC was given a security interest in such land and/or building by TITAN TIRE CORPORATION OF TEXAS and TITAN INTERNATIONAL, INC. (TITAN), to enable a loan or financing to the said TITAN entities.

**REPONSE:**

Due to the wording of the Request for Admission, defendant cannot either admit or deny.

7. TITAN TIRE CORPORATION OF TEXAS owns or has similar interest in the parcel of property and the building constructed on such land that is at issue in this proceeding.

**RESPONSE:**

Deny

8. TITAN TIRE CORPORATION OF TEXAS is not only a subsidiary of TITAN INTERNATIONAL, INC., (TITAN), it is (or was) the manager of the tire manufacturing facility in Brownsville at issue in this proceeding, acting on behalf of TITAN INTERNATIONAL, INC., the parent of or the holding company for TITAN TIRE CORPORATION OF TEXAS.

**RESPONSE:**

Deny

9. TITAN TIRE CORPORATION OF TEXAS conducted its business entirely in Texas and operated a tire manufacturing facility -- owned by it and/or TITAN INTERNATIONAL, INC. -- in Brownsville, Cameron County, Texas.

**RESPONSE:**

Due to the wording of the Request for Admission, defendant cannot either admit or deny.

10. TITAN TIRE CORPORATION OF TEXAS and/or TITAN INTERNATIONAL, INC. (TITAN), no longer operate a tire manufacturing facility in Brownsville, Cameron County, Texas (i.e., neither entity is manufacturing tires at the said Brownsville facility).

**RESPONSE:**

Deny

11. TITAN INTERNATIONAL, INC. (TITAN), publicly announced, as reflected by Exhibit "C" to Plaintiff's Original Petition, that it was going to consolidate its entire tire manufacturing operations in Des Moines, Polk County, Iowa.

**RESPONSE:**

Deny

12. At no time did TITAN INTERNATIONAL, INC., (TITAN), or TITAN TIRE CORPORATION OF TEXAS advise GBIC (or its agents) about or seek the permission of GBIC (or its agents) to enter into the said financing/loan transactions involving the property that was sold to TITAN INTERNATIONAL, INC.'s (TITAN'S) predecessor, TITAN WHEEL INTERNATIONAL, INC., which land and the building thereon is the subject on this case.

**RESPONSE:**

Deny