**EXHIBIT "4"**





**TITAN WHEEL CORPORATION**                            **TITAN TIRE CORPORATION**

|Home | Wheels | Tires | Distribution|

# Welcome to



Leading the way in tire and wheel assemblies

Titan has a heritage of over 100 years in the off-highway wheel manufacturing business. Since Titan's entrance into the tire market in 1993, we have evolved into a leading global supplier of complete tire and wheel assemblies for off-highway vehicles. Titan's <u>primary markets</u> include agriculture, consumer, earthmoving/construction, and military applications.

Strategic acquisitions have built Titan into a successful worldwide corporation serving the most respected names in the original equipment industry. With that support, Titan is now expanding our focus to include aftermarket tire sales.



HOME PAGE

## *Titan comprises four major product groups:*



Agricultural Equipment

The agricultural equipment group consists of

wheels and tires for machinery used by the commercial farming sector, including tractors, combines, crop handling equipment and tillage, soil preparation and planting and harvesting machinery.

**Consumer Products** 

The consumer products group includes wheels, tires and brake assemblies for ATV's, boat and utility trailers, golf cars, and lawn and garden tractors.

**Earthmoving/ Construction Equipment** 

The earthmoving/ construction sector consists of wheels and tires for machinery used in both construction and mining industries, including graders and levelers, scrapers, self-propelled shovel loaders, loader transporters and haul trucks.

**Military Components** 

The military products group includes wheels, rims, tires and components for government use on trucks, tanks and personnel carriers.



[Agricultural | Consumer | Earthmoving/Const. | Military]

*Copyright © 1997 Titan All rights reserved.*
*Send comments and bug reports to Webmaster*

**Titan Tire Corporation** a subsidiary of Titan International, Inc., is North America's third largest manufacturer of off-highway tires. Titan's tire production facility is in Des Moines, Iowa, which also serves as the headquarters for the tire group. Brownsville, Texas, functions as a distribution and warehouse site.



The world's leading OEMs, including John Deere, AGCO, New Holland and Shoreland'r, depend on Titan's quality craftsmanship, unique tread designs and excellent durability for all types of off-highway applications. In addition to our OEM customers, Titan has a network of 1,700 independent tire dealers which service the aftermarket.



Wheels                                                                                    Page 2 of 2

Titan is the only major manufacturer which focuses on off-highway tire production and our manufacturing capability is highly diversified. Our plants are equipped to produce tires in sizes ranging in wheel diameter from four inches to forty-two inches. Applications include agricultural, construction, industrial, specialty (trailer) and all-terrain vehicles.

Titan Tire Corporation is dedicated to quality. The Des Moines facility is ISO certified, meeting the highest standards in manufacturing excellence.

**Titan leads the way in wheels and tires.**



[Home | Wheels | Distribution |

**Titan Wheel Corporation**
a subsidiary of Titan International, Inc., is the world's largest manufacturer of off-highway wheels. Headquartered in Quincy, Illinois, we have two plants in the United States.



Titan's wheels are manufactured for the world's most respected OEMs, including John Deere, New Holland, Case, AGCO, Caterpillar, Komatsu and Kubota. They rely on Titan's quality wheels ranging in application from agriculture to construction to recreation.



Titan's impressive array of manufacturing capabilities include rotary roll forming, stamping, forging, submerged arc, MIG and flash welding and multiple machining operations. Titan is also the only off-

|Home | Tires | Distribution |

**Titan Distribution,** a subsidiary of Titan Tire Corporation, is the assembly, warehousing and distribution branch of Titan. Headquartered in Des Moines, Iowa, our network of distribution sites serves customers from each of Titan's market segments: agricultural, construction/industrial, specialty and ATV.



Strategically located distribution facilities handle all of Titan's day to day mounting and order fulfillment. In addition to wheel and tire assemblies, Titan also ships brakes, actuators and trailer accessories.



Titan's unique position as a manufacturer of both wheels and tires allows Titan Distribution to mount and ship one of the largest



<mark>

selections of off-road assemblies in the world with sizes spanning from 12 to 57 inches. Backed by the resources of Titan's manufacturing facilities, Titan Distri- bution is capable of providing many value added services. No more wasted time sourcing parts from several suppliers, Titan offers one-stop shopping.

Titan's just-in-time delivery program offers the products our customers need, when they need them. Customer forecasts are entered into our master system using electronic data interchange (EDI).

Then, the appropriate assembly and delivery schedule is formulated based on each customer's requirements. Titan's personnel utilize EDI and advanced management skills to expertly process customer orders in the most efficient manner possible. This system eliminates the need for excessive warehousing and high inventory levels to accommodate lead time or schedule changes.

**Titan leads the way in wheels and tire assemblies.**



[Home | Wheels | Tires |



*Corporate Headquarters:*

**Titan International, Inc.**
2701 Spruce Street
Quincy, Illinois 62301
(217) 228-6011

| **Titan Tire Corporation** | **Titan Wheel Corporation** |
|---|---|
| 2345 E. Market Street | 2701 Spruce Street |
| Des Moines, Iowa 50317 | Quincy, Illinois 62301 |
| Customer Service: (800) USA-BEAR | Customer Service: (217) 221-4308 |
| Fax: (515) 265-9301 | Fax: (217) 228-9331 |

**Sales Department**
sales@titan-intl.com

