**EXHIBIT "5"**

# RIO GRANDE VALLEY

## ches of responses



Senior patrol agent Hollis Ward, left, holds an M-4 tactical rifle while his partner, senior patrol agent Weylan Luckey, right, maneuvers the boat as they patrol the Rio Grande south of Hidalgo Friday approximately 1 1/2 miles from the Hidalgo port of entry which borders Reynosa, Mexico.

JOE HERMOSA/VALLEY MORNING STAR

Patrol, which has 1,500 agents patrolling an area from Brownsville to Roma and as far north as Corpus Christi, does not have any reason to increase the number of agents on the ground, he said.

"We get little intelligence alerts," Flores said. "There is no specific threat at this time."

The customs agency said its drug seizures are a direct result of increased searches for those threatening national security, Pauza said.

From last October to the end of July, agents from the southwest region of Customs and Border Protection, which covers ports of entry from Del Rio to Brownsville, seized 138,078 pounds of marijuana, 8,450 pounds of cocaine, 404 pounds of methamphetamine and 50 ponds of heroin, according to statistics provided by Pauza.

## Jury rejects product lawsuit against Titan

### BY J. NOEL ESPINOZA
THE BROWNSVILLE HERALD

A Brownsville jury absolved a former Brownsville tire manufacturer Friday for the death of a man from Mexico whose family claims the company did nothing to warn consumers in Spanish about possible product defects.

According to court records, the jury on Friday unanimously agreed that Titan Tire Corp. was not negligent in the death of Raymundo Barrera, who died after a tractor tire exploded while he was airing it up on a farm near Camargo, Mexico.

Records for the 138th state District Court show jurors only answered three questions out of 13 to clear the tire company of negligence and responsibility. The first question places negligence on Barrera rather than Titan.

"The jurors found that the vendor was not at fault and Raymundo was so there is no reason to answer the rest of the questions," said Michael Cowen, a Brownsville lawyer who represents Barrera's family. "Unfortunately, the jurors believe Titan and not us."

Plaintiffs alleged that Titan Tire Corp., which manufactures off-highway tires for agriculture, construction and military applications, failed to offer consumers proper warning, especially in Spanish, for maintenance instruction since the company knew tractor tires would be used by agricultural workers in Mexico.

Barrera was filling one of Titan's off-road tires with air when it exploded in October 2002, according to plaintiffs.

Barrera was working with a tractor through farmland when he noticed one of the tires was low on air, a witness testified in a deposition. Barrera then took the tractor to a service area to fill the low tire. As he was filling it, the tire exploded.

Plaintiffs claim a defect in the tire caused it to explode when it was placed on the type of beveled rim that Barrera's tractor used.

Instructions on the tire mark the tire's maximum air capacity at 24 pounds per square inch. On the wrong rim, the tire can explode at only 20 pound per square inch, plaintiffs claim.

Autopsy reports revealed Barrera was thrown several feet from the explosion, and he received fatal injuries to his spleen and lung. The tire in question was mounted on a John Deere tractor at the time and was about 5 feet in diameter.

Although Barrera, 33, was a Mexican citizen, family members were able to bring the suit against Titan because his immediate family members are either U.S. citizens or legal residents.

Barrera's wife and two children are U.S. citizens who live in Mission. His parents are legal residents who live in Rio Grande City. They were asking for $10 million from Titan for Barrera's death.

Despite the setback, Cowen said the family plans to appeal the decision with the 13th Court of Appeals in Corpus Christi. Cowen said it takes one to two years to appeal a case.

Cowen said the tire company tried to settle with the family, but the offer was minimal.

Michael Rodriguez, a defense attorney for Titan, did not return phone calls.

Titan closed its Brownsville manufacturing plant last summer. The plant is now being used as a distribution center and tire production continues at an Iowa facility.

*Herald reporter David Robledo contributed to this article.*

> 'The jurors found that the vendor was not at fault and Raymundo was so there is no reason to answer the rest of the questions.'
> Michael Cowen, Barrera's lawyer

# Family sues Titan after exploding tire kills relative

**BY DAVID ROBLEDO**
THE BROWNSVILLE HERALD

The family of a man from Mexico who died after a tractor tire exploded while he was airing it up is suing a former Brownsville tire manufacturer, alleging that the day he defected but did nothing to warn consumers.

The case, which alleges Titan Tire Corp. failed to off consumers proper warning, is on trial this week in Brownsville's 138th state District Court.

Plaintiffs also claim that Titan should have written clothes were ripped to shreds Spash maintenance instruction on the tire because they knew its tractor tires



BARRERA

would be used by agricultural workers in Mexico.

"I didn't expect to find him like that," said the victim's father Benito Barrera, recalling the day he identified his dead son Raymundo Barrera, 33, was a Mexican citizen, family members are able to bring a suit against Titan because his immediate family members are either U.S. citizens or legal residents.

Although Titan closed its Brownsville manufacturing plant last summer, but the case was filed here because

was broken. Raymundo Barrera was thrown several feet from the explosion, and he received fatal injuries to his spleen and lung, according to autopsy reports.

The tire in question — now being used as a distribution center, according to a company spokesperson, and tire production continues at an Iowa facility.

Raymundo was filling one of Titan's off-road tires with air when it exploded in October 2002, according to plaintiffs.

Raymundo had been running a tractor through farmland when he noticed one of the tires was low on air, a witness testified in a deposition. Raymundo then took the

Brownsville is still listed as the company's primary business site in Texas, said plaintiff's attorney Michael Cowen, co-counsel with Calixto Villarreal Jr.

Plaintiff's claim the explosion resulted from a defect in the tire that occurs when the tire is placed on the type of beveled rim that Raymundo's tractor used.

Instructions on the tire mark the tire's maximum air capacity at 24 pounds per square inch. But on the wrong rim, the tire can explode at only 20 pounds per square inch, plaintiff's claim.

Defense attorney for Titan, Mike Rodriguez, said company policy prohibited him from commenting on pending litigation.

Titan CEO Morry Taylor said in a deposition that he

tractor to a service area to fill the low tire. As he was filling it, the tire exploded.

The Brownsville plant is now being used as a distribution center, according to a company spokesperson, and tire production continues at an Iowa facility.

knew that the tire had a tendency to explode when mounted on the wrong rim. Although Taylor told John Deere about the problem, and urged John Deere to buy Titan rims to match the tire, Titan offered no warning to consumers about the tire's problem, according to statements made in a deposition.

Raymundo's wife and two children are U.S. citizens who live in Mission. His parents are legal residents who live in Rio Grande City. They are asking for $10 million from Titan for Raymundo's death. The jury's decision on the case is expected Friday.

*droblado@linkfreedom.com*

## Big hair in the hood



## Lawmaker proposes taxing energy companies to fund coastline projects

**BY ELIZABETH PIERSON**
THE BROWNSVILLE HERALD

AUSTIN – A Rio Grande Valley lawmaker proposed on Wednesday taxing oil and natural gas companies to help pay for coastal conservation projects that would prevent beaches

Rep. Juan Escobar, D-Kingsville, said he made the proposal to the House Committee on Land and Resource Management because he wanted to begin a discussion on how to find a permanent revenue source for the Coastal Erosion Planning and Response Act

with the Texas Oil and Gas Association.

# SAN ANTONIO BUSINESS JOURNAL
### THE ESSENTIAL BUSINESS TOOL

get 4 FRE

| Subscribe | Book of Lists | Sales Power | bizwomen | Money | HR Help | Email Alerts | Jobs | Entrepreneur | Classifieds | Sales Leads | Latest News |

Search [Type keywords] [GO]   » Archives  » Search Watch  » News by Industry

Sign u

Home » San Antonio » Archive » 2003 » July » Week of July 28, 2003 » Latest News

### bizwomen.com
San Antonio's online meeting place for women in business.
» **Don't miss it!**

**Online Directory**
» Accounting
» Advertising, Marketing
» Business Insurance
» Commercial Real Estate
» Debt Collection
» Education/Training
» Email Marketing
» Franchise Consulting
» Furniture/Supplies
» Graphic Design
» IT Services
» Legal Services
» Life Insurance
» Market Research
» Network Security
» Online Brokerage
» Online Data Backup
» Property Management
» Public Relations
» VoIP
» Web Conference
» Web Design
» Web Hosting
» Web Marketing

**Jobs**
» Find a Job
» Post a Job

**Entrepreneur**

Regaining control: He came back from addiction to build a business
» Find out how

**Sales Power**

Get top business news from around the nation via e-mail every business day.

**XML** RSS Feeds | Reprints | Printable Version | Email Story | Companies in the news | People in the news

## LATEST NEWS
July 28, 2003

### Titan consolidating tire manufacturing

Titan Tire, a subsidiary of Titan International Inc. (NYSE:TWI), is consolidating all tire manufacturing into its principal tire facility in Des Moines, Iowa.



The company says its office located in Brownsville, Texas will continue to operate as a distribution and warehouse center for Titan, however, production will be suspended until market demand requires additional capacity.

The majority of the costs related to the consolidation will occur in the second and third quarters of 2003, the company says.

"The North American large farm equipment market has been in a slump since 1998," says Maurice Taylor Jr., Titan president and CEO. "For example in 1997, approximately 9,000 four-wheel drive large tractors were sold. Last year, however, there were fewer than 4,000 sold. In terms of wheels and tires, that amounts to a decrease of more than 40,000 units. The utility and compact tractor sales, however, are holding up surprisingly well."

Consolidation of the facility was part of an aggressive plan to increase production capacity which included buying control of bankrupt Fidelity Tire in Natchez, Miss., which has been idled since early 2001, and building a 1 million square foot factory in Brownsville. Titan says it has been steadily increasing efficiency at the Des Moines tire facility. The consolidation of all tire manufacturing to Des Moines

**Recent Compan**
Titan International
» Court refuses to d against Steelworker

**Related Topics**
» Rental car fees 2 Antonio
» Goodyear buys ɛ in Sava Tires 2002
» Cooper Tire drivι 2003-10-07, Dayton
» More related topic

**Consultants**
Bringing Clients and Consultants Together
· I AM A CONSULTANT
· I NEED A CONSUL·

**Industry Update**
Manufacturing Gen

**Email Alerts**
Daily Business Upd·
Search Watch
News by Industry

**Money Center**
Build an IPO
A marketing push ! primed them to go

**HR Solutions**
Gain access to a FREE sampling o Administaff's HR services:
· People Strategy ]
· Avoid HR Blund·
· Free Forms Libra
· Monthly eNewslɛ



**Bringing focus:** He thinks sales will build as his company narrows its focus

» Find out how

won't happen until the facility is operating near its full capacity. The company says it is maintaining adequate capacity to meet current and future demands without additional planned capital expenditures.

© 2003 American City Business Journals Inc.

» Web reprint information

**HR Help Center**
**At work**
Don't let the office you.

**More Late News**
Updated 4 11 PM CDT
Monday, Aug 30, 2004

» **Gibson Guitar opens new entertainment relations office in S.A.**

» **Nighthawk Systems reduces debt by 36 percent**

» **Texas Parks and Wildlife approve $12.5 million in grants**

» **USAA named one of best employers for Hispanic women**

» **FDA approves OsteoBiologics' bone graft substitute product**

More

**Free Download Edition for Print Subscribers**

**Outlook**
» **Football leagues try to compete**

**Washington**
» **Report faults OSHA's oversight of fines, follow-up inspections**

**Print Edition**

**Community**
**More Tips**
» Single Copy Locations
More Community Info...

**Contact Us**






Home | Subscribe | Book of Lists | Reprints | Email Alerts | Classifieds | Latest News | Print Edition | Services
Sales Power | Money Center | Entrepreneur | HR Help Center
Community | Search | RSS Feeds

San Antonio Business Journal email: sanantonio@bizjournals.com

bizjournals | Contact Us | Site FAQ

Use of, or registration on, this site constitutes acceptance of our User Agreement
Please read our Privacy Policy
©2004 American City Business Journals, Inc. and its licensors. All rights reserved. Contact us here.
The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permiss

MSN Home | My MSN | Hotmail | Shopping | Money | People & Chat    Sign In    Web Search:

 Money     Home | Banking | Investing | Planning | Taxes | My Money

Investing Home   Portfolio   Market News   Stocks   Funds   Insight   Brokers   CNBC TV



Name or Symbol: TWI     Find Symbol   Print Report

Upgrade MSN Money Software

**Quote, Chart, News**
Snapshot
Quotes
Charts
  Key Developments
Recent News

**Research**
Company Report
SEC Filings
Advisor FYI
Stock Rating
Earnings Estimates
Analyst Ratings
Financial Results
Insider Trading
Ownership
Community

**Guided Research**
Research Wizard

**Find Stocks**
Stock Screener
Power Searches
Top Rated Stocks

**Related Links**
E-mail & Alerts
IPO Center
Message Boards
Capital Gains Analysis

## Titan International, Inc.: Key Developments

View: All Developments

**Titan International, Inc. Awarded Two Multi-Year Military Contracts**
August 25, 2004
Titan Tire Corporation, a subsidiary of Titan International, Inc., announced that it has been awarded two multi-year requirements contracts by TACOM (Tank Automotive Command). The two contracts total an estimated value of $40 million and cover anticipated requirements for the next five years for tires primarily used on 2.5 and 5-ton military trucks used by the U.S. Army.

**Titan International, Inc. Completes $115 Million Sale of Convertible Senior Unsecured Notes**
July 26, 2004
Titan International, Inc. announced that it has completed the previously announced sale of $100 million of 5.25% convertible senior unsecured notes due 2009 in a Rule 144A offering. The closing also included the exercise in full by the initial purchasers of their option to purchase an additional $15 million of the notes.

**Titan International, Inc. Secures $100 Million Revolving Credit Facility**
July 26, 2004
Titan International, Inc. announced that it has secured a new $100 million revolving credit agreement with agents LaSalle Bank National Association and General Electric Capital Corporation. This new facility replaces the Company's former $20 million revolving credit agreement and term loan. Both of these former facilities were terminated on July 23, 2004. The $100 million revolving credit facility has a 36-month term and will allow Titan to redeem certain of Titan's 8.75% senior subordinated notes. If the notes are not redeemed by February 2007, the credit facility's termination date will be adjusted to a 30-month term.


Time to start investing

**Buy stocks for $4**

Start FREE trial

· No inactivity fees
· No minimums



shareBUILDER

**Titan International, Inc. Sells $100 Million of 5.25% Convertible Senior Unsecured Notes**
July 20, 2004
Titan International, Inc. announced that it has sold 5.25% convertible senior unsecured notes due 2009 in a Rule 144A offering for $100 million principal amount. The placement of the notes is expected to close on or about July 26, 2004. The initial purchasers have an option to purchase up to an additional $15 million principal amount of the notes.

**Titan International, Inc. Announces $100 Million Convertible Notes Offering**
July 14, 2004
Titan International, Inc. announced that it intends to offer $100 million principal amount of five-year senior unsecured notes that will be convertible into shares of Titan's common stock, convertible at any time. The Company may sell up to an additional $15 million principal amount of the notes upon exercise of an option granted to the initial purchasers in connection with the offering.

**Titan International, Inc. Consolidates Tire Manufacturing**
July 28, 2003
Titan Tire, a subsidiary of Titan International, Inc., announced that it is consolidating all tire manufacturing into its principal tire facility located in Des Moines, Iowa. The Brownsville, Texas location will continue as a distribution and warehouse center for Titan, however, production will be suspended until market demand requires additional capacity. The majority of the costs related to the consolidation will occur in the second and third quarters of 2003.

**Titan International, Inc.'s Titan Wheels and Tires to Be Available Through Any CNH Dealer**
November 30, 2001
CNH, a North American company in farm equipment sales, announced that the complete line of Titan International, Inc.'s Titan wheels and tires would be made available in the aftermarket through thousands of North American Case, Case IH, and New Holland dealers.

**Titan International, Inc. to Develop Assemblies for LAV**
October 03, 2001
Titan International, Inc.'s Titan Tire Corporation announced that it has been awarded Contract Number DAAE07-01-P-M116 from Tank Automotive Command (TACOM) to develop conventional tires and LSW wheel and tire assemblies for U.S. Marine Corp light armored vehicles (LAV).

**Titan International, Inc.'s Subsidiary Receives Military Contract**

September 24, 2001
Titan Wheel Corporation of Illinois, a subsidiary of Titan International, Inc., announced that it has received confirmation of the largest military contract negotiated in the history of the company. The U.S. Army has granted Titan a multi-year contract for two-piece, bolt-together wheels. The value of this contract for new and replacement wheels could exceed $45 million.

**Titan International, Inc. Sells Consumer Tire and Wheel Business to Carlisle Companies Incorporated**
April 17, 2000
Carlisle Companies Incorporated announced that its Carlisle Tire & Wheel subsidiary has acquired the consumer tire and wheel business of Titan International, Inc. in a cash for assets transaction valued at a formula based price not to exceed $95.0 million. The acquired business serves consumer markets for lawn & garden equipment, all terrain vehicles and light duty trailers. The transaction includes the purchase of the Clinton and Slinger plants and leasing of the Greenwood plant.

**Titan International, Inc. in Talks to Supply Assemblies to Caterpillar Inc.**
October 12, 1999
Titan International, Inc. announced it is in talks with Caterpillar Inc. to enter an agreement to supply LSW and standard wheel and tire assemblies to Caterpillar for use on its new skid steer loader products manufactured at Caterpillar's Sanford, N.C. facilities. The LSW assemblies, featuring a shorter tire sidewall with a larger wheel to maintain the same outside tire diameter as conventional designs, greatly enhance the performance and productivity of off-highway equipment.

**Titan International, Inc. Combines Wheel and Tire Production into One Operating Unit**
October 11, 1999
Titan International, Inc. announced a strategic realignment of its North American corporate and management structure by combining its wheel and tire production into one operating entity. Titan's corporate realignment will include sales, accounting, customer service, and top management.

**Titan International, Inc. and Carlisle Companies Incorporated to not Extend Letter of Intent Providing for Merger**
September 20, 1999
Titan International, Inc. and Carlisle Companies Incorporated have agreed not to extend the letter of intent providing for the merger of Titan into Carlisle. The letter of intent expired on September 18, 1999. The initial announcement of the letter of intent was

made on August 4, 1999.

**Titan International, Inc. and Carlisle Companies Incorporated Enter into Letter of Intent Providing for Merger of Titan into Carlisle**
August 04, 1999
Carlisle Companies Incorporated and Titan International, Inc. jointly announced that the two companies have entered into a letter of intent providing for the merger of Titan into Carlisle Companies in a transaction valued at approximately $600 million including the assumption of debt. Upon consummation of the merger, each share of Titan's common stock issued and outstanding immediately prior to the merger will be converted into the right to receive the fraction of one share of Carlisle's common stock subject to a maximum and minimum exchange ration of .3242. The letter of intent has been approved by the Board of Directors of Titan.

**Titan International, Inc. and Union Reach Agreement on Contract**
July 15, 1999
Titan International, Inc. and International Association of Machinists and Aerospace Workers Local Union Lodge 2048 have reached an agreement for a new three year contract. Local 2048 of Titan Wheel Corporation of Iowa in Walcott, Iowa, ratified the contract with over 85 percent of the vote in favor of the compromise which increases wages 5 12 percent during the next three years.

**Titan International, Inc.'s Condere Corporation to Proceed with Payments to Creditors Following Ruling**
June 29, 1999
The United States District Court for the southern district of Mississippi has rejected the International Steelworkers' appeal of the sale of the assets of Condere Corporation to Titan Tire Corporation of Natchez, a subsidiary of Titan International, Inc. The assets of Condere Corporation, including Fidelity Tire of Natchez, Mississippi, were acquired by Titan September 4, 1998. The court's ruling should permit the Condere Estate to proceed with payment to its creditors. The International Steelworkers' appeal had delayed previous payments.

**Titan International, Inc. Acquires Percentage of Wheels India Limited**
January 21, 1999
Titan International, Inc. has announced the signing of an agreement with BTR for the acquisition of 35.9 percent of the stock of Wheels India Limited. With facilities in Madras and Poona, India, Wheels India is a manufacturer of steel wheels for all applications in the Indian sub-continent. Wheels India also holds

significant positions in the earthmoving, truck, and automotive wheel markets. The stock has been acquired through Titan's European subsidiary, Titan Europe Limited.

**REUTERS** © 2004 Reuters, Inc. All rights reserved.

Page generated 8/30/2004 5:51 PM eastern time

**Try MSN Internet Software for FREE!**
MSN Home | My MSN | Hotmail | Shopping | Money | People & Chat | Search　　　　Feedback | Help

©2004 Microsoft Corporation  All rights reserved  Terms of Use　Advertise　MSN Privacy Statement　GetNetWise　Anti-Spam Policy