UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GREATER BROWNSVILLE INCENTIVES CORPORATION, § § | CIVIL ACTION |
| Plaintiff § | |
| § | |
| VS. § | NO. B-03-224 |
| § | |
| TITAN INTERNATIONAL, INC., § | |
| Defendant § | |

### ORDER SETTING HEARING DATE

On this _____ day of November, 2004, came on to be heard the Plaintiff's Motion For Order That Matters Are Admitted in the above entitled and numbered action, and the Court, having considered same, is of the opinion that said Motion should be set for hearing.

IT IS, THEREFORE, ORDERED that a hearing on the said Motion For Order That Matters Are Admitted be and the same is set for the _____ day of _____, 2004, at _____:_____.M., in Courtroom No. 1 (of United States Magistrate Judge Felix Recio) at the United States Courthouse in Brownsville, Texas.

DONE this _____ day of November, 2004 at Brownsville, Texas.

_____
UNITED STATES MAGISTRATE JUDGE

ORDER SETTING HEARING DATE - PAGE 1