UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GREATER BROWNSVILLE INCENTIVES | § | CIVIL ACTION |
| CORPORATION, | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | NO. B-03-224 |
| | § | |
| TITAN INTERNATIONAL, INC., | § | |
| Defendant | § | |

**ORDER GRANTING PLAINTIFF'S MOTION
FOR ORDER THAT MATTERS ARE ADMITTED**

On the ____ day of November, 2004, the Court heard the Motion For Order That Matters Are Admitted filed in this action by Plaintiff, GREATER BROWNSVILLE INCENTIVES CORPORATION (GBIC).

The Court, after considering same, determined that GBIC is entitled to an order that the facts set forth in its Request For Admissions, specified in GBIC's Motion, are to be deemed admitted against TITAN, and accordingly, GBIC's Motion should be granted.

IT IS, THEREFORE, ORDERED that GBIC's Motion For Order That Matters Are Admitted is granted.

IT IS, FURTHER, ORDERED that the facts set forth in GBIC's Request For Admissions, specified in GBIC's Motion, are deemed admitted against TITAN, pursuant to Rule 36 of the Federal Rules Of Civil Procedure.

IT IS, FURTHER, ORDERED that TITAN pay the reasonable expenses incurred by GBIC in having to make this Motion, and that GBIC is

awarded its costs and attorney fees incurred in this motion proceeding against TITAN.

DONE this _____ day of _____, 2004 at Brownsville, Texas.

_____
UNITED STATES MAGISTRATE JUDGE