United States District Court
Southern District of Texas
ENTERED

NOV 0 1 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

GREATER BROWNSVILLE INCENTIVES    §
CORPORATION,    §
    Plaintiff    §
        §
VS.    §  CIVIL ACTION NO. B-03-224
        §  (6369)
        §
TITAN INTERNATIONAL, INC.,    §
    Defendant    §

## ORDER ON JOINT AND AGREED MOTION TO EXTEND DEADLINES

ON THIS the __29TH__ day of __OCTOBER_____ 2004, came on to be considered the

Joint And Agreed Motion To Extend Deadlines, and it appears to the Court that this Motion

should be and is hereby:

__XX____GRANTED

_____DENIED

IT IS, THEREFORE, ORDERED that the discovery deadline and all

remaining deadlines in this action are extended by three (3) weeks.

Discovery Deadline ___NOVEMBER 22, 2004___

Motion Deadline _____NOVEMBER 22, 2004___

Motions Hearing _____DECEMBER 9, 2004 AT 2:00 P.M.___

Joint Pretrial Order Deadline_____DECEMBER 27, 2004___

Final Pretrial Conference _____FEBRUARY 1, 2005 AT 2:00 P.M.___

Jury Selection _____FEBRUARY 3, 2005 AT 9:00 A.M.___

SIGNED this the _29TH_ day of _OCTOBER__, 2004.

U.S. MAGISTRATE JUDGE