UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GREATER BROWNSVILLE INCENTIVES CORPORATION, § § | CIVIL ACTION |
| Plaintiff § | |
| § | |
| VS. § | NO. B-03-224 |
| § | |
| TITAN INTERNATIONAL, INC., § | |
| Defendant § | |

### AFFIDAVIT OF JASON C. HILTS

THE STATE OF TEXAS §
§
COUNTY OF CAMERON §

BEFORE ME, the undersigned authority, on this day personally appeared JASON C. HILTS, known to me, and being by me duly sworn, deposed and said on his oath that:

1 - I am of the age of majority, of sound mind and capable of making this Affidavit.

2 - I am personally acquainted with the facts stated in this Affidavit.

3 - I submit this Affidavit in support of the foregoing Motion For Ancillary Injunctive Relief filed in this action on behalf of GREATER BROWNSVILLE INCENTIVES CORPORATION (GBIC).

4 - At all material times, I was (and am) the President/CEO of the Brownsville Economic Development Council, Inc. (BEDC), a Texas non-profit corporation, hereinafter referred to as "BEDC," and I am authorized to act on behalf of BEDC (and GBIC) in this matter.

5 - BEDC, under a Service Agreement with GBIC, attempts to have businesses relocate to Brownsville or to have local businesses expand, to expand the local economy, to create, retain and expand employment opportunities in Brownsville, and to enhance economic development in Brownsville.

6 - In such capacity, I became familiar with the Project Agreement between GBIC and TITAN, involving the establishment of a tire manufacturing facility/operation in Brownsville.

7 - During my tenure at BEDC, I have witnessed the negotiations and the process to have TITAN open a plant in Brownsville, including the entry into a Project Agreement, the opening of the plant, the operation of the plant, and the closing of the plant (about a year ago) as a tire manufacturing facility in Brownsville.

8 - I am also aware that TITAN previously "transferred" title (under a deed of trust or similar instrument on file in this case) to the property at issue (the plant), in violation of a provision in the Project Agreement (without obtaining the consent of GBIC), for the purpose of a financing/lease-back.

9 - It has been brought to my attention, by various telephone calls and meetings with area developers and realtors, as well as industrial prospects and site selectors, that TITAN is marketing the property at issue or a portion of same, in order to sell the same; specifically, I have received inquiries and information about the property, the status of this suit, the features of the property, the prices offered for the property and the rejection of such "price(s)" by TITAN.

10 - In other words, TITAN -- of late -- is undertaking an active campaign or effort to sell the property, confirming it is no longer operating the plant as a tire manufacturing facility, and more significantly, despite the ongoing suit and the contract provision prohibiting same, TITAN intends to sell this property, without regard to any of GBIC's contract rights (including the requirement of consent by GBIC to any such sale) in and to the land and the improvements at issue.

FURTHER AFFIANT SAYETH NOT.

_____
JASON C. HILTS, President/CEO
BROWNSVILLE ECONOMIC DEVELOPMENT
    COUNCIL, INC.

AFFIDAVIT OF JASON C. HILTS - PAGE 2

SUBSCRIBED AND SWORN TO BEFORE ME on the 9th day of November, 2004, to certify which witness my hand and official seal.



*Juana Velasquez*
Notary Public in and for
The State Of Texas

AFFIDAVIT OF JASON C. HILTS - PAGE 3