# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS DIVISION
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GREATER BROWNSVILLE INCENTIVES CORPORATION | * | |
| vs | * | CIVIL ACTION NO. B-03-224 (636(c)) |
| TITAN INTERNATIONAL, INC. | * | |

TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

---

### Hearing on Motion for Ancillary Injunctive Relief

November 23, 2004, at 2:00 p.m.

**BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO**

---

PLACE:   U.S. Federal Building & Courthouse
         600 E. Harrison, 2nd Floor
         Brownsville, TX 78520

---

**BY ORDER OF THE COURT**

November 17, 2004

cc:   All Counsel