IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| GREATER BROWNSVILLE INCENTIVES CORPORATION,<br>            Plaintiff<br>VS.<br><br>TITAN INTERNATIONAL, INC.,<br>            Defendant | §<br>§<br>§<br>§ CIVIL ACTION NO. B-03-224<br>§<br>§<br>§<br>§ |

**ORDER**

On the ___ day of _____, 2004, came on to be considered Defendant **TITAN INTERNATIONAL, INC.'S, RESPONSE TO PLAINTIFF'S MOTION FOR ORDER THAT MATTERS ARE ADMITTED** in the above entitled and numbered action. After consideration of the pleadings, motions and argument of counsel, this Court is of the opinion that the Plaintiff's Motion for Order That Matters Are Admitted should in all things be **DENIED**.

**IT IS THEREFORE, ORDERED ADJUDGED AND DECREED** Plaintiff's Motion for Order That Matters Are Admitted is in all things **DENIED**.

Done on _____ day of _____, 2004, at Brownsville, Texas.

_____
United States Magistrate Judge