IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GREATER BROWNSVILLE INCENTIVES CORPORATION, <br> Plaintiff <br> VS. <br><br> TITAN INTERNATIONAL, INC., <br> Defendant | § § § § § § § § | CIVIL ACTION NO. B-03-224 |

## ORDER

On the ___ day of _____, 2004, came on to be considered Defendant **TITAN INTERNATIONAL, INC.'S, RESPONSE TO PLAINTIFF'S MOTION FOR ANCILLARY INJUNCTIVE RELIEF** in the above entitled and numbered action. After consideration of the pleadings, motions and argument of counsel, this Court is of the opinion that the Defendant's response is well taken.

**IT IS THEREFORE, ORDERED ADJUDGED AND DECREED** Plaitniff's Motion For Ancillary Injunctive Relief is in all things **DENIED**.

Done on _____ day of _____, 2004, at Brownsville, Texas.

_____
United States Magistrate Judge