IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| GREATER BROWNSVILLE INCENTIVES CORPORATION,<br>　　　Plaintiff<br>VS.<br><br>TITAN INTERNATIONAL, INC.,<br>　　　Defendant | §<br>§<br>§<br>§ CIVIL ACTION NO. B-03-224<br>§<br>§<br>§<br>§ |

**EXHIBITS IN SUPPORT OF**
**TITAN INTERNATIONAL, INC.'S, RESPONSE TO PLAINTIFF'S MOTION**
**FOR ANCILLARY INJUNCTIVE RELIEF**

| **EXHIBIT NUMBER** | **EXHIBIT** |
|---|---|
| 1 | Affidavit of Cheri Holley |
| 2 | Deposition of Jason Hilts |
| 3 | Deposition of Arnold Benson |