IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| GREATER BROWNSVILLE INCENTIVES CORPORATION, <br>     Plaintiff <br> VS. <br><br> TITAN INTERNATIONAL, INC., <br>     Defendant | § <br> § <br> § <br> § CIVIL ACTION NO. B-03-224 <br> § <br> § <br> § <br> § |

### AFFIDAVIT OF CHERI T. HOLLEY IN SUPPORT OF TITAN INTERNATIONAL, INC.'S RESPONSE TO PLAINTIFF'S MOTION FOR ANCILLARY INJUNCTIVE RELIEF

Before me, the undersigned notary, on this day, personally appeared Cheri T. Holley, a person whose identity is known to me. After I administered an oath to her, upon her oath, she said:

1. "My name is Cheri T. Holley; I serve as General Counsel for Titan International, Inc. The business address for Titan International, Inc. is 2701 Spruce Street, Quincy, Illinois 62301. I am over the age of 18 and have never been convicted of a felony. I am capable of making this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2. Titan has not entered into an agreement, either written or oral, to sell the Brownsville Plant that is the issue of this litigation.

3. However, Titan is entitled, under the terms of the contract, to entertain offers to purchase the Brownsville Plant.

*Affidavit Of Cheri T. Holley*      1
*In Support Of Titan International, Inc.'s*
*Response to Plaintiff's Motion for*
*Ancillary Injunctive Relief*


EXHIBIT 1

4. Titan has not listed the Brownsville Plant with a realtor.

5. A sale of the Brownsville Plant is not imminent.

FURTHER AFFIANT SAYETH NOT:

Dated: 11-23-04

_____
Cheri T. Holley

STATE OF ILLINOIS     )
                      ) SS.
COUNTY OF ADAMS       )

Subscribed and sworn to before me, the undersigned Notary Public, this 23rd day of November, 2004.

"OFFICIAL SEAL"
JENNIFER L. CRAMM
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 1/8/2006

_____
Notary Public

*Affidavit Of Cheri T. Holley*
*In Support Of Titan International, Inc.'s*
*Response to Plaintiff's Motion for*
*Ancillary Injunctive Relief*

2

TOTAL P.03