IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

GREATER BROWNSVILLE        ) (
INCENTIVES CORPORATION     ) (
     Plaintiff          ) (
                      ) (
VS.                        ) (     CIVIL ACTION NO. B-03-224
                      ) (
TITAN INTERNATIONAL, INC.  ) (
     Defendant          ) (

---

ORAL DEPOSITION OF
JASON C. HILTS
NOVEMBER 19, 2004



---

     ORAL DEPOSITION OF JASON C. HILTS, produced as

a witness at the instance of the DEFENDANT, taken in

the above styled and numbered cause on NOVEMBER 19,

2004, reported by DONNA McCOWN, Certified Court

Reporter No. 6625, in and for the State of Texas, at

the offices of Brian G. Janis, 100 North Expressway 83,

Brownsville, Texas, pursuant to the Federal Rules of

Civil Procedure.

EXHIBIT
2

APPEARANCES

    COUNSEL FOR PLAINTIFF:

        BRIAN G. JANIS
        SANCHEZ, WHITTINGTON, JANIS & ZABARTE, L.L.P.
        100 North Expressway 83
        Brownsville, Texas  78521

    COUNSEL FOR DEFENDANT:

        HENRI E. NICOLAS, JR.
        MICHAEL RODRIGUEZ
        J. ANDREW CASEY
        RODRIGUEZ & NICOLAS, L.L.P.
        319 East Elizabeth Street
        Brownsville, Texas  78520

## INDEX

|  | PAGE |
|---|---|
| Appearances ................................... | 2 |

JASON C. HILTS

| | |
|---|---|
| Examination by Mr. Nicolas ..................... | 3 |
| Examination by Mr. Janis ....................... | 32 |
| Examination by Mr. Nicolas ..................... | 34 |
| Errata Sheet/Signature Page .................... | 36 |
| Reporter's Certificate ......................... | 38 |

Attached to the end of the transcript:  Stipulations

## EXHIBITS

| NUMBER | DESCRIPTION | PAGE IDEN. |
|---|---|---|
| 1 | Notice of Deposition ................... | 4 |
| 2 | Project Agreement ...................... | 11 |
| 3 | Affidavit .............................. | 19 |

```
 1                    JASON C. HILTS,

 2    having been duly sworn, testified as follows:

 3                     EXAMINATION

 4    BY MR. NICOLAS:

 5        Q.  Good morning, Mr. Hilts.

 6        A.  Good morning.

 7        Q.  My name is Henri Nicolas.  I represent Titan

 8    International, Inc., the defendant in this case.

 9        A.  Uh-huh.

10        Q.  I'm sure that you spoke with Mr. Janis before

11    the deposition this morning or yesterday at some time

12    to prepare for today.

13        A.  This morning.

14        Q.  Good.  He probably told you how this is going

15    to work, and so I'm not going to go over a whole bunch

16    of ground rules like some people do, but I'll just

17    mention a couple.

18               One, verbalize your answer.  You're doing

19    great so far.  No "uh-huhs" or "huh-uhs."  This lady

20    can't type those out.

21        A.  Right.

22        Q.  I sure know I won't be able to read them on the

23    paper.  So "yeses" and "nos," that type of thing.

24               Tell me if you need a break.  I'll try to

25    keep it short.
```

08:32:56  1      A.   Okay.

08:32:57  2      Q.   We might not need one.

08:32:58  3      A.   That's good.

08:32:59  4      Q.   Just let me know.  Also, you just were sworn

08:33:02  5   in.  You took an oath.  Do you understand that you're

08:33:05  6   testifying here today as if you were testifying before

08:33:08  7   a judge and jury?

08:33:09  8      A.   Yes, I do.

08:33:12  9      Q.   Okay.  Please state and spell your name for the

08:33:14  10  record.

08:33:15  11     A.   My name is Jason C. Hilts, J-A-S-O-N, Hilts,

08:33:22  12  H-I-L-T-S.

08:33:22  13     Q.   And what is your home address?

08:33:23  14     A.   314 Staunton, S-T-A-U-N-T-O-N, Brownsville,

08:33:29  15  Texas.

08:33:38  16     Q.   Okay.  I just marked as Exhibit 1 to your

08:33:40  17  deposition the deposition notice to take your

08:33:41  18  deposition.  Have you seen that?

08:33:46  19     A.   Yes, I have.

08:33:47  20     Q.   Okay.  And that's why we're here today, to take

08:33:49  21  your deposition.

08:33:50  22     A.   Okay.

08:34:16  23     Q.   Did you review any documents in preparation for

08:34:20  24  your deposition today?

08:34:22  25     A.   Just my affidavit that I had signed.

08:34:25 1      Q.  Okay.  That would be the affidavit in support

08:34:28 2   of the motion for ancillary injunctive relief?

08:34:32 3      A.  I believe that's it.

08:34:33 4      Q.  You signed it about a week ago?

08:34:35 5      A.  Yes.  That's it.

08:34:36 6      Q.  Anything else?

08:34:36 7      A.  No, sir.

08:34:39 8      Q.  Can you tell me where you work?

08:34:40 9      A.  I work for the Brownsville Economic Development

08:34:44 10  Council.

08:34:45 11     Q.  Okay.  What is your position?

08:34:47 12     A.  President/CEO.

08:34:50 13     Q.  How long have you been with -- is it BEDC for

08:34:53 14  short?

08:34:53 15     A.  B-E-D-C.

08:34:55 16     Q.  You say B-E-D-C, not BEDC?

08:34:57 17     A.  Right.

08:34:58 18     Q.  It's GBIC and BEDC?

08:34:59 19     A.  Right.  That's correct.

08:35:01 20     Q.  Okay.  And how long have you been with BEDC?

08:35:06 21     A.  I have been with BEDC for approximately two and

08:35:09 22  a half years now.

08:35:11 23     Q.  Have you always been president and CEO?

08:35:13 24     A.  During my two and a half years there, yes.

08:35:19 25     Q.  Okay.  Did you -- you never held any other

08:35:21  1   position at BEDC?

08:35:23  2       A.   I previously worked there and then came back,

08:35:26  3   but when I worked there previously between '93 and '99,

08:35:31  4   I was vice president.

08:35:35  5       Q.   Did you -- was that your title, vice president,

08:35:37  6   or was it like vice president of something or --

08:35:40  7       A.   It was VP.

08:35:41  8       Q.   Just VP?

08:35:42  9       A.   Yes, sir.

08:35:42  10      Q.   Did you have -- from '93 to '99 while you were

08:35:45  11  VP, did you have an area of expertise or an area that

08:35:49  12  you concentrated in?

08:35:50  13      A.   Business recruitment.

08:35:52  14      Q.   Business recruitment?

08:35:53  15      A.   Right.

08:36:00  16      Q.   Okay.   Let's go back a little bit and go over

08:36:02  17  your education briefly.   If you could just start with

08:36:06  18  your high school and continue forward with your degrees

08:36:10  19  achieved.

08:36:11  20      A.   Okay.   High school, I graduated from Dearborn

08:36:15  21  High School in Dearborn, Michigan.   I attended Ferris

08:36:22  22  State College in Big Rapids, Michigan, transferred to

08:36:26  23  at the time called Pan American University and studied

08:36:33  24  business management.

08:36:34  25      Q.   Do you have a degree from Pan American?

08:36:36　1　　　　A.　I'm one hour short.

08:36:40　2　　　　Q.　I smiled when you said "Dearborn, Michigan,"

08:36:43　3　because I know you get the same question I get, which

08:36:44　4　is, "How did you end up here?"

08:36:48　5　　　　A.　Yeah.

08:36:51　6　　　　Q.　When did you graduate from Pan Am -- or when

08:36:54　7　did you -- when was your last semester?

08:36:56　8　　　　A.　1982.

08:36:58　9　　　　Q.　From 1982 to 1993 when you first started with

08:37:03　10　BEDC, what did you do?

08:37:04　11　　　　A.　I'm sorry?

08:37:05　12　　　　Q.　From 1982 when you left Pan American to 1993

08:37:08　13　when you started with BEDC, what did you do for

08:37:14　14　employment?

08:37:14　15　　　　A.　Banking, sales and marketing.

08:37:19　16　　　　Q.　Was that continuously with one firm or

08:37:23　17　institution?

08:37:23　18　　　　A.　No.　It was with two firms.　One was First

08:37:26　19　Dearborn for banking, and then sales and marketing with

08:37:29　20　a firm called Flying Nurses.

　　　　　　21　　　　Q.　Okay.　Do BEDC and GBIC -- I'm going to refer

08:37:46　22　to Greater Brownsville Incentives Corporation as GBIC

08:37:49　23　today.

08:37:49　24　　　　A.　That's how we do it.

08:37:51　25　　　　Q.　Yeah.　Do BEDC and GBIC work together on

08:37:53 1   projects?

08:37:54 2      A.  Yes, we do.

08:37:55 3      Q.  Can you explain how they work together on

08:37:59 4   incentive projects?

08:37:59 5      A.  Well, we have a contract to work with Greater

08:38:04 6   Brownsville Incentives Corporation.

08:38:06 7      Q.  Is that referred to as the service agreement?

08:38:08 8      A.  We have a service agreement with them, yes,

08:38:11 9   where we provide the services of recruitment of

08:38:16 10  companies to the region, the preparation of incentive

08:38:20 11  packages, and then presenting them to GBIC for approval

08:38:24 12  or nonapproval.

08:38:25 13      Q.  Okay.  And the service agreement and your

08:38:29 14  contract to work with them, are those two different

08:38:33 15  contracts, or are they the same contract, just to be

08:38:34 16  clear?

08:38:35 17      A.  We have one contract with them.

08:38:38 18      Q.  Okay.  So you don't -- you don't do a new

08:38:41 19  contract each time there's a prospective business.  You

08:38:47 20  have one kind of master agreement.

08:38:47 21      A.  Our contract with them normally runs on a

08:38:49 22  two-year basis, and then we go for renewal at the end.

08:38:52 23      Q.  That makes sense.

08:39:06 24          Did you personally participate in the

08:39:10 25  negotiating of the project agreement between Titan and

08:39:13  1    GBIC?

08:39:14  2        A.   The project agreement, no.

08:39:19  3        Q.   So you're not familiar with the negotiations

08:39:24  4    or --

08:39:24  5        A.   I was with the -- with Titan in meeting them,

08:39:31  6    working with them, presenting the options available to

08:39:35  7    them for sites in the community, and presenting what

08:39:40  8    incentives would be available to them.

08:39:43  9             The actual project agreement, that's

08:39:47 10    something that we don't get involved in.  That's not

08:39:49 11    what we do.

08:39:50 12        Q.   So you -- so your role would be something along

08:39:54 13    the lines of a point man, I mean, for layman's terms.

08:39:59 14        A.   Point man, facilitator, answering their

08:40:03 15    questions, presenting the right people in town to them,

08:40:07 16    working with people to get the right amount of support

08:40:12 17    for them, and trying to figure out what incentives are

08:40:17 18    available in town, would it be tax abatements or

08:40:21 19    electric rates or whatever.

08:40:23 20        Q.   Where does your position or your role in the

08:40:26 21    process generally end?

08:40:29 22        A.   Our process normally ends once we present our

08:40:35 23    proposal to GBIC.

08:40:39 24        Q.   Uh-huh.

08:40:39 25        A.   And then they approve it or nonapprove it.

08:40:42 1    Q.  And then if they do approve it, then GBIC takes

08:40:49 2    over the negotiating process with the prospective

08:40:55 3    company?

08:40:55 4    A.  They work on the project agreement, prepare the

08:40:58 5    project agreement and submit it to the client for their

08:41:02 6    approval.

08:41:08 7    Q.  So just going back to the project agreement --

08:41:10 8    when I say "project agreement" today, I'm going to be

08:41:13 9    referring to the project agreement between Titan and

08:41:18 10   GBIC.

08:41:18 11   A.  Uh-huh.

08:41:19 12   Q.  So not another project agreement.  If I want to

08:41:22 13   refer to something else, I'll specify.

08:41:25 14   A.  Sure.

08:41:26 15   Q.  Did you review the project agreement before it

08:41:28 16   was executed?

08:41:32 17   A.  No, I did not.

08:41:39 18   Q.  Have you reviewed it since?

08:41:41 19   A.  I have looked at it numerous times.

08:41:47 20   Q.  For any particular purposes?

08:41:49 21   A.  When I came back on board to the BEDC, I tried

08:41:56 22   to familiarize myself with all the active agreements

08:41:59 23   that we've had just as a point of I need to know what

08:42:03 24   all agreements are that we had running at the BEDC.

08:42:07 25   Q.  Now, BEDC is not a party to the project

08:42:11  1    agreement.

08:42:13  2        A.   No.

08:42:14  3        Q.   And BEDC is not a plaintiff in this case; is

08:42:18  4    that correct?

08:42:19  5        A.   Right.

08:42:40  6        Q.   Okay.  Are you familiar with other project

08:42:44  7    agreements or other agreements similar to this project

08:42:48  8    agreement between GBIC and other companies?

08:42:51  9        A.   I'm familiar with project agreements.  Each

08:42:55  10   project agreement is somewhat different.  So I can't

08:42:58  11   say there's other project agreements similar to this

08:43:00  12   one.

08:43:00  13       Q.   That's fair enough.  But you're familiar with

08:43:03  14   project agreements as in general in your line of

08:43:06  15   business.

08:43:06  16       A.   Yes.

08:43:16  17            MR. NICOLAS:  Brian, that's the project

08:43:18  18   agreement -- that's actually the one that y'all

08:43:27  19   recorded.

08:43:30  20            MR. JANIS:  I know it's from our files

08:43:31  21   because the copier -- the pages are always slanted.  No

08:43:39  22   objection.

08:43:43  23       Q.   Okay.  Mr. Hilts, I've marked as Exhibit 2 to

08:43:45  24   your deposition the project agreement, and if you could

08:43:47  25   just take a quick look at that and confirm that that's

08:43:51  1    the project agreement you've reviewed in the past.

08:44:03  2        A.   It appears to be.

08:44:17  3        Q.   Okay.  Could you turn to page 8 and look at

08:44:27  4    section XI.

08:44:27  5        A.   "Entire Agreement?"

08:44:29  6        Q.   Right.  Just look that over and read that.

08:44:49  7        A.   Okay.

08:44:50  8        Q.   That's a pretty standard -- standard term,

08:44:54  9    isn't it?

08:44:55  10       A.   I believe it's in most agreements, yes.

08:44:58  11       Q.   And would you agree with me that it's -- it

08:45:08  12   essentially says that this contract is the entire

08:45:10  13   agreement between the parties; there's no other

08:45:12  14   contract between the parties?

08:45:16  15       A.   I guess that's what it's saying, yes.

08:45:18  16       Q.   Okay.  So any agreement between GBIC and Titan

08:45:37  17   would be found in this project agreement; is that

          18   correct?

08:45:43  19       A.   That's what, you know -- yes, I believe that's

08:45:46  20   correct.

08:45:53  21       Q.   Okay.  In your experience, how long do most

08:45:56  22   project agreements last?

08:46:02  23       A.   They have varied throughout the years.

08:46:04  24       Q.   Sure.

08:46:04  25       A.   Two, three years, some seven years.  It depends

08:46:09  1    on the project and what's trying to be achieved.

08:46:12  2        Q.  So there are a lot of factors that go into how

08:46:16  3    long that contract is going to last.

08:46:17  4        A.  That is correct.

08:46:18  5        Q.  And some of those factors would be things like

08:46:22  6    the company that's moving in, the service they provide.

08:46:25  7        A.  Right.  Depending on the needs, depending on

08:46:29  8    the needs of the community or depending on cash flow,

08:46:35  9    how deals are structured, yes.

08:46:37 10        Q.  And would it be fair to say that the company

08:46:42 11    that's moving in, they have a certain time line that

08:46:45 12    they want, and conversely, GBIC or BEDC have a time

08:46:51 13    line that they want, and they try to meet in the

08:46:54 14    middle?

08:46:55 15        A.  Yeah, that would be fair to say, yes.

08:46:58 16        Q.  That's kind of how most negotiations go, right?

08:47:03 17        A.  Right.

08:47:03 18        Q.  One person wants high and one wants low and you

08:47:05 19    meet in the middle.

08:47:05 20        A.  Try to find the common ground.

08:47:08 21        Q.  Right.  But that's usually -- that's usually a

08:47:11 22    negotiated term how long the contract is going to last;

08:47:13 23    is that correct?

08:47:13 24        A.  Right.  Yeah, that's correct.

08:47:18 25        Q.  Okay.  Do you know if the length of the

08:47:20  1  agreement was negotiated in this case between Titan and

08:47:24  2  GBIC?

08:47:25  3      A.  As far as I know, no.

08:47:28  4      Q.  Turn to page 6 and look at V.  If you could

08:47:43  5  just read that starting right under the V out loud.

08:47:47  6      A.  "The term of this agreement shall be five years

08:47:50  7  commencing November 1st, 1996, and ending October 31st,

08:47:56  8  2001."

08:47:56  9      Q.  So this agreement was to last five years.  Is

08:48:00 10  that the way you read that?

08:48:01 11      A.  That's what it says.

08:48:02 12      Q.  So the contract ended October 31st, 2001?

08:48:06 13      A.  That's what it says.

08:48:09 14      Q.  Five years, is -- that's -- that's a fairly

08:48:15 15  standard term for a contract like this you would think,

08:48:17 16  right?

08:48:20 17      A.  All agreements are different depending on the

08:48:23 18  needs of the companies or what was negotiated.

08:48:26 19      Q.  Some contracts are shorter, a couple of years.

08:48:29 20  Some are a little longer, seven years.  You mentioned

08:48:31 21  both.

08:48:32 22      A.  That is correct.

08:48:33 23      Q.  Okay.  But this one lasts five years, ends on

08:48:38 24  October 31st, 2001, correct?

08:48:40 25      A.  That's what this says.

08:48:41  1          Q.   Okay.   You don't know any reason why anyone

08:48:47  2     would think that it would last longer than that, do

08:48:50  3     you?

08:48:50  4          A.   No.

08:48:52  5          Q.   And there's no -- there were no side agreements

08:48:56  6     between BEDC or GBIC and Titan for the contract to last

08:48:59  7     any longer.

08:49:00  8          A.   I'm not aware of anything.

08:49:01  9          Q.   In fact, from the clause that we read just

08:49:06 10     before this, there couldn't have been, correct, because

08:49:08 11     this is the only contract --

08:49:08 12          A.   I'm not aware of any side agreements.

08:49:25 13          Q.   Okay.   What is your understanding of the

08:49:27 14     complaint GBIC is making in this case?

08:49:30 15          A.   My understanding is that they ceased

08:49:40 16     operations, that they did not perform to the project

08:49:51 17     agreement.

08:49:56 18          Q.   Okay.   They ceased operations and did not

08:49:59 19     perform to the project agreement, those are the two

08:50:01 20     things that you believe are the issues in this case.

08:50:04 21          A.   That's my understanding, yes.

08:50:06 22          Q.   When you say they ceased operations, what

08:50:08 23     evidence of that do you have?

08:50:12 24          A.   Of driving by and seeing no one working out

08:50:15 25     there, no cars, and understanding that it takes more

08:50:19  1   than a person to make a tire, and also reading articles

08:50:27  2   in newspapers and trade journals about Titan and

08:50:31  3   talking to people that I know that have worked at Titan

08:50:36  4   and are not working at Titan anymore.

08:50:57  5                    MR. NICOLAS:   Off the record just a

08:50:59  6   second.

08:51:51  7                    (Brief recess)

08:51:57  8        Q.   The second thing you said was that Titan did

08:52:01  9   not perform to the project agreement?

08:52:02  10       A.   Right.

08:52:03  11       Q.   Can you be more specific than that?

08:52:06  12       A.   Creating the jobs that they said they would

08:52:09  13   create.

08:52:09  14       Q.   Okay.   Anything else?

08:52:11  15       A.   That's it.

08:52:17  16       Q.   How many jobs do you believe they created?

08:52:22  17       A.   Over -- from my understanding, 122 jobs total.

08:52:33  18       Q.   How do you know that?

08:52:35  19       A.   From having had our contract audited compared

08:52:42  20   to their performance through the years, and it was

08:52:44  21   averaged out that they actually created 122 jobs.

08:52:50  22       Q.   So you had an audit, you said?

08:52:53  23       A.   Uh-huh.

08:52:55  24       Q.   Who performed that audit?

08:53:00  25       A.   GBIC contracted with a firm.   I don't have the

08:53:02  1   name of that firm with me.

08:53:13  2       Q.  What was the scope of the audit, if you recall?

08:53:18  3       A.  I don't recall that.  It was started before or

08:53:24  4   right when I came back to BEDC, and I was not involved

08:53:27  5   in defining the scope.  I was just involved in looking

08:53:31  6   at the results of the audit.

08:53:34  7       Q.  So you say "looking at the results."  Was there

08:53:37  8   an actual letter -- audit letter that was prepared?

08:53:43  9       A.  Yes, there was.

08:53:45 10       Q.  And was that audit letter sent to GBIC or BEDC?

08:53:52 11       A.  GBIC, I believe.

08:54:00 12       Q.  And the auditors whose names you -- you don't

08:54:03 13   remember the firm?

08:54:04 14       A.  No.  I believe they were out of McAllen.

08:54:09 15       Q.  Do you know whether they -- strike that.  Let

08:54:15 16   me ask it this way.

08:54:16 17           Do you know what they looked at, what

08:54:19 18   documentation they looked at to perform their audit?

08:54:21 19       A.  They looked -- from my understanding, looked at

08:54:24 20   the project agreement.  They looked at the submittals

08:54:29 21   from Titan in terms of the Workforce Commission reports

08:54:36 22   that they're required to submit which states the amount

08:54:44 23   of employees that they have, and then I think they

08:54:49 24   looked at the payments that were made to them as well.

08:54:51 25       Q.  When you say "payments that were made to them,"

08:54:53  1    you mean --

08:54:53  2        A.  Made to Titan.

08:54:56  3        Q.  Do you know if they ever reviewed any Titan

08:55:00  4    internal documents?

08:55:02  5        A.  Don't know.

08:55:02  6        Q.  Do you know if they ever contacted Titan to

08:55:04  7    request internal documents?

08:55:05  8        A.  I don't know that.

08:55:23  9        Q.  Do you know of any documentation other than

08:55:27 10    this audit that shows the number of employees at Titan

08:55:31 11    at any given time?

08:55:33 12        A.  I don't understand your question.  Rephrase it,

08:55:35 13    please.

08:55:35 14        Q.  Sure.  Other than the audit --

08:55:38 15        A.  Uh-huh.

08:55:38 16        Q.  -- are you aware of any documentation that

08:55:41 17    you've seen that reflects the number of employees at

08:55:47 18    Titan Tire Corporation of Texas?

08:55:50 19        A.  The other documents would only be the copies of

08:55:55 20    the Workforce reports that they submitted to us.

08:56:06 21        Q.  And have you seen those documents?

08:56:09 22        A.  I have seen some of them.

08:56:11 23        Q.  But not all?

08:56:12 24        A.  No.

08:56:13 25        Q.  Do you maintain those at BEDC?

08:56:16  1          A.   Yes, we do.

08:57:03  2          Q.   Mr. Hilts, this is your affidavit we talked a

08:57:06  3    little bit earlier about.   Is that the affidavit that

08:57:09  4    you reviewed?

08:57:10  5          A.   Uh-huh.

08:57:28  6          Q.   And this is your affidavit that you signed --

08:57:31  7          A.   Right.

08:57:33  8          Q.   -- on the 9th of November this year?

08:57:34  9          A.   Right.

08:57:36  10         Q.   And it was filed in support of the motion

08:57:42  11   seeking ancillary injunctive relief?

08:57:45  12         A.   Right.

08:57:52  13         Q.   Turn to the second page and look at paragraph

08:57:56  14   8.

08:57:56  15         A.   Uh-huh.   I see it.

08:57:59  16         Q.   Okay.   You say, "I am also aware that Titan

08:58:02  17   previously transferred title under a deed of trust or

08:58:06  18   similar instrument on file in this case to the property

08:58:09  19   at issue, the plant."   How are you aware of that?

08:58:20  20         A.   Aware that in discussions during GBIC meetings

08:58:26  21   when matters were discussed.

08:58:29  22         Q.   Do you remember when those meetings took place?

08:58:33  23         A.   The meetings take place on a monthly basis, and

08:58:37  24   for a period of time, they were discussing Titan, and

08:58:41  25   they still continue to discuss Titan on a monthly

08:58:44  1    basis.

08:58:44  2              It's been going on since I came back to

08:58:48  3    BEDC.  So to say when it happened exactly, I don't

08:58:50  4    know, because there's been so many meetings on this.

08:58:53  5        Q.  I understand.  Do you -- do you remember

08:58:56  6    approximately a year when you first recall becoming

08:58:59  7    aware of that transfer of title?

08:59:05  8        A.  It would have to have been early on in my

08:59:11  9    return to BEDC, so back in early 2002 maybe.

08:59:56  10       Q.  Okay.  Do you know how the GBIC board members

09:00:02  11   became aware of that transfer of title?

09:00:04  12       A.  I can't say for sure, no.  I'm not really sure.

09:00:08  13       Q.  So you're just aware of the conversations.  You

09:00:10  14   don't know how it --

09:00:11  15       A.  Right, yeah.

09:00:27  16       Q.  In your experience with economic development,

09:00:32  17   do you think it's unusual that a company would finance

09:00:35  18   the construction of a 20-million-dollar plant?

09:00:39  19       A.  That it's unusual for them to finance it, no.

09:00:42  20   If they did otherwise, I would think it was unusual.

09:00:45  21       Q.  So between financing and paying out of your

09:00:48  22   pocket, you think that more likely than not they're

09:00:51  23   going to finance it?

09:00:51  24       A.  Sure.

09:00:52  25       Q.  It would be unusual if they paid it out of

09:00:53  1    their pocket?

09:00:54  2        A.  Yeah.

09:01:28  3        Q.  Let's look at paragraph 9 of your affidavit,

09:01:31  4    second page.

09:01:37  5        A.  Okay.

09:01:41  6        Q.  In paragraph 9, you say, "It has been brought

09:01:43  7    to my attention by various telephone calls and meetings

09:01:48  8    with area developers and realtors as well as industrial

09:01:59  9    prospects and site selectors that Titan is marketing

09:02:01 10    the property at issue or a portion of same in order to

09:02:05 11    sell the same.  Specifically, I have received inquiries

09:02:09 12    and information about the property, the status of this

09:02:12 13    suit, features of the property, the prices offered for

09:02:15 14    the property, and the rejection of such 'price (s)' by

09:02:24 15    Titan."

09:02:25 16        A.  Right.

09:02:26 17        Q.  Who's brought that to your attention?

09:02:33 18        A.  It was brought to my attention by David Allex

09:02:37 19    of Allex & Associates, his conversations with Titan in

09:02:44 20    working on getting the contract for the building to

09:02:50 21    market it.

09:02:52 22             He has sent me brochures he's developed on

09:02:56 23    the site.  And also a client that we have been talking

09:03:05 24    with, he called us about the Titan building, and he

09:03:10 25    stated to me he personally talked with Mr. Morry Taylor

09:03:15  1    about the facility and had made an offer on the site.

09:03:28  2        Q.  Okay.  Let's start with David Allex.  You'll

09:03:33  3    have to forgive me.  I'm a little new to the area.  So

09:03:37  4    who is David Allex, and what does he do?

09:03:40  5        A.  He is a local, in terms of he's based out of

09:03:45  6    Harlingen.  He's a real estate broker who specializes

09:03:51  7    in industrial buildings throughout the region.

09:04:10  8        Q.  Okay.  You said -- you mentioned some materials

09:04:14  9    that Mr. Allex has prepared that he has forwarded to

09:04:17  10   you?

09:04:17  11       A.  Yeah, that's correct.

09:04:19  12       Q.  What are those materials?

09:04:22  13       A.  Photos of the site inside and out and also

09:04:27  14   building specifications.

09:04:31  15       Q.  Anything else?

09:04:34  16       A.  It's just a standard brochure that a lot of the

09:04:37  17   real estate folks use.

09:04:39  18       Q.  Do you have a copy of that?

09:04:40  19       A.  Not with me, no.

09:04:42  20       Q.  At your office?

09:04:42  21       A.  I should have one, yes.

09:04:44  22       Q.  If I ask you to produce a copy of that to your

09:04:46  23   attorney for his review to get to me, could you do that

09:04:50  24   today or Monday?

09:04:51  25       A.  I should be able to.  It was an e-mail format

09:04:53  1    to me.  If I still have it, I should be able to.

09:04:57  2        Q.  Fantastic.  If you could e-mail it to your --

09:05:00  3            MR. NICOLAS:  I don't know if you're

09:05:01  4    really his attorney or not.

09:05:02  5        Q.  But if you could e-mail it to Mr. Janis, and he

09:05:04  6    can review it.

09:05:05  7            MR. NICOLAS:  If there's any problem, let

09:05:07  8    me know; otherwise, you can forward it to me.

09:05:10  9            MR. JANIS:  The only question I would have

09:05:13 10    would be if David Allex doesn't have a problem with it,

09:05:16 11    then -- you know, sometimes they deal with people that

09:05:18 12    they don't want -- like the other gentleman that he

09:05:23 13    mentioned a minute ago.

09:05:24 14            MR. NICOLAS:  Let's go off the record.

        15            (Brief discussion off the record)

09:13:04 16            MR. NICOLAS:  While we were off the

09:13:05 17    record, you represented to me that you're going to get

09:13:08 18    the e-mail from Mr. Hilts, and if there's no issue,

09:13:10 19    you'll forward it to me.

09:13:13 20            MR. JANIS:  There will be no issue.  We'll

09:13:17 21    just forward it to you.

09:13:17 22            MR. NICOLAS:  Perfect.

09:13:22 23        Q.  Okay.  Other than the brochure, did Mr. Allex

09:13:25 24    give you any materials?

09:13:29 25        A.  No.  Just the brochure.

09:13:30  1      Q.   Just the brochure.  Okay.

09:13:31  2      A.   Right.

09:13:37  3      Q.   You said that you have a client who spoke with

09:13:40  4   Mr. Taylor?

09:13:42  5      A.   That is correct.

09:13:42  6      Q.   What is that client's name?

09:13:43  7      A.   His name is Larry Kohl.

09:13:46  8      Q.   C-O-L-E?

09:13:47  9      A.   K-O-H-L, like Kohl's Department Store.

09:13:54  10     Q.   Okay.  And what did he tell you was the nature

09:13:58  11  of the conversation between himself and Mr. Taylor?

09:14:01  12     A.   That he spoke to Mr. Taylor, that Mr. Taylor

09:14:05  13  said that the building would be available for 30

09:14:09  14  million dollars, and Mr. Kohl had offered 18 million

09:14:15  15  dollars on the project.

09:14:19  16     Q.   When you say "on the project," what do you

09:14:20  17  mean?

09:14:21  18     A.   On the facility, land, and everything.

09:14:24  19     Q.   And was this a joint venture?  A sale?  What

09:14:31  20  kind of agreement did Mr. Kohl represent to you was

09:14:35  21  being discussed?

09:14:36  22     A.   That the only thing that he discussed is that

09:14:40  23  he made an offer of 18 million and Mr. Taylor

09:14:44  24  responded, "It's 30 million dollars."

09:14:46  25     Q.   And I guess what I'm asking is, is it a -- was

09:14:49 1  it a just a sale of the building and property, or was

09:14:53 2  it a joint venture agreement?  I mean, was there more

09:14:55 3  to it then just a straight sale?

09:14:57 4      A.  Just a straight sale, as far as I know.

09:15:05 5      Q.  Have you seen any correspondence that

09:15:10 6  memorializes those conversations?

09:15:11 7      A.  No, sir.

09:15:13 8      Q.  Other than David Allex and Mr. Kohl, has anyone

09:15:21 9  else brought to your attention the potential sale of

09:15:27 10  the Titan plant?

09:15:28 11      A.  No, sir.

09:15:29 12      Q.  So those are the two sources, no other sources?

09:15:31 13      A.  That's correct.

09:15:35 14      Q.  Okay.  So when you say "area developers,

09:15:38 15  realtors, industrial prospects, site selectors," those

09:15:43 16  are -- those are the two people you're talking about?

09:15:45 17      A.  That is correct.

09:15:55 18      Q.  Do you know when this discussion between

09:15:59 19  Mr. Kohl and Mr. Taylor occurred?

09:16:05 20      A.  It was in October, I believe.

09:16:09 21      Q.  In October of this year?

09:16:10 22      A.  Yes.

09:16:12 23      Q.  So just last month?

09:16:13 24      A.  Yes.

09:16:36 25      Q.  And to your knowledge, that deal for the sale

09:16:39 1   of the property is not going to go forward.  There's no

09:16:44 2   offer and acceptance.

09:16:47 3        A.  I don't know anything more than what I told

09:16:49 4   you.

09:16:49 5        Q.  From what Mr. Kohl told you, there's no sale of

09:16:53 6   the property.

09:16:54 7        A.  Not at this time, as far as I know, no.

09:16:57 8        Q.  Yeah, but a 30-million-dollar offer and a

09:16:59 9   18-million-dollar counteroffer, that doesn't sound like

09:17:01 10  a deal, right?

09:17:02 11       A.  I would think not.

09:17:12 12       Q.  To your knowledge, do either GBIC or BEDC have

09:17:17 13  a prospective business to use the Titan facility?

09:17:21 14       A.  I do not know.  In terms of -- I don't --

09:17:23 15       Q.  Are you currently soliciting a business to use

09:17:29 16  the Titan facility?

09:17:29 17       A.  No.

09:17:31 18       Q.  Is GBIC, to your knowledge?

09:17:32 19       A.  No.

09:17:35 20       Q.  Have you been approached by any business --

09:17:39 21  prospective business who wants to use the Titan

09:17:42 22  facility?

09:17:46 23       A.  Probably over the last two years I've received

09:17:50 24  three or four calls from people inquiring about the

09:17:54 25  building.

09:17:54  1      Q.  When you receive an inquiry, what is your

09:17:59  2   response?

09:18:00  3      A.  "Talk to Titan."

09:18:10  4      Q.  Do you know whether either BEDC or GBIC have

09:18:19  5   entered into any agreement, memorandum of

09:18:22  6   understanding, or letter of intent with any company

09:18:24  7   regarding the Titan facility?

09:18:25  8      A.  No.

09:18:30  9      Q.  No, you don't know, or no, they haven't done

09:18:32  10  it?

09:18:32  11     A.  I'm not aware of any kind of agreements

09:18:35  12  whatsoever.

09:18:45  13     Q.  Okay.  In your affidavit in paragraph 10, you

09:18:51  14  write -- or you state, "Titan, of late, is undertaking

09:18:56  15  an active campaign or effort to sell the property."

09:18:59  16  What do you mean by campaign?

09:19:10  17     A.  I'd like to maybe talk to Brian a little bit

09:19:13  18  about that one first.  Can we go off the record?

09:19:16  19     Q.  I'd prefer you answer my question.

09:19:26  20          MR. NICOLAS:  You can't tell him how to

09:19:27  21  answer a question, Brian.

09:19:28  22          MR. JANIS:  I'm not telling him how to

09:19:30  23  answer the question.  I want to find out what -- would

09:19:31  24  you let me -- thank you.

09:19:48  25          THE WITNESS:  The fact that we have a

09:19:49 1    marketing brochure on that, that was taken as a

09:19:54 2    campaign to sell the property.

09:19:59 3        Q.   And that's what Mr. Janis just told you in your

09:20:04 4    ear?

09:20:04 5        A.   He just said "marketing."

09:20:08 6        Q.   Did you prepare your affidavit?

09:20:11 7        A.   Did I write this affidavit?

09:20:13 8        Q.   Yes, sir.

09:20:13 9        A.   I signed it.  I did not write it.

09:20:16 10       Q.   Were you involved in the preparation of the

09:20:18 11   affidavit --

09:20:20 12       A.   I was not.

09:20:21 13       Q.   -- other than your signature?

09:20:22 14       A.   I was not.

09:20:25 15       Q.   So you just received a fax or an e-mail,

09:20:29 16   printed it off, and signed it?

09:20:30 17       A.   After reviewing it, yes.

09:21:06 18           MR. JANIS:  Just for the record, the

09:21:07 19   information in the affidavit, which I drafted, was

09:21:09 20   based on information Mr. Hilts gave me, and thus, it's

09:21:12 21   written that way, just to clarify that.

09:21:15 22           MR. NICOLAS:  Okay.  Thank you, Mr. Janis.

09:21:17 23           MR. JANIS:  You're welcome.

09:21:23 24       Q.   Let's go back to those GBIC meetings for a

09:21:26 25   minute that we talked about a little bit earlier.

09:21:28 1        A.   Okay.

09:21:34 2        Q.   Actually, let's just close the loop on the

09:21:38 3    affidavit, first of all.  Did you make any corrections,

09:21:41 4    or you just signed it?

09:21:42 5        A.   I reviewed it and signed it.

09:21:43 6        Q.   So you did not make any corrections?

09:21:47 7        A.   No.

09:21:47 8        Q.   All right.  Back to the GBIC meetings.  You

09:21:52 9    mentioned earlier that you learned about the transfer

09:21:56 10   of title in the property at GBIC board meetings?

09:22:01 11       A.   Right.

09:22:04 12       Q.   Were those -- let's start off, were those

09:22:06 13   executive session or regular session?

09:22:07 14       A.   Open meetings.

09:22:08 15       Q.   Open meetings?

09:22:09 16       A.   That is correct.

09:22:14 17       Q.   And what was the nature of the discussion about

09:22:19 18   the transfer of title?

09:22:24 19       A.   All I know is that it was discussed during one

09:22:27 20   or two of those meetings.  The nature of it, I don't

09:22:33 21   remember.  I just know that they had talked about the

09:22:35 22   deeds being transferred.

09:22:41 23       Q.   And that was, again, your recollection back in

09:22:44 24   early 2002?

09:22:45 25       A.   I believe so.  It's -- the GBIC meetings are a

09:22:49  1    discussion among the board members, and I sit in the

09:22:54  2    audience listening to what's going on.

09:23:09  3        Q.   Okay.   We talked earlier about the duration of

09:23:15  4    the contract.

09:23:15  5        A.   Uh-huh.

09:23:16  6        Q.   Remember we -- some contracts are two or three

09:23:18  7    years, some are seven.   This one happened to be five

          8    years.

09:23:21  9        A.   Right.

09:23:22 10        Q.   And we read that term of agreement.

09:23:23 11        A.   Right.

09:23:25 12        Q.   And do you believe that Titan has any duties

09:23:35 13    under the project agreement as of today?

09:23:40 14        A.   Do I believe they have any duties under that

09:23:43 15    agreement today?   No, I guess not.

09:23:52 16        Q.   Under that project agreement, how long do you

09:23:54 17    believe that Titan was required to operate a tire

09:23:58 18    manufacturing facility in Brownsville?

09:24:08 19        A.   Under the -- restate your question, please.

09:24:12 20        Q.   Sure.   Under the project agreement --

09:24:13 21        A.   Uh-huh.

09:24:14 22        Q.   -- how long do you believe Titan was required

09:24:17 23    to operate a tire manufacturing facility in

09:24:24 24    Brownsville?

09:24:24 25        A.   To me, at least five years.   At least five

09:24:26 1   years.

09:24:29 2      Q.  Why do you say at least?

09:24:37 3      A.  It's my belief -- or my thought would be that

09:24:42 4   if you're putting an investment like that in, you would

09:24:45 5   run at least five years.

09:24:47 6      Q.  But that's -- that's a -- that's a business

09:24:52 7   decision or a business way of thinking about it,

09:24:55 8   correct?

09:24:55 9      A.  Right.

09:24:56 10      Q.  That if you're making an investment, you would

09:25:00 11   want a return on that investment; is that correct?

09:25:02 12      A.  Right.

09:25:05 13      Q.  Okay.  But my question is, under the project

09:25:11 14   agreement, how long do you believe Titan was required

09:25:18 15   to operate a tire manufacturing facility in

09:25:20 16   Brownsville?

09:25:25 17      A.  The terms of the contract is five years.

09:25:28 18      Q.  Okay.  So they weren't required to operate a

09:25:30 19   tire manufacturing facility for 20 years?

09:25:33 20      A.  As far as I know, without reviewing the

09:25:37 21   document once again, I don't know how they --

09:25:40 22           MR. NICOLAS:  Mr. Janis, if you want to

09:25:41 23   ask him questions, you can do so after I'm done.

09:25:46 24           MR. JANIS:  I'm not doing anything.  I'm

09:25:46 25   just looking at the contract.

09:25:49 1    Q.   Okay.  So once the five years was up, they

09:25:52 2   didn't have an obligation to operate a tire

09:25:56 3   manufacturing facility in Brownsville, Texas, under

09:25:59 4   this project agreement; is that correct?

09:26:01 5    A.   It's a five-year agreement.

09:26:03 6    Q.   All right.  This is complete hypothetical --

09:26:14 7   well, I'm not going to ask you to answer a

09:26:17 8   hypothetical.  Sorry.

09:26:59 9        MR. NICOLAS:  Mr. Janis, could we just

09:27:01 10  take a five-minute break.  I think I'm close to done.

09:27:05 11       MR. JANIS:  Sure.

12       (Brief recess)

09:31:30 13       MR. NICOLAS:  Thank you, Mr. Hilts.  I

09:31:31 14  have no more questions for you today.  Thank you for

09:31:33 15  coming in.

09:31:34 16       MR. JANIS:  I just have one question.

17                    EXAMINATION

09:31:35 18  BY MR. JANIS:

09:31:36 19   Q.   Mr. Hilts, in front of you, there's an exhibit

09:31:41 20  marked as Hilts or Plaintiff's Exhibit No. 2 --

09:31:45 21  Defendant's Exhibit No. 2, I should say.  I'm referring

09:31:47 22  you to page 4 of that contract, and there's a second

09:31:53 23  paragraph, full paragraph.

09:31:54 24   A.   Right.

09:31:55 25   Q.   Without making it too long, could you just kind

09:31:57  1    of read that through down there.  It's just a couple of

09:32:02  2    lines.  Just read that for a second.

09:32:04  3        A.   It states, "The parties agree that" --

09:32:07  4        Q.   No, no.  I meant you just read it over

09:32:09  5    yourself.

09:32:09  6        A.   Oh, okay.  I'm sorry.

09:32:43  7             Okay.

09:32:44  8        Q.   Are you familiar with this paragraph?

09:32:46  9        A.   Yes, I am.

09:32:47  10       Q.   You've seen it before.

09:32:48  11       A.   Yes, I have.

09:32:49  12       Q.   Does it state anywhere in there that it is only

09:32:53  13   effective for the term of the agreement or that there's

09:32:56  14   a specific time limit on when it would be effective?

09:33:00  15       A.   On the paragraph, I don't see any time limit to

09:33:02  16   it, no.

09:33:03  17       Q.   It just says something like "in the event"?

09:33:05  18       A.   Right, that is correct.

09:33:07  19       Q.   Do you understand that to mean that in the --

09:33:10  20   or rather, the phrase "in the event" to mean that if it

09:33:14  21   happens, it happens; is that correct?

09:33:16  22       A.   That would be correct, yes.

09:33:18  23       Q.   But there's no time limit on there.

09:33:20  24       A.   I don't see no time limit in this.

09:33:22  25            MR. JANIS:  All right.  Thank you.  That's

```
09:33:23  1    all I have.

09:33:24  2                    MR. NICOLAS:  I've got to follow up now.

          3                         EXAMINATION

09:33:25  4    BY MR. NICOLAS:

09:33:30  5         Q.  Well, I guess the question is, Mr. Hilts, which

09:33:34  6    one is it?

09:33:35  7         A.  Which one is it what?

09:33:37  8         Q.  Is it five years or forever?

09:33:39  9         A.  I'm going off of this one paragraph, what this

09:33:43 10    one paragraph says.

09:33:45 11         Q.  Okay.

09:33:46 12         A.  He asked me to look at the one paragraph.

09:33:52 13         Q.  When you write contracts, do you intend for the

09:33:54 14    whole contract to be read together?

09:33:59 15         A.  I don't write contracts.

09:34:01 16         Q.  You enter into contracts with companies?

09:34:03 17         A.  I do not enter into contracts, no.

09:34:05 18         Q.  You just refer them to --

09:34:07 19         A.  GBIC does.

09:34:13 20         Q.  Okay.  But looking at that paragraph that

09:34:17 21    Mr. Janis just referred you to, nothing in that

09:34:22 22    paragraph changes your answer regarding the term of

09:34:27 23    agreement that this contract lasts five years; is that

09:34:30 24    correct?

09:34:30 25         A.  Well, they have a statement, term of agreement,
```

09:34:32 1  five years.

09:34:38 2      Q.  So the fact that it says "term of the

09:34:42 3  agreement" would suggest that it applies to the whole

09:34:44 4  agreement, though, wouldn't it?

09:34:46 5      A.  I guess it's all how you interpret it, and it's

09:34:51 6  not my business to interpret contracts.

09:34:56 7      Q.  But you do agree with me that this is a

09:35:01 8  five-year contract.

09:35:01 9      A.  It states in the contract -- there's a clause,

09:35:05 10  five-year contract.

09:35:05 11          MR. NICOLAS:  Thank you, Mr. Hilts.

09:35:07 12  Appreciate it.  I'm done.

09:35:09 13          MR. JANIS:  No further questions.

14          (Deposition concluded)

15

16

17

18

19

20

21

22

23

24

25

JASON C. HILTS - ERRATA SHEET

Reasons for changes:   (1) Clarify the record
                       (2) Conform to the facts
                       (3) Correct transcription errors

<u>PAGE</u> <u>LINE</u>   <u>CHANGE FROM/CHANGE TO</u>                    <u>REASON</u>

1   ___  ___   _____   ___

2   ___  ___   _____   ___

3   ___  ___   _____   ___

4   ___  ___   _____   ___

5   ___  ___   _____   ___

6   ___  ___   _____   ___

7   ___  ___   _____   ___

8   ___  ___   _____   ___

9   ___  ___   _____   ___

10  ___  ___   _____   ___

11  ___  ___   _____   ___

12  ___  ___   _____   ___

13  ___  ___   _____   ___

14  ___  ___   _____   ___

15  ___  ___   _____   ___

16  ___  ___   _____   ___

17  ___  ___   _____   ___

18  ___  ___   _____   ___

19  ___  ___   _____   ___

                   JASON C. HILTS

BRYANT & STINGLEY, INC.
McAllen        Harlingen        Brownsville
(956)618-2366    (956)428-0755    (956)542-1020
(800)462-0253  (STATEWIDE)

1      ## SIGNATURE OF JASON C. HILTS

2         I have read the foregoing transcript of my

3      deposition and it is a true and accurate record of my

4      testimony given on NOVEMBER 19, 2004, except as to any

5      corrections I have listed on page 36 herein.

6                                    _____

7                                    JASON C. HILTS

8

9      THE STATE OF TEXAS

10     COUNTY OF CAMERON

11               SUBSCRIBED AND SWORN TO BEFORE ME, the

12     undersigned authority on this the _____ day of

13     _____, 2004.

14

15                                    _____

16                                    Notary Public in and for
                                      The State of Texas

17     My commission expires:

18     _____

19

20

21

22

23

24

25

BRYANT & STINGLEY, INC.
McAllen          Harlingen          Brownsville
(956)618-2366    (956)428-0755    (956)542-1020
(800)462-0253 (STATEWIDE)

```
1              IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF TEXAS
2                    BROWNSVILLE DIVISION
   GREATER BROWNSVILLE      ) (
3  INCENTIVES CORPORATION   ) (
          Plaintiff         ) (
4                           ) (
   VS.                      ) (   CIVIL ACTION NO. B-03-224
5                           ) (
   TITAN INTERNATIONAL, INC.) (
6          Defendant        ) (
```

7                    REPORTER'S CERTIFICATE

8      I, Donna McCown, Certified Court Reporter, certify

9  that the witness, JASON C. HILTS, was duly sworn by me,

10 and that the deposition is a true and correct record of

11 the testimony given by the witness on NOVEMBER 19,

12 2004; that the deposition was reported by me in

13 stenograph and was subsequently transcribed under my

14 supervision.

15     I FURTHER CERTIFY that I am not a relative,

16 employee, attorney or counsel of any of the parties,

17 nor a relative or employee of such attorney or counsel,

18 nor am I financially interested in the action.

19              WITNESS MY HAND on this the _22ND_ day of

20 _November_____, 2004.

21

22             _Donna McCown_ by: _____
   DONNA McCOWN, CSR NO. 6625
23 Expiration Date: 12/31/05
   Bryant & Stingley, Inc., CRN No. 41
24 2010 East Harrison
   Harlingen, Texas  78550

25

                    BRYANT & STINGLEY, INC.
      McAllen         Harlingen         Brownsville
   (956)618-2366   (956)428-0755   (956)542-1020
              (800)462-0253 (STATEWIDE)