IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

GREATER BROWNSVILLE     ) (
INCENTIVES CORPORATION     ) (
       Plaintiff          ) (
                    ) (
VS.                     ) (    CIVIL ACTION NO. B-03-224
                    ) (
TITAN INTERNATIONAL, INC. ) (
       Defendant        ) (

---

ORAL DEPOSITION OF
ARNOLD BENSON
NOVEMBER 19, 2004



---

        ORAL DEPOSITION OF ARNOLD BENSON, produced as a

witness at the instance of the DEFENDANT, taken in the

above styled and numbered cause on NOVEMBER 19, 2004,

reported by DONNA McCOWN, Certified Court Reporter

No. 6625, in and for the State of Texas, at the offices

of Brian G. Janis, 100 North Expressway 83,

Brownsville, Texas, pursuant to the Federal Rules of

Civil Procedure.

EXHIBIT
3

BRYANT & STINGLEY, INC.
McAllen        Harlingen       Brownsville
(956)618-2366    (956)428-0755    (956)542-1020
(800)462-0253 (STATEWIDE)

APPEARANCES

   COUNSEL FOR PLAINTIFF:

      BRIAN G. JANIS
      SANCHEZ, WHITTINGTON, JANIS & ZABARTE, L.L.P.
      100 North Expressway 83
      Brownsville, Texas  78521

   COUNSEL FOR DEFENDANT:

      HENRI E. NICOLAS, JR.
      J. ANDREW CASEY
      RODRIGUEZ & NICOLAS, L.L.P.
      319 East Elizabeth Street
      Brownsville, Texas  78520

INDEX

|  | PAGE |
|---|---|
| Appearances .................................... | 2 |
| ARNOLD BENSON<br>Examination by Mr. Nicolas ..................... | 3 |
| Errata Sheet/Signature Page .................... | 52 |
| Reporter's Certificate ......................... | 54 |

Attached to the end of the transcript:  Stipulations

EXHIBITS

| NUMBER | DESCRIPTION | PAGE IDEN. |
|---|---|---|
| 1 | Notice of Deposition ................... | 4 |
| 2 | Project Agreement ...................... | 10 |
| 3 | Affidavit .............................. | 32 |
| 4 | Responses to Request for Production ..... | 48 |

```
1                      ARNOLD BENSON,

2       having been duly sworn, testified as follows:

3                      EXAMINATION

4       BY MR. NICOLAS:

5           Q.  Good morning, Mr. Benson.  My name is Henri

6       Nicolas.  I represent Titan International, Inc., in

7       this litigation we're here about today.

8                      I'm sure you met with Mr. Janis before

9       your deposition and talked over with him how a

10      deposition works.  So I'm not going to go through

11      everything.

12                     Just a couple of little ground rules.

13      One, if you could verbalize answers, "yes" or "no," not

14      "uh-huh" or "huh-uh."  The court reporter can't take

15      that down.  I certainly won't be able to read it later.

16      Is that okay?

17          A.  Yes.

18          Q.  Good job.  If you need to take a break at any

19      time, just let me know.  We're not running a marathon,

20      so you can take a break any time.

21                     Also, you were just sworn in, which means

22      that your testimony today is given as if you were

23      before a judge and jury.  Do you understand that?

24          A.  I do.

25          Q.  Have you ever been deposed before, Mr. Benson?
```

The timestamps in the left margin are:
- Line 4: 10:39:02
- Line 5: 10:39:04
- Line 6: 10:39:07
- Line 7: 10:39:10
- Line 8: 10:39:13
- Line 9: 10:39:16
- Line 10: 10:39:18
- Line 11: 10:39:21
- Line 12: 10:39:22
- Line 13: 10:39:26
- Line 14: 10:39:29
- Line 15: 10:39:32
- Line 16: 10:39:35
- Line 17: 10:39:35
- Line 18: 10:39:36
- Line 19: 10:39:38
- Line 20: 10:39:42
- Line 21: 10:39:45
- Line 22: 10:39:48
- Line 23: 10:39:52
- Line 24: 10:39:54
- Line 25: 10:39:55

10:39:57 1      A.   I have.

10:39:58 2      Q.   About how many times approximately?

10:40:00 3      A.   Two or three.

10:40:04 4      Q.   Were you deposed with respect to your position

10:40:08 5   at GBIC?

10:40:09 6      A.   No.

10:40:10 7      Q.   So it's either a personal or business matter

10:40:13 8   from your private life?

10:40:14 9      A.   Correct.

10:40:18 10     Q.   Could you state your name and spell that for

10:40:20 11  the record, Mr. Benson.

10:40:22 12     A.   Arnold I. Benson, A-R-N-O-L-D, B-E-N-S-O-N.

10:40:31 13     Q.   Could you please tell us your home address.

10:40:36 14     A.   2560 Calle, C-A-L-L-E, Esplendida,

10:40:44 15  E-S-P-L-E-N-D-I-D-A, Brownsville, 78521.

10:41:13 16     Q.   We're here to take your deposition which was

10:41:17 17  noticed in GBIC versus Titan.  Have you seen this

10:41:20 18  notice of deposition?

10:41:25 19     A.   No.  Until now.

10:41:30 20     Q.   Okay.  But that's the notice of your deposition

10:41:33 21  in this case.  You understand that?

10:41:35 22     A.   I do.

10:41:48 23     Q.   Okay.  Have you done anything to prepare for

10:41:50 24  your deposition today, Mr. Benson?

10:41:53 25     A.   I read the -- I guess it's called the statement

| | | |
|---|---|---|
| 10:42:03 | 1 | that I made, whatever it was called. |
| 10:42:06 | 2 | Q.  An affidavit? |
| 10:42:07 | 3 | A.  Affidavit. |
| 10:42:08 | 4 | Q.  Okay. |
| 10:42:09 | 5 | A.  That comes from back in July. |
| 10:42:11 | 6 | Q.  Sure. |
| 10:42:12 | 7 | A.  Just to refresh my thinking, my memory. |
| 10:42:15 | 8 | Q.  Okay.  Did you review any other documents? |
| 10:42:18 | 9 | A.  No. |
| 10:42:19 | 10 | Q.  No pleadings in the case? |
| 10:42:20 | 11 | A.  No. |
| 10:42:22 | 12 | Q.  Okay.  Any documents from GBIC that you would |
| 10:42:27 | 13 | keep at GBIC's office? |
| 10:42:28 | 14 | A.  No. |
| 10:42:34 | 15 | Q.  Why don't you tell me where you work, |
| 10:42:37 | 16 | Mr. Benson. |
| 10:42:39 | 17 | A.  At 1120 Robin Hood Drive, Brownsville, 78521. |
| 10:42:44 | 18 | Q.  And what is the business at Robin Hood Drive? |
| 10:42:47 | 19 | A.  Perfect Crab Company. |
| 10:42:50 | 20 | Q.  What does Perfect Crab Company do? |
| 10:42:52 | 21 | A.  It's in the business of buying and selling |
| 10:42:56 | 22 | fresh crab meat. |
| 10:43:03 | 23 | Q.  What is your position at Perfect Crab Company? |
| 10:43:05 | 24 | A.  President. |
| 10:43:11 | 25 | Q.  Are you also the owner of Perfect Crab Company? |

10:43:13  1        A.   Yes.

10:43:17  2        Q.   Okay.   How long have you had Perfect Crab

10:43:19  3   Company?

10:43:20  4        A.   18 years.

10:43:23  5        Q.   A long time.

10:43:24  6        A.   Yes.

10:43:34  7        Q.   Do you hold any positions at Greater

10:43:36  8   Brownsville Incentives Corporation?

10:43:38  9        A.   Yes.

10:43:38  10       Q.   What is your position there?

10:43:39  11       A.   President.

10:43:41  12       Q.   How long have you been president at -- I'm

10:43:43  13  going to refer to it as GBIC.   Is that okay?

10:43:45  14       A.   That's fine.

10:43:46  15       Q.   Okay.   How long have you held that position at

10:43:49  16  GBIC?

10:43:49  17       A.   About nine months, I believe.

10:43:52  18       Q.   About nine months.   Did you hold any other

10:43:58  19  positions with GBIC before you became president?

10:44:02  20       A.   Yes.

10:44:03  21       Q.   What were those positions?

10:44:06  22       A.   I don't recall.   I don't recall.

10:44:14  23       Q.   Okay.   What were you -- well, let's start with

10:44:17  24  your responsibilities as president.   What are your

10:44:19  25  responsibilities as president of GBIC?

10:44:20  1      A.   To chair monthly meetings and to be aware of

10:44:36  2  the responsibilities of the position of members of the

10:44:42  3  GBIC board.

10:44:52  4      Q.   Okay.   Before you became president, you had a

10:44:55  5  title, but you don't really remember what it was.   What

10:44:58  6  were your responsibilities then?

10:45:02  7      A.   Essentially the same with the exception that I

10:45:05  8  didn't chair a meeting.

10:45:10  9      Q.   Okay.   Were you a board member prior to

10:45:12 10  becoming president?

10:45:13 11      A.   Yes.

10:45:15 12      Q.   How long have you been -- how long were you and

10:45:18 13  have you been a board member of GBIC?

10:45:22 14      A.   It's about three years.

10:45:26 15      Q.   So like fall of 2001?

10:45:34 16           MR. JANIS:   I can answer that and maybe

10:45:37 17  help clarify.   He was appointed at the end of 2001; and

10:45:45 18  therefore, he took office 2002, 2003.   This is his

10:45:51 19  third year at the close of this year 2004.

10:45:53 20           MR. NICOLAS:   I see.   Okay.   Thank you,

10:45:55 21  Mr. Janis.

10:45:55 22           MR. JANIS:   And if you want, I also know

10:45:57 23  the offices -- his offices, in other words.

10:46:01 24           MR. NICOLAS:   Oh, oh.   I see.

10:46:03 25           MR. JANIS:   He was, I believe, a

10:46:05 1    treasurer, and they have like a first and second vice

10:46:09 2    president.  Don't ask me which one he was, but

10:46:12 3    basically, you know, they rotate over the years, so he

10:46:14 4    served as an officer at all times when he was on the

10:46:19 5    board.

10:46:19 6              MR. NICOLAS:  Okay.

10:46:25 7       Q.  So how far back from today does your

10:46:29 8    involvement with GBIC go?

10:46:31 9       A.  To the time that I was appointed in 2001.

10:46:41 10      Q.  Okay.  Before 2001, you had responsibilities

10:46:43 11   with GBIC and you were involved with GBIC before that

10:46:45 12   as well; is that correct?

10:46:46 13      A.  No.

10:46:47 14      Q.  Okay.  So you weren't involved with GBIC until

10:46:50 15   2001.

10:46:50 16      A.  Correct.

10:47:08 17      Q.  Okay.  If we could just go over your

10:47:11 18   educational background briefly starting with your high

10:47:13 19   school and any education post-high school, name of the

10:47:16 20   institution and degree.

10:47:20 21      A.  A high school graduate, three months at City

10:47:24 22   College in New York, no degree.

10:47:31 23      Q.  I'm smiling because Mr. Hilts this morning was

10:47:35 24   from Dearborn, Michigan, and you're from New York.  We

10:47:38 25   all get the same question, "How did you get here?"

| | | |
|---|---|---|
| 10:47:40 | 1 | A.  I know. |
| 10:47:43 | 2 | Q.  That's for another day. |
| 10:47:47 | 3 | When did you come to Brownsville? |
| 10:47:50 | 4 | A.  The end of '87. |
| 10:48:00 | 5 | Q.  And you came to Brownsville to start Perfect |
| 10:48:02 | 6 | Crab? |
| 10:48:04 | 7 | A.  Yes. |
| 10:48:08 | 8 | Q.  Did you have any jobs before you -- before |
| 10:48:11 | 9 | Perfect Crab? |
| 10:48:13 | 10 | A.  Yes. |
| 10:48:15 | 11 | Q.  Okay.  And what were those jobs? |
| 10:48:19 | 12 | A.  Prior to opening Perfect Crab Company, I had a |
| 10:48:31 | 13 | restaurant in New York, and somewhere between the time |
| 10:48:40 | 14 | of selling the restaurant in New York and coming to |
| 10:48:46 | 15 | Brownsville, I was an -- I had an interest in and |
| 10:48:52 | 16 | helped to open a similar kind of restaurant in Florida. |
| 10:49:24 | 17 | Q.  Could you explain the relationship between BEDC |
| 10:49:28 | 18 | and GBIC? |
| 10:49:31 | 19 | A.  BEDC is hired by and contracted by GBIC to |
| 10:49:42 | 20 | perform services. |
| 10:49:44 | 21 | Q.  And what would those services be? |
| 10:49:47 | 22 | A.  To market the community, solicit customers for |
| 10:50:00 | 23 | economic -- businesses for economic development |
| 10:50:04 | 24 | advantages to Brownsville, to increase job |
| 10:50:08 | 25 | opportunities for the community. |

10:50:12 1    Q.  Okay.  The subject of this case is a project

10:50:38 2 agreement between Titan and GBIC; is that correct?

10:50:44 3    A.  I believe so.

10:50:47 4    Q.  Okay.  Have you reviewed that project

10:50:50 5 agreement?

10:50:50 6    A.  I have.

10:50:53 7    Q.  Okay.  Did you participate in the negotiating

10:50:55 8 of that project agreement?

10:50:56 9    A.  No.

10:51:12 10    Q.  Okay.  If I'm putting it together right, the

10:51:17 11 time line right, the project agreement was negotiated

10:51:20 12 and executed before you were a member of GBIC.

10:51:23 13    A.  Correct.

10:51:34 14    Q.  What is your understanding of what the project

10:51:39 15 agreement entails?

10:51:44 16    A.  Titan's responsibility was to open a facility

10:51:53 17 in Brownsville and operate it continuously with certain

10:52:02 18 job expectations, and in return, the Greater

10:52:10 19 Brownsville Incentives Corporation assisted with

10:52:15 20 various incentives based on meeting the objectives that

10:52:23 21 was set forth in the agreement.

10:53:13 22    Q.  Okay.  I've marked as Exhibit 2 to your

10:53:16 23 deposition, Mr. Benson, the project agreement at issue

10:53:19 24 in this lawsuit.  Would you look it over and see if

10:53:21 25 you're in agreement with that statement.

BRYANT & STINGLEY, INC.
McAllen      Harlingen      Brownsville
(956)618-2366   (956)428-0755   (956)542-1020
(800)462-0253 (STATEWIDE)

10:53:39  1      A.   It seems to be the same.

10:53:44  2      Q.   Okay.  I'm going to go back to your answer a

10:53:47  3  moment ago.  One of the things you said was that Titan

10:53:50  4  was to operate continuously a tire manufacturing

10:53:54  5  facility in Brownsville.  Is that accurate?

10:53:56  6      A.   Yes.

10:53:58  7      Q.   Okay.  When you say "continuously," could you

10:54:02  8  quantify that for me?

10:54:08  9      A.   Without ceasing operations.

10:54:15 10      Q.   And do you mean without ever ceasing

10:54:20 11  operations?

10:54:28 12      A.   Yes.

10:54:41 13      Q.   Okay.  Do you know who drafted the project

10:54:43 14  agreement?

10:54:43 15      A.   No.

10:54:45 16      Q.   Again, that was before your time.

10:54:47 17      A.   Yes.

10:54:54 18      Q.   Okay.  In basic or general terms, could you

10:54:56 19  tell me what GBIC's complaint is in this lawsuit?

10:55:00 20      A.   That Titan never -- first, Titan ceased

10:55:13 21  operations; second, Titan never fulfilled any of their

10:55:22 22  obligations totally.

10:55:26 23      Q.   Which obligations are you referring to when you

10:55:30 24  say Titan did not fulfill their obligations totally?

10:55:33 25      A.   Let me ask you to repeat that question again.

10:55:35 1      Q.   Okay.   You said that Titan did not fulfill

10:55:43 2    obligations.

10:55:43 3      A.   No.

10:55:44 4      Q.   The prior question?

10:55:45 5      A.   The original, the overview question.

10:55:48 6      Q.   Sure.   Go back two questions.

10:55:50 7      A.   Yes.

10:55:51 8      Q.   Okay.   In basic or general terms, what is your

10:55:54 9    understanding of GBIC's complaint in this lawsuit?

10:55:57 10     A.   In this lawsuit?

10:55:59 11     Q.   Yes, sir.

10:56:00 12     A.   Okay.   That's a little different.

10:56:03 13     Q.   Okay.   Well, let's start with that one.

10:56:05 14     A.   Okay.   Complaint in this lawsuit is that they

10:56:08 15    ceased operations.

10:56:09 16     Q.   Yes.

10:56:13 17     A.   And that's it.

10:56:14 18     Q.   And that's it?

10:56:15 19     A.   Yeah.

10:56:18 20     Q.   So there are no other -- in this lawsuit, there

10:56:20 21    are no other complaints about any other obligations?

10:56:22 22     A.   No.

10:56:32 23     Q.   Now, you did mention I guess in your opinion

10:56:38 24    Titan didn't fulfill other obligations; is that

25    correct?

10:56:41  1      A.   Correct.

10:56:43  2      Q.   Does GBIC have any intention as we sit here

10:56:46  3  today to file a lawsuit based on any other obligation

10:56:52  4  that you feel was not fulfilled?

10:56:55  5      A.   It's not a subject that I have ever discussed

10:56:57  6  with counsel, and so I don't know the answer to that.

10:57:00  7      Q.   Is it a subject you've discussed with board

10:57:02  8  members of GBIC?

10:57:04  9      A.   No.

10:57:11 10      Q.   So y'all have never discussed any other

10:57:14 11  potential claims that you may bring in the future

10:57:16 12  against Titan?

10:57:17 13      A.   Not me, no.

10:57:20 14      Q.   Have you heard anyone else on the board talk

10:57:24 15  about future claims?

10:57:32 16      A.   No.

10:58:07 17      Q.   The project agreement that you have there,

10:58:10 18  Mr. Benson, would you be kind enough to turn to page 8

10:58:15 19  and review XI.

10:58:43 20      A.   Okay.

10:58:45 21      Q.   Okay.  Would you agree with me that that

10:58:49 22  paragraph entitled "Entire Agreement" basically says

10:58:54 23  that this agreement is the entire agreement between

10:58:57 24  Titan and GBIC, that there's no other agreement?

10:59:03 25      A.   No.

| | |
|---|---|
| 10:59:03 | 1 |

Q.  Okay.

A.  The last sentence seems to imply otherwise, that the agreement may be amended provided that no amendment, modification, or alteration of the terms of this agreement shall be binding unless the same is in writing and duly executed.

So it implies that modifications or amendments are possible.

Q.  Correct.  And are there any amendments to this agreement that you know of?

A.  I don't know.

Q.  So barring an amendment after this was signed, this is the only agreement.

A.  I can't answer that question.  I don't know the answer to that question.

Q.  Do you have any reason to believe that there is another agreement between Titan and GBIC?

A.  I don't know.  In order for me to be able to answer that with more knowledge, if I took the time to read this entire agreement, I could venture an opinion as to whether or not I think there are more documents contained in the relationship between GBIC and Titan.

Q.  How would reading this entire document tell you whether there's another agreement?

A.  The relationship of Titan and GBIC is on two

11:00:58 1   levels --

11:01:01 2       Q.  Okay.

11:01:01 3       A.  -- as I understand it.  One of them is a

11:01:09 4   performance level in terms of jobs, and the other is a

11:01:14 5   performance level in terms of operations.

11:01:27 6       Q.  And both of those performance levels, jobs

11:01:31 7   operations, would be in this agreement.

11:01:34 8       A.  I haven't read the agreement in a long time,

11:01:36 9   and so I can't say that they're both in there, and it's

11:01:41 10  the reason why I'm hesitating to say whether or not

11:01:44 11  there are any other documents besides this involved in

11:01:48 12  the relationship between GBIC and Titan.

11:01:52 13      Q.  Okay.  Have you ever seen any other written

11:01:54 14  agreement between Titan and GBIC?

11:01:56 15      A.  I don't recall.

11:01:59 16      Q.  Okay.  Which, by the way, is a perfectly fine

11:02:02 17  answer.  If you don't know, you don't know.

11:02:07 18          This clause, it's called "Entire

11:02:10 19  Agreement."  And I'll just read it.

11:02:11 20          "This agreement contains the entire

11:02:13 21  agreement between the parties relating to the rights

11:02:16 22  herein granted and the obligations herein assumed and

11:02:22 23  supersedes any prior understandings, representations,

11:02:24 24  memorandums, or agreements regarding the service

11:02:27 25  relationship that is the subject of this agreement."

11:02:29  1                    So that clause is basically saying that

11:02:32  2    any agreement, understanding, that came before this is

11:02:40  3    incorporated into this document and this is the only

11:02:41  4    agreement.  There's no other prior agreement.  It's all

11:02:45  5    in this document; is that correct?

11:02:50  6         A.   It seems to say that.  You are speaking in

11:02:59  7    legal terms that make it difficult for me to make a

11:03:04  8    commitment to an answer to that.

11:03:06  9                    It implies that this is the entire

11:03:08 10    agreement, and it goes on to say that the agreement

11:03:10 11    could be modified or amended.

11:03:14 12         Q.   Okay.  But I'm not speaking in any legal terms

11:03:17 13    that's not in the contract that GBIC signed, am I?  I

11:03:25 14    mean, I'm not trying to trick you or anything.  This is

11:03:27 15    the contract that you signed -- that you entered --

11:03:29 16    that GBIC signed and entered into.

11:03:32 17         A.   I understand what you're saying, and I'm

11:03:40 18    responding in the best way I can as a layman.

11:03:43 19         Q.   I understand.  In your business at Perfect Crab

11:03:53 20    Company, do you have occasion to enter into contracts?

11:03:58 21         A.   No.

11:03:59 22         Q.   You don't have any sales contracts?

11:04:03 23         A.   Not in the sense that there are contractual

11:04:08 24    provisions that are written up and signed off on.

11:04:12 25                    An invoice is a contract -- is an

| | | |
|---|---|---|
| 11:04:14 | 1 | obligation and a contract, but other than that, the |
| 11:04:19 | 2 | answer is no. |
| 11:04:26 | 3 | Q.  Does Perfect Crab Company rent or own a |
| 11:04:33 | 4 | facility? |
| 11:04:34 | 5 | A.  It -- well, the answer is yes. |
| 11:04:40 | 6 | Q.  Does it rent a facility? |
| 11:04:44 | 7 | A.  Yes. |
| 11:04:46 | 8 | Q.  So it doesn't own -- does it own any |
| 11:04:48 | 9 | facilities? |
| 11:04:51 | 10 | A.  No. |
| 11:04:53 | 11 | Q.  Okay.  So you have rental contracts. |
| 11:04:55 | 12 | A.  No. |
| 11:04:59 | 13 | Q.  You have oral contracts for rent. |
| 11:05:03 | 14 | A.  Yes. |
| 11:05:07 | 15 | Q.  Okay.  Do you ship crab meat? |
| 11:05:08 | 16 | A.  Yes. |
| 11:05:09 | 17 | Q.  Do you have shipping contracts? |
| 11:05:15 | 18 | A.  No. |
| 11:05:17 | 19 | Q.  Okay. |
| 11:05:29 | 20 | A.  As I understand a contract to be. |
| 11:05:32 | 21 | Q.  Okay.  What do you understand a contract to be? |
| 11:05:34 | 22 | A.  Some written agreement that has been discussed |
| 11:05:37 | 23 | and agreed upon.  Just simply what comes to mind is |
| 11:05:44 | 24 | that when -- if we ship with a common carrier and we |
| 11:05:49 | 25 | sign a bill of lading, there are terms on there. |

11:05:53 1          Is that a contract?  If that's the

11:05:57 2   question, then maybe the answer would be yes.  To me

11:06:01 3   it's not a contract.  It's just simply an agreement to

11:06:06 4   handle my merchandise, take it from point A to point B.

11:06:13 5       Q.  Okay.  The second sentence in this clause, "Any

11:06:16 6   oral representations or modifications concerning this

11:06:20 7   agreement shall be of no force or effect."  What do you

11:06:25 8   understand that sentence to mean?

11:06:28 9       A.  That if it ain't written, it don't count.

11:06:32 10      Q.  Excellent.  The next sentence, "This agreement

11:06:35 11  may be amended provided no amendment, modification, or

12  alteration of the terms of this agreement shall be

11:06:39 13  binding unless the same is in writing and duly executed

11:06:44 14  by the parties hereto."  What do you believe that

11:06:48 15  means?

11:06:49 16      A.  That if there are to be any changes, if it

11:06:51 17  ain't written, it don't count.

11:06:53 18      Q.  So the second and third paragraphs basically

11:06:56 19  kind of mirror each other.  You can't do it orally.

11:07:01 20  You have to do it in writing basically.

11:07:04 21      A.  Yes.  The third sentence affirms the fact that

11:07:10 22  there can be modifications.  The second one doesn't.

11:07:14 23      Q.  Okay.  And to your knowledge, you've never seen

11:07:20 24  another written contract between Titan and GBIC; is

25  that correct?

11:07:23  1      A.   I don't recall.

11:07:25  2      Q.   Okay.  Have you ever heard anybody talking

11:07:26  3   about another agreement?

11:07:28  4      A.   I don't recall.

11:07:57  5      Q.   Okay.  You said earlier that you believed that

11:08:00  6   Titan is under an obligation to operate a tire

11:08:03  7   manufacturing facility in Brownsville continuously

11:08:11  8   without ever ceasing operations.  Is that accurate?

11:08:21  9      A.   That -- that is what is implied in this

11:08:23 10   contract.

11:08:24 11      Q.   Could you show me where that's implied in this

11:08:40 12   contract?

11:09:09 13      A.   On page 4, the second paragraph addresses your

11:09:18 14   question.  "The parties agree that in the event that

11:09:22 15   Titan Wheel International discontinues operation or is

11:09:27 16   dissolved or liquidated or no longer maintains a tire

11:09:31 17   manufacturing operation in or near Brownsville or if

11:09:38 18   Titan Tire -- Titan Wheel International does not

11:09:43 19   commence such construction," etc. etc.

11:09:44 20      Q.   Yes.  And you believe that language implies

11:09:53 21   that Titan has to continuously forever operate a tire

11:09:57 22   manufacturing facility in Brownsville?

11:09:59 23      A.   It's quite clear in my opinion.

11:10:04 24      Q.   Well, you said it implied -- implied that, but

11:10:09 25   does it say that?  Does it say that Titan has to

11:10:13 1    continuously forever operate a manufacturing -- tire

11:10:17 2    manufacturing facility in Brownsville?

11:10:18 3        A.   No.  It says -- it says it in the negative.  It

11:10:22 4    says that it -- if it discontinues operations, which

11:10:30 5    means the opposite of continuing operations.

11:10:35 6              So if it discontinues operations -- and I

11:10:38 7    didn't read the rest of the paragraph -- there are

11:10:43 8    certain events that will take place.

11:10:56 9        Q.   Okay.  Can you turn to page 6 of the project

11:11:01 10   agreement.  Under V it says "Term of Agreement."  Do

11:11:12 11   you see that?

11:11:13 12       A.   Yes.

11:11:13 13       Q.   Could you read that clause starting with "Term

11:11:16 14   of Agreement."

11:11:18 15       A.   "The term of this agreement shall be five years

11:11:22 16   commencing November 1st, 1996, and ending October 31st,

11:11:27 17   2001."

11:11:30 18       Q.   Doesn't that indicate to you, Mr. Benson, that

11:11:32 19   this contract was to last five years and no longer?

11:11:51 20       A.   Good point.  I don't know.

11:11:56 21       Q.   That's what it says right there, right?  That's

11:12:06 22   what it says right there.

11:12:07 23       A.   I understand your question.  And within the

11:12:13 24   scope -- the limited scope of your question, the answer

11:12:18 25   would seem to be yes.

11:12:22 1     Q.   Okay.   What do you mean by limited scope of my

11:12:26 2   question?

11:12:29 3     A.   Well, if I made a contract with you for -- for

11:12:34 4   me to manufacture something for you and it was a

11:12:40 5   five-year contract and I manufactured a million tires

11:12:46 6   as per our agreement and you only paid me for a half a

11:12:55 7   million tires and at the end of five years you still

11:13:02 8   didn't fulfill your obligation to pay me for the other

11:13:06 9   half a million tires that I delivered to you, then I

11:13:13 10   don't believe that you could say to me, "We had a

11:13:17 11   five-year contract.   I didn't pay you within five

11:13:19 12   years, so I don't owe you the money."

11:13:21 13     Q.   That's -- that's different than what you're

11:13:23 14   alleging in this lawsuit, isn't it?

11:13:26 15     A.   I don't think so.   I think that Titan did not

11:13:32 16   fulfill its agreement to remain in business in

11:13:37 17   Brownsville.   It is in the -- in the contract that they

11:13:42 18   will not discontinue operations.

11:13:45 19     Q.   So you're saying that -- well, strike that.

11:13:54 20          Does this term of agreement clause stating

11:13:58 21   that the contract will last five years apply to the

11:14:02 22   paragraph you read earlier?

11:14:08 23     A.   I don't believe that it does.

11:14:13 24     Q.   What other clauses in this contract does this

11:14:16 25   term of agreement not apply to?

11:14:18 1      A.   It doesn't apply to the lack of fulfillment of

11:14:32 2  job hiring responsibilities within the terms of the

11:14:38 3  contract.   If Titan was supposed to -- I don't know

11:14:43 4  what the number is -- hire 500 people and they only

11:14:47 5  hired one person at the end of five years, it doesn't

11:14:54 6  mean that they did not violate the contract.

11:14:58 7              It was in violation.   And whatever the

11:15:01 8  recourse might be that counsel will determine, that

11:15:07 9  recourse would be appropriate.

11:15:15 10     Q.   So what you're saying is, during that five-year

11:15:17 11  period if they didn't do what they were supposed to do,

11:15:21 12  you would have recourse.

11:15:22 13     A.   Yes.   And let me go back to what I said to you

11:15:25 14  about the tires before.   Suppose it was the reverse.

11:15:29 15  Suppose I had an agreement with you over five years to

11:15:32 16  do a million tires and I only did a half a million and

11:15:34 17  the five years was up and I still owed you a half a

11:15:36 18  million tires?   Do you not have recourse?

11:15:39 19     Q.   But this isn't a manufacturing agreement, is

11:15:45 20  it?

11:15:46 21     A.   In many respects, it seems to me to be a

11:15:49 22  manufacturing agreement.   It makes a commitment to

11:15:53 23  continuous operation.

11:15:54 24     Q.   Is GBIC buying anything?   Are they buying

11:15:57 25  tires?

11:15:57 1      A.   No.

11:15:59 2      Q.   Is Titan selling GBIC tires?

11:16:00 3      A.   No.

11:16:08 4      Q.   So you mentioned earlier that Titan -- the

11:16:14 5  complaint here is that Titan ceased operations.   That's

11:16:18 6  the complaint here in this lawsuit, correct?

11:16:21 7      A.   Yes.

11:16:22 8      Q.   Okay.

11:16:24 9      A.   As I understand.

11:16:25 10      Q.   When do you understand or when do you believe

11:16:29 11  Titan ceased operations?

11:16:33 12      A.   I don't recall.

11:16:38 13      Q.   If I represented to you that it was in November

11:16:41 14  of 2003, would you dispute that?

11:16:48 15      A.   I don't have enough information to be able to

11:16:50 16  agree or dispute it.

11:16:53 17      Q.   If I represented to you that in the plaintiff

11:16:55 18  GBIC's pleadings you say it's July 2003, would you

11:16:59 19  dispute that?

11:17:01 20      A.   I would prefer to see it.

11:17:27 21      Q.   Okay.   We'll find it, and in the interim, I'll

11:17:30 22  ask you a couple more questions.   How is that?

11:17:32 23           Let's assume that it's July of 2003 or

11:17:41 24  November of 2003, which is beyond the five years of the

11:17:50 25  term agreement; is that correct?   The term agreement

11:17:50  1    says it ends October 31st, 2001.

11:17:50  2        A.   The dates that you mentioned of 2003 are beyond

11:17:55  3    2001.

11:17:59  4        Q.   We're all getting older.   Time marches on.

11:18:07  5              So if Titan ceased operations after

11:18:12  6    October 31st, 2001, what is the complaint -- what is

11:18:18  7    GBIC's complaint?

11:18:23  8        A.   My understanding is that they had an obligation

11:18:27  9    to maintain continuous operations, that the

11:18:36 10    responsibility of GBIC was to meet commitments that

11:18:45 11    Titan made with incentives over the term of the

11:18:52 12    contract.

11:18:53 13              It would be -- it is counterproductive --

11:19:00 14    my opinion -- counterproductive to enter into an

11:19:05 15    agreement of this nature to have a company come to a

11:19:10 16    community and have a community invest so much money in

11:19:15 17    order to have a company that in order for -- and the

11:19:17 18    company only to have an obligation to fulfill

11:19:21 19    responsibilities for five years.   It doesn't make any

11:19:24 20    sense.

11:19:25 21        Q.   And I understand that's your opinion, but is

11:19:27 22    that -- that's not reflected in the contract.

11:19:30 23        A.   I think it is reflected in the contract.

11:19:35 24        Q.   Which terms would you apply the term of

11:19:38 25    agreement to, the five-year period?   Which terms of the

11:19:40  1    contract would you apply it to?

11:19:42  2        A.  Are you in a hurry?  I'll read, and I'll -- as

11:19:46  3    I go through it, I'll tell you which ones I think are

11:19:49  4    applicable, I mean, if that's what you would have me

11:19:51  5    do.

11:19:53  6        Q.  Well, you're saying it doesn't apply to some,

11:19:56  7    so I'd like to know which does it apply to and which

11:19:59  8    doesn't it.

11:20:00  9        A.  I think it applies -- well, for one point, I

11:20:04  10   think that it is required for Titan to meet its job

11:20:12  11   commitment obligations --

11:20:14  12       Q.  Which, by the way, you said is not a part of

11:20:17  13   this complaint.

11:20:18  14       A.  Correct.

11:20:20  15       Q.  Okay.

11:20:21  16       A.  -- within the terms of this agreement and for

11:20:25  17   GBIC to make the incentives available within the terms.

11:20:33  18       Q.  Okay.  And those are the terms which this does

11:20:35  19   apply to.

11:20:36  20       A.  Yes, in my opinion.

11:20:39  21       Q.  And which terms of the contract does it not

11:20:41  22   apply to?

11:20:47  23       A.  It doesn't apply to Titan discontinuing its

11:20:59  24   operations any time it chooses to after five years.

11:21:03  25       Q.  How do you choose which terms you're going to

11:21:05  1   apply it to and which terms you're not going to apply

11:21:08  2   the five-year limit to?

11:21:09  3       A.  I am not an attorney, and so I cannot answer to

11:21:18  4   that question, but to me --

11:21:21  5       Q.  And I'm not asking you for a legal opinion.  I

11:21:24  6   mean, I'm asking you as the representative of GBIC that

11:21:27  7   entered into this contract, how do you -- how do you

11:21:31  8   determine which terms you're going to apply it to and

11:21:34  9   which terms you're not going to apply it to?  I'm not

11:21:37 10   asking you for a legal opinion.

11:21:38 11       A.  Well, okay, for example, the agreement on page

11:21:43 12   4 has a term of 10 months involving spend skills

11:21:52 13   development training, two years, and so there are

11:21:59 14   specific dates and times that are allocated to specific

         15   responsibilities.

11:22:06 16           What does not have a specific date or time

11:22:10 17   limit is the fact that it cannot discontinue

11:22:27 18   operations.

11:22:31 19       Q.  So on page 4, you referred to the 11 months,

11:22:36 20   the 10 months, the two years.  So the drafters of this

11:22:41 21   contract, when they wanted to talk about a time limit,

11:22:45 22   they knew how to do it; is that correct?

11:22:48 23       A.  I want to say that this is -- that I think that

11:22:52 24   this is unfair.  You asked me a question back 20

11:22:57 25   questions or so ago about where in the agreement it

11:23:02  1    makes reference to ongoing operations of Titan, and I

11:23:09  2    began to read a few lines to you.  And you have made

11:23:14  3    this the focus of your attention.

11:23:17  4                In order for me to speak to the entire

11:23:21  5    agreement and answer in the way that it seems that

11:23:27  6    you're asking questions, I need to read more.

11:23:32  7        Q.  Okay.  You were informed -- when were you

11:23:34  8    informed that you'd be deposed today?

11:23:37  9        A.  I don't recall.

11:23:38 10        Q.  Last week?  Week before?

11:23:46 11        A.  Perhaps the end of last week.

11:23:48 12        Q.  About a week.  Today is Friday.  So about a

11:23:52 13    week.  And this lawsuit has been on file for over a

11:23:54 14    year at this point?

11:23:56 15        A.  I believe so.

11:23:59 16        Q.  Okay.  So the lawsuit has been on file for a

11:24:02 17    year.  It's about a project agreement.  You've known

11:24:03 18    about your deposition for a week.  And you haven't read

11:24:08 19    the project agreement?

11:24:11 20        A.  Not since I was advised that I would be

11:24:17 21    deposed.

11:24:17 22        Q.  You knew that we'd be talking about the project

11:24:19 23    agreement in your deposition, right?  I mean, it's not

11:24:21 24    a surprise that we're talking about this.  I mean, I'm

11:24:25 25    not ambushing you.

11:24:27  1     A.   I had no -- well, I knew we were going to be

11:24:30  2  talking about the relationship of GBIC and Titan.  I

11:24:32  3  had no idea what you could hope to extract from me

11:24:41  4  other than my opinion.  I was not present --

11:24:46  5     Q.   We're going to talk about -- you knew we were

11:24:48  6  going to talk about the relationship between GBIC and

11:24:50  7  Titan, and that's reflected in the project agreement,

11:24:53  8  and this lawsuit is about the project agreement, right?

11:24:56  9     A.   Yes.

11:25:06 10     Q.   Okay.  So when the drafters of this project

11:25:10 11  agreement wanted to, they knew how to put a time limit

11:25:16 12  or a duration on a requirement either of GBIC or of

11:25:23 13  Titan, is that correct, based on what you just read

11:25:25 14  here with the 11 months, two years?

11:25:29 15     A.   It would seem to be so, yes.

11:26:37 16     Q.   Okay.  On page 4, paragraph 2, you read the

11:26:39 17  first portion of that sentence, and you didn't quite

11:26:44 18  get to the end of it.

11:26:47 19          The portion you read, "The parties agree

11:26:49 20  that in the event that Titan Wheel International, Inc.,

11:26:52 21  discontinues operations or is dissolved or liquidated

11:26:54 22  or no longer maintains a tire manufacturing operation

11:26:56 23  in or near Brownsville or if Titan" -- and there are a

11:26:58 24  couple of other things, and then you get to the end of

11:27:01 25  the sentence -- "shall revert to the corporation

| | |
|---|---|
| 11:27:06 1 | subject to any superior liens."  Is that correct? |
| 11:27:13 2 | Or if you prefer, we can read the whole |
| 11:27:15 3 | thing and -- or you can read it to yourself. |
| 11:27:16 4 | A.  I think I -- well, I'll be happy to read it to |
| 11:27:21 5 | myself if you give me a few moments. |
| 11:28:21 6 | Q.  Okay. |
| 11:28:22 7 | A.  Okay. |
| 11:28:22 8 | Q.  Okay. |
| 11:28:23 9 | A.  I've read it.  Your question? |
| 11:28:32 10 | Q.  What is your understanding of the meaning of |
| 11:28:34 11 | the section, "Shall revert to that corporation subject |
| 11:28:41 12 | to any superior liens"? |
| 11:28:51 13 | A.  That if -- that it belongs to the Greater |
| 11:28:57 14 | Brownsville Incentives Corporation unless there was |
| 11:29:00 15 | someone who had a prior interest, a first interest -- |
| 11:29:08 16 | Q.  So -- |
| 11:29:09 17 | A.  -- before GBIC. |
| 11:29:10 18 | Q.  An interest prior to GBIC's interest upon |
| 11:29:16 19 | reversion. |
| 11:29:18 20 | A.  No.  An interest prior to GBIC's from the |
| 11:29:27 21 | inception. |
| 11:29:27 22 | Q.  Are there any that you know of? |
| 11:29:29 23 | A.  No. |
| 11:29:30 24 | Q.  So why would that be in the contract? |
| 11:29:36 25 | A.  In my opinion, in order to make clear the |

11:29:44  1    boundaries within which GBIC has its interest.

11:29:54  2        Q.   Just to be clear, it doesn't say, "shall revert

11:30:01  3    to the corporation subject to any liens prior to

11:30:04  4    entering into this contract on 27 February, 1997," does

11:30:11  5    it?

11:30:11  6        A.   It says "superior liens."

11:30:14  7        Q.   But superior liens as of which day?  It doesn't

11:30:20  8    say as of which day, does it?  It doesn't give a day.

11:30:29  9        A.   I'm not an attorney.  I know a little bit about

11:30:36 10    liens.  Superior, from my understanding, means an

11:30:41 11    earlier date.

11:30:44 12        Q.   That's fine.  I agree with that.  And it says,

11:30:51 13    "shall revert to the corporation subject to any

11:30:54 14    superior liens."  Right?

11:30:59 15        A.   That's what it says.

11:31:01 16        Q.   So when it reverts, it reverts on that day

11:31:08 17    subject to whatever came -- whatever lien is superior

11:31:10 18    as of that day; is that correct?

11:31:14 19        A.   No.  At least that's not my understanding.

11:31:18 20        Q.   Okay.  What is your understanding?

11:31:22 21        A.   My understanding is that if there are any

11:31:30 22    superior liens to February 27th, 1997.  For example,

11:31:40 23    suppose a search discovered -- at a later date

11:31:44 24    discovered that there was a lien on that property that

11:31:47 25    didn't appear at the time this was -- this deal was

11:31:52  1   consummated.

11:31:53  2            It would seem that the counsel

11:31:58  3   acknowledges that there might need to be a deferment

11:32:01  4   prior to the -- if the -- if it was a superior lien to

11:32:05  5   this agreement.

11:32:11  6        Q.   But in that clause, it doesn't say February

11:32:14  7   27th, 1997, does it?  In that clause.

11:32:21  8        A.   It does.  A couple of lines up, it says it

11:32:26  9   clearly.

11:32:38 10        Q.   Yeah.  It says, "or does not commence

11:32:44 11   operations within two years in or near Brownsville from

11:32:47 12   the date of this project agreement, February 27th,

         13   1997."

11:32:51 14            So that's referring to Titan's obligation

11:32:58 15   to commence operations two years from the day of this

11:33:03 16   execution, correct?  Defining the date of the

11:33:23 17   execution.

11:33:23 18        A.   There's not a period there.  It is a comma.  It

11:33:27 19   would appear to be part of the same.

11:33:28 20        Q.   I believe it's a semicolon.

11:33:31 21        A.   Well, my copy looks like a comma.

11:33:43 22        Q.   Okay.

11:33:43 23        A.   And in fact, if it was a semicolon -- I'm not a

11:33:49 24   lawyer -- my opinion is that that certainly refers

11:33:53 25   to -- what comes after the semicolon refers to what

11:33:57  1    comes before the semicolon.  It usually has something

11:34:02  2    to do with regarding in some fashion, but I'm not an

11:34:07  3    attorney.

11:34:07  4        Q.  Are you an English teacher?

11:34:12  5        A.  I'm reasonably well read is about the biggest

11:34:15  6    claim I could make.

11:34:15  7        Q.  Right.  I'm not an English teacher either.

11:34:46  8            MR. NICOLAS:  We've been going at this for

11:34:49  9    about an hour.  Do you want to take a five-minute

         10    break?

11:34:50 11            THE WITNESS:  Sure.

11:44:17 12            (Brief recess)

11:44:23 13        Q.  Earlier you said the only things GBIC is

11:44:28 14    complaining of in this lawsuit is Titan's ceasing of

11:44:33 15    operations, is that correct, in this lawsuit?

11:44:37 16        A.  As far as I know.

11:44:38 17        Q.  Okay.  Do you -- do you know when, in your

11:44:46 18    opinion, Titan ceased operating a tire manufacturing

11:44:51 19    facility?

11:44:54 20        A.  No.

11:45:48 21        Q.  Mr. Benson, this is an affidavit.  I believe

11:45:53 22    it's your affidavit.  It's styled Affidavit of Arnold

11:45:57 23    Benson.  It's eight pages long.  You signed the eighth

11:46:01 24    page.  I believe it was submitted in support of GBIC's

11:46:05 25    motion for summary judgment; is that correct?

11:46:06 1    A.   I believe so.

11:46:08 2    Q.   Okay.  And this is the document that you

11:46:10 3  reviewed in preparation for your deposition today.

11:46:14 4    A.   Yes.

11:46:19 5    Q.   Okay.  Did you prepare this document?

11:46:21 6    A.   No.

11:46:25 7    Q.   You received the affidavit from your attorney.

11:46:33 8  And don't tell me anything that you and your attorney

11:46:35 9  talked about.  I don't want to know.

11:46:38 10    A.   Yes.

11:46:38 11    Q.   You received it from your attorney.  Did you

11:46:40 12  have any corrections or additions or edits to the

11:46:45 13  original draft, or did it --

11:46:51 14    A.   I don't recall, but I don't believe so.

11:46:55 15    Q.   So you got it.  It looked right.  You signed

11:47:01 16  it.

11:47:02 17    A.   Yes.

11:47:08 18    Q.   Did Mr. Janis interview you before he prepared

11:47:14 19  this affidavit for you?

11:47:14 20    A.   Yes.

11:47:24 21    Q.   I think I know the answer to this question, but

11:47:27 22  you were not the president of GBIC when the project

11:47:29 23  agreement was signed, were you?

11:47:30 24    A.   No.

11:47:37 25    Q.   So Paragraph No. 4 on page 1, "At all material

11:47:40 1 times I was the president of Greater Brownsville

11:47:43 2 Incentives Corporation, a Texas economic development

11:47:46 3 corporation," that's wrong.

11:47:50 4  A.  At all material times relevant to my affidavit.

11:47:57 5 I was the president on July 9th.

11:48:01 6  Q.  You don't think that the time that the project

11:48:04 7 agreement was signed is a relevant time to this

11:48:06 8 lawsuit?

11:48:11 9  A.  Repeat that question.

11:48:12 10  Q.  You don't believe that the time that the

11:48:17 11 project agreement was negotiated and signed is relevant

11:48:20 12 to this lawsuit?

11:48:24 13  A.  I believe it is relevant.

11:48:26 14  Q.  So would you classify that as a material time?

11:48:38 15  A.  It is a material time to the lawsuit, yes.

11:48:46 16  Q.  The second page, paragraph 9, "However, Titan

11:48:59 17 created no more than 122 jobs at the Brownsville

11:49:02 18 facility resulting in an overpayment by GBIC and a

11:49:04 19 claim letter being submitted to Titan by GBIC, a copy

11:49:09 20 of which was filed with the Court as Exhibit 1 of

11:49:12 21 plaintiff's exhibits, in support of its motion summary

11:49:14 22 judgment, advising Titan of the situation."

11:49:18 23   How do you know that Titan created no more

11:49:25 24 than 122 jobs?

11:49:31 25  A.  There were discussions on the subject.

11:49:38  1      Q.   Between whom?

11:49:45  2      A.   I believe that the information came to me from

11:49:52  3  BEDC and possibly from Brian.

11:49:58  4      Q.   By Brian, you mean Mr. Janis, your attorney?

11:50:00  5      A.   Yes.

11:50:06  6      Q.   Have you ever seen any documents reflecting the

11:50:09  7  number of employees at Titan Tire Corporation of Texas?

11:50:14  8      A.   I don't recall.

11:50:51  9      Q.   Okay.  The discussions you had with BEDC, do

11:51:01 10  you remember who -- with whom you discussed this?

11:51:07 11      A.   I don't recall.

11:51:09 12      Q.   Okay.  Do you think it may have been Jason

         13  Hilts?

11:51:13 14      A.   Probably.

11:51:17 15      Q.   So you just had a conversation with Mr. Hilts?

11:51:21 16      A.   I don't recall.

11:51:23 17      Q.   Did Mr. Hilts ever show you any documentation

11:51:25 18  or give you any records that reflected that Titan only

11:51:29 19  created 122 jobs?

11:51:32 20      A.   I don't recall.

11:51:39 21      Q.   Okay.  And the only other person with whom you

11:51:42 22  spoke about this would be Mr. Janis?

11:51:46 23      A.   No.

11:51:50 24      Q.   Okay.  Let me rephrase the question.  The only

11:51:54 25  other person who told you that Titan Tire Corporation

11:52:01 1    of Texas only created 122 jobs was Mr. Brian Janis?

11:52:11 2        A.   I don't recall how I finally knew that

11:52:17 3    information.   I can only guess.

11:52:27 4        Q.   To the extent that that might help me find out

11:52:30 5    how, I'd ask you to guess.

11:52:34 6        A.   Conversations with BEDC --

11:52:36 7        Q.   Okay.

11:52:37 8        A.   -- Jason, perhaps others, conversations with

11:52:47 9    GBIC board members, conversations with Brian Janis, and

11:52:57 10   perhaps some documents illustrating that information,

11:53:06 11   but I don't recall what or what combination.

11:53:27 12       Q.   Well, if you couldn't -- if you can't today

11:53:31 13   point to any documents that show that and you can't

11:53:34 14   remember really with whom you spoke, would you sign

11:53:39 15   this affidavit again today with paragraph 9 in it?

11:53:50 16       A.   If I had never signed it before?

11:53:53 17       Q.   Yes, sir.

11:53:56 18       A.   If I had never signed it before, I would not

11:53:58 19   sign this document today.

11:54:11 20       Q.   And would that be for any reason other than

11:54:15 21   paragraph 9?

11:54:17 22       A.   I don't know.   I haven't -- I don't recall

11:54:19 23   every detail of every other paragraph.

11:54:22 24       Q.   Okay.

11:54:24 25       A.   And I'm not saying that I wouldn't sign this

| | |
|---|---|
| 11:54:28 1 | today.  I'm only saying I wouldn't sign it now. |
| 11:54:47 2 | Q.  So would you say that you have personal |
| 11:54:51 3 | knowledge of the number of employees of Titan Tire |
| 11:54:58 4 | Corporation? |
| 11:54:59 5 | A.  I don't understand your question. |
| 11:55:06 6 | Q.  Would you say that you know how many |
| 11:55:10 7 | employees -- that you have personal knowledge of how |
| 11:55:12 8 | many employees Titan Tire Corporation of Texas had? |
| 11:55:20 9 | A.  I don't understand your question. |
| 11:55:29 10 | Q.  Okay.  Do you have personal knowledge of the |
| 11:55:30 11 | number of employees Titan Tire Corporation of Texas had |
| 11:55:35 12 | in the year 2001? |
| 11:55:36 13 | A.  I don't understand your question. |
| 11:55:39 14 | Q.  Is it "personal knowledge" that's hanging you |
| 11:55:40 15 | up? |
| 11:55:40 16 | A.  Yes. |
| 11:55:47 17 | Q.  Okay. |
| 11:55:47 18 | MR. JANIS:  Do you mean today or at the |
| 11:55:50 19 | time the affidavit was done, or what are you referring |
| 11:55:52 20 | to? |
| 11:55:54 21 | Q.  I'll see if I can sort all these things out. |
| 11:55:56 22 | MR. JANIS:  Yeah.  I was trying to help |
| 11:55:57 23 | you here. |
| 11:55:58 24 | MR. NICOLAS:  I appreciate it. |
| 11:56:05 25 | Q.  Okay.  Personal knowledge, when I use the words |

11:56:09  1  "personal knowledge," I'm using that as opposed to you

11:56:14  2  heard it from somebody.  Okay?

11:56:17  3            So have you ever seen any documents?  Did

11:56:19  4  you ever go out there and take a head count?  I mean,

11:56:22  5  those are the types of things that would give you

11:56:23  6  personal knowledge.

11:56:24  7            Does that help clear it up?

11:56:27  8      A.  It helps to clear it up, yes.

11:56:29  9      Q.  Okay.

11:56:29 10      A.  But please, if you're going to ask me the

11:56:32 11  question, be specific.

11:56:35 12      Q.  I'm being specific.  You just -- well --

11:56:38 13      A.  Well, you're not.

11:56:39 14      Q.  We can quibble about that, but I'm not going

11:56:41 15  to.  I'll get specific to help you out.

11:56:42 16      A.  Get specific, please, in order to enable me to

11:56:45 17  answer the question, if you want an answer.

11:56:54 18      Q.  You've never seen any documents -- go ahead.

11:56:58 19  Did you want to say something?  I'm sorry.  I thought

11:57:01 20  you were trying to say something.

11:57:03 21      A.  No.

11:57:03 22      Q.  You've never seen any documents that you can

11:57:09 23  remember showing that Titan Tire Corporation of Texas

11:57:12 24  had created only 122 jobs; is that correct?

11:57:14 25      A.  No.

11:57:15  1      Q.  That's not correct.  Why is that not correct?

11:57:18  2      A.  Because I said I don't recall whether or not

11:57:23  3  I -- and when I saw specific documents relating to it.

11:58:17  4      Q.  Did you ever go out to GBIC -- pardon me.  Did

11:58:23  5  you ever go out to the Titan facility and count the

11:58:26  6  number of employees they had out there?

11:58:26  7      A.  No.

11:58:31  8      Q.  So you don't know one way or another whether

11:58:34  9  they had 122 employees or 300 employees or -- you don't

11:58:40 10  know; is that correct?

11:58:42 11      A.  Repeat the question.

11:58:43 12      Q.  You don't know one way or another how many

11:58:48 13  employees Titan Tire Corporation of Texas had.

11:58:54 14      A.  I don't know how to answer that question.  It's

11:58:57 15  like almost like a double negative.  I don't know what

11:59:01 16  you're trying to evoke from me.

11:59:16 17      Q.  Okay.  The only way that you know how many

11:59:18 18  employees Titan Tire Corporation of Texas had is from

11:59:24 19  people telling you.

11:59:26 20      A.  No.

11:59:27 21      Q.  Okay.  What are the other ways that you know

11:59:29 22  that?

11:59:30 23      A.  A document.

11:59:32 24      Q.  Okay.  Which document?

11:59:36 25      A.  For example, a report from Brownsville Economic