UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GREATER BROWNSVILLE INCENTIVES | § | CIVIL ACTION |
| CORPORATION, | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | NO. B-03-224 |
| | § | |
| TITAN INTERNATIONAL, INC., | § | |
| Defendant | § | |

## PLAINTIFF'S RESPONSE TO DEFENDANT'S REQUEST FOR PRODUCTION

TO:  Defendant TITAN INTERNATIONAL, INC., by and through its
counsel of record, Michael Rodriguez, 319 East Elizabeth
Street, Brownsville, Texas 78520

COMES NOW, as Plaintiff, GREATER BROWNSVILLE INCENTIVES

CORPORATION, hereinafter "GBIC," by and through its undersigned

counsel, pursuant to Rules 26 and 34 of the Federal Rules Of Civil

Procedure, and responds to the Defendant's Request For Production

propounded to Plaintiff, which responses are set forth immediately

below each of the corresponding requests, which are annexed hereto

and incorporated by reference herein as if fully copied and set

forth at length (at Pages 4 - 7 hereto).

DATED this 19th day of August, 2004.

Respectfully submitted,

GREATER BROWNSVILLE INCENTIVES
CORPORATION, Plaintiff



PLAINTIFF'S RESPONSE TO DEFENDANT'S REQUEST FOR PRODUCTION - PAGE 1

BY: _____
Brian G. Janis

Southern District Of Texas
Federal Admissions ID. No. 1201
(Texas State Bar No. 10570300)

ATTORNEY-IN-CHARGE FOR PLAINTIFF

100 North Expressway 83
Brownsville, Texas 78521-2284
Telephone: 956/546-3731
Telefax: 956/546-3766

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Plaintiff's (GBIC's) Response To Defendant's Request For Production has been served upon Michael Rodriguez, counsel of record for Defendant, at 319 East Elizabeth Street, Brownsville, Texas 78520, by mailing same United States Mail, postage prepaid and properly addressed, and by hand-delivering same, on this _19th_ day of August, 2004.

_____
Brian G. Janis

PLAINTIFF'S RESPONSE TO DEFENDANT'S REQUEST FOR PRODUCTION - PAGE 2

I.

## GENERAL OBJECTIONS

A.

GBIC objects to the requests propounded by Defendant to it, to the extent that what is sought is the production of documents subject to the attorney/client privilege, the work product privilege and other protections afforded by or recognized under Rule 26 of the Federal Rules Of Civil Procedure, or any other applicable privilege or immunity. By responding to these requests, GBIC does not waive any privilege or immunity, but instead, relies specifically on all such privileges and immunities.

B.

GBIC's responses to the said requests for production are made under the Federal Rules Of Civil Procedure, using the ordinary definitions of words contained within those requests. To the extent that the definitions or instructions given by Defendant are in conflict with, or are inconsistent with, the Federal Rules Of Civil Procedure, GBIC objects to same.

C.

GBIC objects to Defendant's requests to the extent that they seek the disclosure of information that is within the control of Defendant or other parties, and is less readily available to GBIC (or alternatively, is equally available to Defendant).

D.

In providing these responses, GBIC has made a reasonable effort to locate the pertinent records, and these responses are based upon such information as is reasonably available to GBIC and susceptible to retrieval through reasonable efforts.

E.

GBIC objects to these requests to the extent they purport to impose upon GBIC a general duty to file supplementary responses to these requests; GBIC does not agree to undertake a continuing duty to supplement its responses to these requests, and will do so only as required by the Federal Rules Of Civil Procedure.

*          *          *

Subject to the foregoing (general) objections, which are specifically incorporated into each of the following responses, GBIC hereby responds (one-by-one) to Defendant's Request For Production of documents (as follows):

II.

RESPONSES TO REQUESTS FOR PRODUCTION

1 - All photographs of which you have knowledge, either directly or indirectly, or within the knowledge of your attorney, or other representative of any object relevant to this lawsuit, including but not limited to any photographs of Defendant's manufacturing facility.  This request also refers to any movies, videotapes or motion pictures as well as photographs.

**RESPONSE:** None.

PLAINTIFF'S RESPONSE TO DEFENDANT'S REQUEST FOR PRODUCTION - PAGE 4

2 -  Any documents and/or tangible things including all reports,
     physical models, compilations of data or other material
     prepared by any expert hired by Plaintiff or for any experts
     hired by Plaintiff in anticipation of the expert's trial
     and/or deposition testimony.

**RESPONSE:** None.

3 -  Any settlement agreement and/or agreements with any
     individual, entity, party or potential party arising out of
     the subject matter of this lawsuit or the transaction in
     question.

**RESPONSE:** None.

4 -  Any and all documents and/or documentary evidence relevant to
     your claims in this lawsuit.

**RESPONSE:** All of same is already on file in this case, as
              attachments to GBIC's various pleadings.

5 -  Any and all invoices, bills, statements, records or other
     documents in your possession, custody or control which would
     indicate any costs or expenses which Plaintiff has or will be
     alleging as damages to be assessed against Defendant in this
     lawsuit.

**RESPONSE:** None (there are no damage claims in this action for
              declaratory relief).

6 -  Any document in your possession or under your control that was
     generated by TITAN INTERNATIONAL, INC., and/or its employees,
     and/or that you contend may have been generated by TITAN
     INTERNATIONAL, INC., relating to the subject matter made the

basis of this (instant) suit and which was not provided to you by the attorney for TITAN INTERNATIONAL, INC.

**RESPONSE**: All of same (to the extent same exists) is already on file in this case, as attachments to GBIC's various pleadings.

7 - All documents which you believe or claim were found in the files of TITAN INTERNATIONAL, INC., and/or its employees, even if not authorized by TITAN INTERNATIONAL, INC., and/or its employees.

**RESPONSE**: None.

8 - Any written or recorded statement in this lawsuit taken from Defendant or any of its agents, representatives or employees.

**RESPONSE**: None.

9 - Any and all documentation, including title, deeds, abstracts or any information about the property made the basis of this lawsuit.

**RESPONSE**: All of same is already on file in this case, as attachments to GBIC's various pleadings.

10 - Any written or recorded "witness statement" in this lawsuit of any person with knowledge of relevant facts.

**RESPONSE**: None.

PLAINTIFF'S RESPONSE TO DEFENDANT'S REQUEST FOR PRODUCTION - PAGE 6

11 - Any documents, tangible things, reports or data compilations
     that have been provided to, reviewed by or prepared by or for
     an expert in anticipation of a testifying expert's testimony.

**RESPONSE**: None.

12 - Any documents supporting your allegation that Defendant
     breached, if at all, the Project Agreement.

**RESPONSE**: All of same (to the extent same exists) is already on
          file in this case, as attachments to GBIC's various
          pleadings.