**Felix Recio, Judge Presiding**
**Southern District of Texas, Brownsville Division**

United States District Court
Southern District of Texas
FILED

NOV 2 4 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| Courtroom Clerk: | Rebecca Pinales |
| ERO: | Dahlila Ahumada |
| CSO: | Willie Canant |
| Law Clerk: | Jason Scott |

Date:   Nov. 23, 2004, 1:58 p.m. to 2:48 p.m.

---

### C.A. NO. B-03-224 (636(c))

---

| | | |
|---|---|---|
| GREATER BROWNSVILLE INCENTIVES CORP. | * | Brian G. Janis |
| | * | |
| VS | * | |
| TITIAN INTERNATIONAL, INC. | * | E. Michael Rodriguez & Henri E. Nicolas |

---

## HEARING ON MOTION FOR
## ANCILLARY INJUNCTIVE RELIEF

Attorneys Brian G. Janis appeared for the Plaintiff and attorney Henri E. Nicolas appeared for the Defendant.

Mr. Janis argued his Motion for Ancillary Injunctive Relief.

Mr. Nicolas responded and represented that TITAN is not in the process of selling the property at issue nor would they sell the property before the Court enters a judgment in this case.

The Court **STRUCK** Pleading No. 47. The Plaintiff was instructed to file each motion contained in the Pleading No. 47 separately. Mr. Nicolas' request to file said motions by November 29, 2004 **GRANTED**.

Mr. Nicolas' oral motion to reschedule the December 9, 2004, motions hearing **DENIED**.

Defendant TITAN was **ORDERED** to give the Court twenty (20) days notice before entering into any contract involving the property at issue in this suit, i.e., selling property or otherwise encumbering the property.

GBIC's Motion for Ancillary Injunctive Relief was **DENIED**.