| AO 435 (Rev. 1/90) | Administrative Office of the United States Courts | FOR COURT USE ONLY |
|---|---|---|
| Read Instructions on Back: | TRANSCRIPT ORDER | DUE DATE: 11/29/04 |

| 1. NAME Henri E. Nicolas, Jr. | 2. PHONE NUMBER (956)574-9333 | 3. DATE 11/24/04 | |
|---|---|---|---|
| 4. MAILING ADDRESS 319 E. Elizabeth St. | 5. CITY Brownsville | 6. STATE TX | 7. ZIP CODE 78520 |
| 8. CASE NUMBER B-03-224 | 9. JUDICIAL OFFICIAL Judge Recio | DATES OF PROCEEDINGS | |
| | | 10. FROM 11/23/04 | 11. TO 11/23/04 |
| 12. CASE NAME Greater Brownsville Incentives Corp. v. Titan International, Inc. | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY Brownsville | 14. STATE Texas |

15. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [✓] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [✓] OTHER (Specify) Motion Hearing for Ancillary Injunctive Relief | 11/23/04 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

United States District Court
Southern District of Texas
FILED
NOV 24 2004
Michael N. Milby
Clerk of Court

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [✓] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE Henri E. Nicolas, Jr./RyC

19. DATE November 24, 2004

| | ESTIMATE TOTAL | |
|---|---|---|
| | PROCESSED BY | |
| | PHONE NUMBER | |

TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | 11/24 | RV | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | 11/24 | RV | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

(Previous editions of this form may still be used)
DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY