United States District Court
Southern District of Texas
ENTERED

NOV 2 9 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GREATER BROWNSVILLE INCENTIVES CORPORATION, Plaintiff, | § § § § § § § § | CIV. ACTION NO. B-03-224 (636(c)) |
| v. | | |
| TITAN INTERNATIONAL, Inc., Defendant. | | |

### ORDER

On the 23rd day of November, 2004, came on to be considered Plaintiff Greater Brownsville Incentives Corporation's Motion for Ancillary Injunctive Relief in the above styled action (Docket No. 45). After consideration of the pleadings, motions, and argument of counsel, this Court is of the opinion that Plaintiff's motion should be denied.

It is therefore ORDERED that Plaintiff's Motion for Ancillary Injunctive Relief (Docket No. 45) is DENIED. It is FURTHER ORDERED that Defendant Titan International, Inc. give this Court twenty days notice before entering into any contractual agreement related to the property at issue in this suit. To be clear, this order prevents Titan International Inc., Titan Tire Corporation of Texas and General Electric Capital Corporation as their assignee, along with the subsidiaries, principal entities, other assignees, partners and associate companies of Titan International, Inc. from selling, promising to sale, or otherwise encumbering the property without first giving the Court twenty days notice of their intent to do so.

IT IS SO ORDERED.

DONE at Brownsville, Texas, this 29th day of November, 2004.

Felix Recio
United States Magistrate Judge