# U.S. District Court
## Southern District of Texas (Brownsville)
## CIVIL DOCKET FOR CASE #: 1:03-cv-00224
### Internal Use Only

Greater Brownsville v. Titan International  
Assigned to: Judge Hilda G Tagle  
Referred to: Magistrate Judge Felix Recio  
Demand: $0

Case in other court:    107th Judicial Distr, 03-00011-5493-A

Date Filed: 12/12/2003  
Jury Demand: Plaintiff  
Nature of Suit: 190 Contract: Other  
Jurisdiction: Diversity

Cause: 28:1332 Diversity-Declaratory Judgement

**Plaintiff**

**Greater Brownsville Incentives Corporation**

represented by **Brian Gary Janis**
Sanchez Whittington et al
100 N Expy 83
Brownsville, TX 78521-2284
956-546-3731
Fax: 956-546-3766 fax
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James R Goza**
City of Brownsville
P O Box 911
Brownsville, TX 78520
956-548-6011
Fax: 956-546-4291 fax
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Titan International Inc**

represented by **Edward Michael Rodriguez**


EXHIBIT 3

Attorney at Law
1000 E Madison
Brownsville, TX 78520
956-574-9333
Fax: 956-574-9337 fax
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

**Henri Eugene Nicolas**
Rodriguez & Nicolas LLP
319 E Elizabeth St
Brownsville, TX 78520
956-574-9333
Fax: 956-574-9337 fax
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 12/12/2003 | 1 | NOTICE OF REMOVAL by Titan International filed FILING FEE $ 150.00 RECEIPT # 118112 (rpinales) (Entered: 12/19/2003) |
| 12/12/2003 | 2 | Order setting Initial Pretrial and Scheduling Conference on 3:00 2/23/04 before Judge Hilda G. Tagle and Order to Disclose Interested Persons, filed. ( Signed by Judge Hilda G. Tagle ) Parties notified. (rpinales) (Entered: 12/19/2003) |
| 12/12/2003 | 3 | List of Counsel of Record of Titan International, Inc. filed. (rpinales) (Entered: 12/19/2003) |
| 12/12/2003 | 4 | Index of Documents filed with Defendants' Notice of Removal. (rpinales) (Entered: 12/19/2003) |
| 12/18/2003 | 5 | ANSWER and Affirmative Defenses to Complaint by Titan International (Added attorney ), filed. (mperez) (Entered: 12/22/2003) |
| 12/23/2003 | 6 | AMENDED ANSWER to Complaint and Affirmative Defenses by Titan International : amends [5-1] answer , filed. (rpinales) (Entered: 12/31/2003) |
| 01/06/2004 | 7 | CERTIFICATE OF INTERESTED PARTIES by Titan International , filed. (mperez) (Entered: 01/13/2004) |
| 01/09/2004 | 8 | MOTION to remand to the 107th Judicial District Court with exhibits by Greater Brownsville, Motion Docket Date 1/29/04 [8-1] motion , filed. (mperez) (Entered: 01/13/2004) |
| 01/09/2004 | 9 | MEMORANDUM by Greater Brownsville in support of [8-1] motion to |

| | | |
|---|---|---|
| | | remand to the 107th Judicial District Court, filed (mperez) (Entered: 01/13/2004) |
| 01/13/2004 | 10 | CERTIFICATE OF INTERESTED PARTIES by Greater Brownsville, filed. (mperez) (Entered: 01/13/2004) |
| 01/28/2004 | 11 | RESPONSE by Titan International to [8-1] motion to remand to the 107th Judicial District Court, filed. (rpinales) (Entered: 01/28/2004) |
| 02/06/2004 | 12 | JOINT DISCOVERY/Case Management Plan by Greater Brownsville, Titan International, filed. (rpinales) (Entered: 02/09/2004) |
| 02/09/2004 | 13 | ORDER reset scheduling conference for 2:00 2/19/04 before Judge Hilda G. Tagle, entered; Parties notified. (signed by Judge Hilda G. Tagle) (rpinales) (Entered: 02/09/2004) |
| 02/11/2004 | 14 | REPLY by Greater Brownsville to response to [8-1] motion to remand to the 107th Judicial District Court, filed (rpinales) (Entered: 02/13/2004) |
| 02/17/2004 | 15 | Amended REPLY by Greater Brownsville to response to [8-1] motion to remand to the 107th Judicial District Court, filed (rpinales) (Entered: 02/17/2004) |
| 02/20/2004 | 16 | ORDER transferring case to Magistrate Judge Felix Recio, to conduct all further proceedings, including final judgement. entered; Parties notified. (signed by Judge Hilda G. Tagle) (rpinales) (Entered: 02/20/2004) |
| 02/20/2004 | | **Terminated deadlines (rpinales) (Entered: 02/20/2004) |
| 02/20/2004 | 17 | Initial Pre-trial and Scheduling conference held before Magistrate Judge Felix Recio in Chambers. Attorney Brian G. Janis for the Plaintiff and E. Michael Rodriguez for the Defendant appeared. The parties agreed to the docket dates. A scheduling order will be issued. A hearing on the Motion to Remand is set for March 29, 2004 at 9:00 am. (rpinales) (Entered: 02/20/2004) |
| 02/20/2004 | 18 | SCHEDULING ORDER setting Amending of pleadings 5/14/04 ; Joining of parties 8/2/04 ; Pltf expert witness list submitted by 6/14/04 ; Deft expert witness list submitted by 7/14/04 ; Discovery cutoff 9/1/04 ; Deadline for filing all dispositive motions 9/1/04 ; Pretrial order to be submitted on or before 10/1/04 ; Final Pretrial Conference 2:00 11/2/04 Motion hearing before Magistrate Judge Felix Recio [8-1] motion to remand to the 107th Judicial District Court set at 9:00 am on March 29, 2004 before Judge Felix Recio , Motions for Extension of time to be filed by 09/16/04 Judge Felix Recio before Magistrate Judge Felix Recio, entered. Parties notified. (Signed by Magistrate Judge Felix Recio) (rpinales) (Entered: 02/23/2004) |
| 02/20/2004 | | Deadline updated; set motions hearing 2:00 9/15/04 before Magistrate Judge Felix Recio, set jury selection for 9:00 11/4/04 before Magistrate Judge Felix Recio (rpinales) (Entered: 02/23/2004) |
| 02/20/2004 | | CASE REFERRED to Magistrate Judge Felix Recio (rpinales) (Entered: 03/25/2004) |

| Date | # | Entry |
|---|---|---|
| 03/29/2004 | 19 | Minute entry:Hearing on Plaintiff's Motion to Remand held. Apps: Brian G. Janis for Plaintiff; E. Michael Rodrigues for Defendant;. The Court addresses counsel and states some of the background of the case; B. Janis addresses the Court and states he proposes to enter Titan Tires of Texas as a party and will be doing so after a ruling is made on the Motion to Remand; Counsel proceeds to state that Titan Tires of Texas has an interest in the land; M. Rodriguez addresses the court and states Titan Tires of Texas owns the land on which Titan International sits on; Counsel states this is a case of diversity jurisdiction; The Court addresses B. Janis and states that more information is needed on Titan Tires of Texas and what interest they have , other than appearing on the deeds; The Court will retain jurisdiction; M. Rodriguez to submit an order as to the Court's ruling. . Ct Reporter: B. Vasquez, ERO . (rpinales) (Entered: 03/29/2004) |
| 04/06/2004 | 20 | ORDER denying [8-1] motion to remand to the 107th Judicial District Court , entered; Parties notified. ( signed by Magistrate Judge Felix Recio ) (rpinales) (Entered: 04/06/2004) |
| 05/14/2004 | 21 | SECOND AMENDED ANSWER to Complaint and Affirmative Defenses by Titan International : amends [6-1] answer , filed. (rpinales) (Entered: 05/14/2004) |
| 07/09/2004 | 22 | MOTION for summary judgment by Greater Brownsville, Motion Docket Date 7/29/04 [22-1] motion , filed. (dahumada) (Entered: 07/12/2004) |
| 07/09/2004 | 23 | AFFIDAVIT of Arnold Benson by Greater Brownsville Re: [22-1] motion for summary judgment , filed (dahumada) (Entered: 07/12/2004) |
| 07/09/2004 | 24 | AFFIDAVIT of Attorney Brian G. Janis by Greater Brownsville Re: [23-1] affidavit , filed (dahumada) (Entered: 07/12/2004) |
| 07/09/2004 | 25 | EXHIBITS to [22-1] motion for summary judgment by Greater Brownsville , filed. (dahumada) (Entered: 07/12/2004) |
| 07/09/2004 | 26 | MEMORANDUM by Greater Brownsville in support of [22-1] motion for summary judgment , filed (dahumada) (Entered: 07/12/2004) |
| 07/21/2004 | 27 | NOTICE of attorney appearance for Titan International by Henri Eugene Nicolas, filed (dahumada) (Entered: 07/22/2004) |
| 07/21/2004 | 28 | MOTION to extend time to respond to to Plaintiff's Motion for Summary Judgment by Titan International, Motion Docket Date 8/10/04 [28-1] motion , filed. (dahumada) (Entered: 07/22/2004) |
| 07/21/2004 | 29 | MOTION to extend time to respond to Discovery Period by Titan International, Motion Docket Date 8/10/04 [29-1] motion , filed. (dahumada) (Entered: 07/22/2004) |
| 07/26/2004 | 30 | NOTICE TO THE COURT THAT DEFENDANT'S MOTIONS ARE UNOPPOSED by Titan International , filed (dahumada) (Entered: 07/26/2004) |
| 07/26/2004 | 31 | SCHEDULING ORDER setting ; Motions for Extension of Time |

|  |  |  |
|---|---|---|
|  |  | 09/15/04;Motions Hearing 11/16/04;Joint Pretrial Order 12/03/04; A final Pretrial Conference 01/06/05 at 2:00;Jury Selection 01/07/05 at 9:00; Amending of pleadings 8/16/04 ; Joining of parties 10/1/04 ; Pltf expert witness list submitted by 8/16/04 ; Deft expert witness list submitted by 9/16/04 ; Discovery cutoff 11/1/04 ; Final Pretrial Conference 2:00 1/6/05 before Magistrate Judge Felix Recio , entered. Parties notified. ( Signed by Magistrate Judge Felix Recio ) (dahumada) (Entered: 07/27/2004) |
| 07/26/2004 |  | Deadline updated; set pretrial order due for 12/3/04 , set final pretrial conference for 2:00 1/6/05 before Magistrate Judge Felix Recio , set jury selection for 1/7/05 before Magistrate Judge Felix Recio (dahumada) (Entered: 07/27/2004) |
| 07/26/2004 | 32 | ORDER granting [28-1] motion to extend time to respond to to Plaintiff's Motion for Summary Judgment Response to motion reset to 9/3/04 for [29-1] motion to extend time to respond to Discovery Period , entered; Parties notified. ( signed by Magistrate Judge Felix Recio ) (dahumada) (Entered: 07/27/2004) |
| 07/26/2004 | 33 | ORDER granting [29-1] motion to extend time to respond to Discovery Period set discovery due for 9/24/04 , entered; Parties notified. ( signed by Magistrate Judge Felix Recio ) (dahumada) (Entered: 07/27/2004) |
| 09/01/2004 | 34 | MOTION to extend time deadline to Respond to Plaintiff's Motion for Summary Judgment by Titan International, Motion Docket Date 9/21/04 [34-1] motion , filed. (dahumada) (Entered: 09/01/2004) |
| 09/02/2004 | 35 | ORDER granting 34 Motion for Extension of Time, granting 34 Motion Docket Date. It is Therefore Ordered that the Defendant's time to respond to Plaintiff's Motion for Summary Judgement is September 10, 2004.( Signed by Judge Felix Recio ) Parties notified.(dahumada, ) (Entered: 09/05/2004) |
| 09/10/2004 | 36 | Response to Plaintiff's Motion for Summary Judgment and Cross Motion for Summary Judgment by Titan International Inc, filed.(dahumada, ) Additional attachment(s) added on 9/14/2004 (lalaniz, ). (Entered: 09/10/2004) |
| 09/10/2004 | 37 | MOTION to Strike Affidavit of Brian G. Janis by Titan International Inc, filed. Motion Docket Date 9/10/2004. (dahumada, ) Additional attachment(s) added on 9/14/2004 (lalaniz, ). (Entered: 09/10/2004) |
| 09/10/2004 | 38 | MOTION to Strike Affidavit of Arnold Benson by Titan International Inc, filed. Motion Docket Date 9/10/2004. (dahumada, ) Additional attachment(s) added on 9/14/2004 (lalaniz, ). (Entered: 09/10/2004) |
| 09/16/2004 | 39 | DESIGNATION OF EXPERT WITNESS LIST by Titan International Inc , filed. (dahumada, ) (Entered: 09/17/2004) |
| 09/16/2004 | 40 | SUPPLEMENT to 22 Motion for Summary Judgment, Motion Docket Date by Greater Brownsville Incentives Corporation, filed.(dahumada, ) (Entered: 09/17/2004) |

| Date | # | Description |
|---|---|---|
| 10/19/2004 | 41 | MOTION to Strike 40 Supplemental Exhibits by Titan International Inc, filed. Motion Docket Date 11/8/2004. (Attachments: # 1 Proposed Order)(rpinales, ) (Entered: 10/19/2004) |
| 10/28/2004 | 42 | JOINT AND AGREED MOTION TO EXTEND Deadlines by Greater Brownsville Incentives Corporation, Titan International Inc, filed. Motion Docket Date 11/17/2004. (Attachments: # 1 Proposed Order)(bvasquez, ) (Entered: 10/29/2004) |
| 10/29/2004 | 43 | PLAINTIFF'S MOTION FOR ORDER THAT MATTERS ARE ADMITTED by Greater Brownsville Incentives Corporation, filed. Motion Docket Date 11/18/2004. (Attachments: # 1 Exhibit; # 2 Exhibit; # 3 Exhibit; # 4 Exhibit; # 5 Exhibit; # 6 Proposed Order; AND # 7 Proposed Order)(bvasquez, ) (Entered: 11/01/2004) |
| 11/01/2004 | 44 | ORDER granting 42MOTION for Extension of Time Deadlines. IT IS THEREFORE ORDERED that the discovery deadline and all remaining deadlines in this action are extended by three (3) weeks. Discovery deadline 11/27/04; Motion deadline 11/22/04; Motions Hearing 12/09/04 at 2:00 PM; Joint Pretrial Order deadline 12/27/04; Final Pretrial Conference 02/01/05 at 2:00PM; Jury Selection 02/03/05 at 9:00AM before Judge Felix Recio( Signed by Judge Felix Recio ) Parties notified.(rpinales, ) (Entered: 11/01/2004) |
| 11/01/2004 | | ***Reset Deadlines as to, Motions Hearing set for 12/9/2004 at 02:00 PM in Courtroom 1 before Magistrate Judge Felix Recio (rpinales, ) (Entered: 11/01/2004) |
| 11/01/2004 | | ***Set/Reset Scheduling Order and Trial Settings: Discovery due by 11/22/2004 Dispositive Motion Filing due by 11/22/2004 Joint Pretrial Order due by 12/27/2004 Pretrial Conference set for 2/1/2005 at 02:00 PM in Courtroom 1 before Magistrate Judge Felix Recio Jury Selection set for 2/3/2005 at 09:00 AM in Courtroom 1 before Magistrate Judge Felix Recio (rpinales, ) (Entered: 11/01/2004) |
| 11/15/2004 | 45 | Plainitiff's MOTION Ancillary Injunctive Relief by Greater Brownsville Incentives Corporation, filed. Motion Docket Date 12/5/2004. (Attachments: # 1 Affidavit # 2 Exhibit 1# 3 Exhibit 2# 4 Proposed Order Temporary Restraining Order)(rpinales, ) (Entered: 11/16/2004) |
| 11/17/2004 | 46 | ORDER Setting Hearing on Motion 45 MOTION Ancillary Injunctive Relief:Motion Hearing set for 11/23/2004 at 02:00 PM in Courtroom 1 before Magistrate Judge Felix Recio.( Signed by Judge Felix Recio ) Parties notified.(rpinales, ) (Entered: 11/18/2004) |

# EXHIBIT 4