| | |
|---|---|
| 11:29:44 1 | boundaries within which GBIC has its interest. |
| 11:29:54 2 | Q. Just to be clear, it doesn't say, "shall revert |
| 11:30:01 3 | to the corporation subject to any liens prior to |
| 11:30:04 4 | entering into this contract on 27 February, 1997," does |
| 11:30:11 5 | it? |
| 11:30:11 6 | A. It says "superior liens." |
| 11:30:14 7 | Q. But superior liens as of which day?  It doesn't |
| 11:30:20 8 | say as of which day, does it?  It doesn't give a day. |
| 11:30:29 9 | A. I'm not an attorney.  I know a little bit about |
| 11:30:36 10 | liens.  Superior, from my understanding, means an |
| 11:30:41 11 | earlier date. |
| 11:30:44 12 | Q. That's fine.  I agree with that.  And it says, |
| 11:30:51 13 | "shall revert to the corporation subject to any |
| 11:30:54 14 | superior liens."  Right? |
| 11:30:59 15 | A. That's what it says. |
| 11:31:01 16 | Q. So when it reverts, it reverts on that day |
| 11:31:08 17 | subject to whatever came -- whatever lien is superior |
| 11:31:10 18 | as of that day; is that correct? |
| 11:31:14 19 | A. No.  At least that's not my understanding. |
| 11:31:18 20 | Q. Okay.  What is your understanding? |
| 11:31:22 21 | A. My understanding is that if there are any |
| 11:31:30 22 | superior liens to February 27th, 1997.  For example, |
| 11:31:40 23 | suppose a search discovered -- at a later date |
| 11:31:44 24 | discovered that there was a lien on that property that |
| 11:31:47 25 | didn't appear at the time this was -- this deal was |

11:31:52  1    consummated.

11:31:53  2              It would seem that the counsel

11:31:58  3    acknowledges that there might need to be a deferment

11:32:01  4    prior to the -- if the -- if it was a superior lien to

11:32:05  5    this agreement.

11:32:11  6        Q.    But in that clause, it doesn't say February

11:32:14  7    27th, 1997, does it?  In that clause.

11:32:21  8        A.    It does.  A couple of lines up, it says it

11:32:26  9    clearly.

11:32:38  10       Q.    Yeah.  It says, "or does not commence

11:32:44  11   operations within two years in or near Brownsville from

11:32:47  12   the date of this project agreement, February 27th,

        13   1997."

11:32:51  14             So that's referring to Titan's obligation

11:32:58  15   to commence operations two years from the day of this

11:33:03  16   execution, correct?  Defining the date of the

11:33:23  17   execution.

11:33:23  18       A.    There's not a period there.  It is a comma.  It

11:33:27  19   would appear to be part of the same.

11:33:28  20       Q.    I believe it's a semicolon.

11:33:31  21       A.    Well, my copy looks like a comma.

11:33:43  22       Q.    Okay.

11:33:43  23       A.    And in fact, if it was a semicolon -- I'm not a

11:33:49  24   lawyer -- my opinion is that that certainly refers

11:33:53  25   to -- what comes after the semicolon refers to what

11:33:57 1 comes before the semicolon.  It usually has something

11:34:02 2 to do with regarding in some fashion, but I'm not an

11:34:07 3 attorney.

11:34:07 4  Q.  Are you an English teacher?

11:34:12 5  A.  I'm reasonably well read is about the biggest

11:34:15 6 claim I could make.

11:34:15 7  Q.  Right.  I'm not an English teacher either.

11:34:46 8   MR. NICOLAS:  We've been going at this for

11:34:49 9 about an hour.  Do you want to take a five-minute

10 break?

11:34:50 11   THE WITNESS:  Sure.

11:44:17 12   (Brief recess)

11:44:23 13  Q.  Earlier you said the only things GBIC is

11:44:28 14 complaining of in this lawsuit is Titan's ceasing of

11:44:33 15 operations, is that correct, in this lawsuit?

11:44:37 16  A.  As far as I know.

11:44:38 17  Q.  Okay.  Do you -- do you know when, in your

11:44:46 18 opinion, Titan ceased operating a tire manufacturing

11:44:51 19 facility?

11:44:54 20  A.  No.

11:45:48 21  Q.  Mr. Benson, this is an affidavit.  I believe

11:45:53 22 it's your affidavit.  It's styled Affidavit of Arnold

11:45:57 23 Benson.  It's eight pages long.  You signed the eighth

11:46:01 24 page.  I believe it was submitted in support of GBIC's

11:46:05 25 motion for summary judgment; is that correct?

11:46:06  1      A.  I believe so.

11:46:08  2      Q.  Okay.  And this is the document that you

11:46:10  3   reviewed in preparation for your deposition today.

11:46:14  4      A.  Yes.

11:46:19  5      Q.  Okay.  Did you prepare this document?

11:46:21  6      A.  No.

11:46:25  7      Q.  You received the affidavit from your attorney.

11:46:33  8   And don't tell me anything that you and your attorney

11:46:35  9   talked about.  I don't want to know.

11:46:38 10      A.  Yes.

11:46:38 11      Q.  You received it from your attorney.  Did you

11:46:40 12   have any corrections or additions or edits to the

11:46:45 13   original draft, or did it --

11:46:51 14      A.  I don't recall, but I don't believe so.

11:46:55 15      Q.  So you got it.  It looked right.  You signed

11:47:01 16   it.

11:47:02 17      A.  Yes.

11:47:08 18      Q.  Did Mr. Janis interview you before he prepared

11:47:14 19   this affidavit for you?

11:47:14 20      A.  Yes.

11:47:24 21      Q.  I think I know the answer to this question, but

11:47:27 22   you were not the president of GBIC when the project

11:47:29 23   agreement was signed, were you?

11:47:30 24      A.  No.

11:47:37 25      Q.  So Paragraph No. 4 on page 1, "At all material

11:47:40 1   times I was the president of Greater Brownsville

11:47:43 2   Incentives Corporation, a Texas economic development

11:47:46 3   corporation," that's wrong.

11:47:50 4       A.   At all material times relevant to my affidavit.

11:47:57 5   I was the president on July 9th.

11:48:01 6       Q.   You don't think that the time that the project

11:48:04 7   agreement was signed is a relevant time to this

11:48:06 8   lawsuit?

11:48:11 9       A.   Repeat that question.

11:48:12 10      Q.   You don't believe that the time that the

11:48:17 11  project agreement was negotiated and signed is relevant

11:48:20 12  to this lawsuit?

11:48:24 13      A.   I believe it is relevant.

11:48:26 14      Q.   So would you classify that as a material time?

11:48:38 15      A.   It is a material time to the lawsuit, yes.

11:48:46 16      Q.   The second page, paragraph 9, "However, Titan

11:48:59 17  created no more than 122 jobs at the Brownsville

11:49:02 18  facility resulting in an overpayment by GBIC and a

11:49:04 19  claim letter being submitted to Titan by GBIC, a copy

11:49:09 20  of which was filed with the Court as Exhibit 1 of

11:49:12 21  plaintiff's exhibits, in support of its motion summary

11:49:14 22  judgment, advising Titan of the situation."

11:49:18 23           How do you know that Titan created no more

11:49:25 24  than 122 jobs?

11:49:31 25      A.   There were discussions on the subject.

11:49:38 1     Q.  Between whom?

11:49:45 2     A.  I believe that the information came to me from

11:49:52 3  BEDC and possibly from Brian.

11:49:58 4     Q.  By Brian, you mean Mr. Janis, your attorney?

11:50:00 5     A.  Yes.

11:50:06 6     Q.  Have you ever seen any documents reflecting the

11:50:09 7  number of employees at Titan Tire Corporation of Texas?

11:50:14 8     A.  I don't recall.

11:50:51 9     Q.  Okay.  The discussions you had with BEDC, do

11:51:01 10  you remember who -- with whom you discussed this?

11:51:07 11     A.  I don't recall.

11:51:09 12     Q.  Okay.  Do you think it may have been Jason

13  Hilts?

11:51:13 14     A.  Probably.

11:51:17 15     Q.  So you just had a conversation with Mr. Hilts?

11:51:21 16     A.  I don't recall.

11:51:23 17     Q.  Did Mr. Hilts ever show you any documentation

11:51:25 18  or give you any records that reflected that Titan only

11:51:29 19  created 122 jobs?

11:51:32 20     A.  I don't recall.

11:51:39 21     Q.  Okay.  And the only other person with whom you

11:51:42 22  spoke about this would be Mr. Janis?

11:51:46 23     A.  No.

11:51:50 24     Q.  Okay.  Let me rephrase the question.  The only

11:51:54 25  other person who told you that Titan Tire Corporation

11:52:01  1    of Texas only created 122 jobs was Mr. Brian Janis?

11:52:11  2        A.   I don't recall how I finally knew that

11:52:17  3    information.  I can only guess.

11:52:27  4        Q.   To the extent that that might help me find out

11:52:30  5    how, I'd ask you to guess.

11:52:34  6        A.   Conversations with BEDC --

11:52:36  7        Q.   Okay.

11:52:37  8        A.   -- Jason, perhaps others, conversations with

11:52:47  9    GBIC board members, conversations with Brian Janis, and

11:52:57 10    perhaps some documents illustrating that information,

11:53:06 11    but I don't recall what or what combination.

11:53:27 12        Q.   Well, if you couldn't -- if you can't today

11:53:31 13    point to any documents that show that and you can't

11:53:34 14    remember really with whom you spoke, would you sign

11:53:39 15    this affidavit again today with paragraph 9 in it?

11:53:50 16        A.   If I had never signed it before?

11:53:53 17        Q.   Yes, sir.

11:53:56 18        A.   If I had never signed it before, I would not

11:53:58 19    sign this document today.

11:54:11 20        Q.   And would that be for any reason other than

11:54:15 21    paragraph 9?

11:54:17 22        A.   I don't know.  I haven't -- I don't recall

11:54:19 23    every detail of every other paragraph.

11:54:22 24        Q.   Okay.

11:54:24 25        A.   And I'm not saying that I wouldn't sign this

11:54:28 1  today.  I'm only saying I wouldn't sign it now.

11:54:47 2      Q.  So would you say that you have personal

11:54:51 3  knowledge of the number of employees of Titan Tire

11:54:58 4  Corporation?

11:54:59 5      A.  I don't understand your question.

11:55:06 6      Q.  Would you say that you know how many

11:55:10 7  employees -- that you have personal knowledge of how

11:55:12 8  many employees Titan Tire Corporation of Texas had?

11:55:20 9      A.  I don't understand your question.

11:55:29 10     Q.  Okay.  Do you have personal knowledge of the

11:55:30 11 number of employees Titan Tire Corporation of Texas had

11:55:35 12 in the year 2001?

11:55:36 13     A.  I don't understand your question.

11:55:39 14     Q.  Is it "personal knowledge" that's hanging you

11:55:40 15 up?

11:55:40 16     A.  Yes.

11:55:47 17     Q.  Okay.

11:55:47 18         MR. JANIS:  Do you mean today or at the

11:55:50 19 time the affidavit was done, or what are you referring

11:55:52 20 to?

11:55:54 21     Q.  I'll see if I can sort all these things out.

11:55:56 22         MR. JANIS:  Yeah.  I was trying to help

11:55:57 23 you here.

11:55:58 24         MR. NICOLAS:  I appreciate it.

11:56:05 25     Q.  Okay.  Personal knowledge, when I use the words

11:56:09 1  "personal knowledge," I'm using that as opposed to you

11:56:14 2  heard it from somebody.  Okay?

11:56:17 3          So have you ever seen any documents?  Did

11:56:19 4  you ever go out there and take a head count?  I mean,

11:56:22 5  those are the types of things that would give you

11:56:23 6  personal knowledge.

11:56:24 7          Does that help clear it up?

11:56:27 8      A.  It helps to clear it up, yes.

11:56:29 9      Q.  Okay.

11:56:29 10     A.  But please, if you're going to ask me the

11:56:32 11 question, be specific.

11:56:35 12     Q.  I'm being specific.  You just -- well --

11:56:38 13     A.  Well, you're not.

11:56:39 14     Q.  We can quibble about that, but I'm not going

11:56:41 15 to.  I'll get specific to help you out.

11:56:42 16     A.  Get specific, please, in order to enable me to

11:56:45 17 answer the question, if you want an answer.

11:56:54 18     Q.  You've never seen any documents -- go ahead.

11:56:58 19 Did you want to say something?  I'm sorry.  I thought

11:57:01 20 you were trying to say something.

11:57:03 21     A.  No.

11:57:03 22     Q.  You've never seen any documents that you can

11:57:09 23 remember showing that Titan Tire Corporation of Texas

11:57:12 24 had created only 122 jobs; is that correct?

11:57:14 25     A.  No.

| | | |
|---|---|---|
| 11:57:15 | 1 | Q.  That's not correct.  Why is that not correct? |
| 11:57:18 | 2 | A.  Because I said I don't recall whether or not |
| 11:57:23 | 3 | I -- and when I saw specific documents relating to it. |
| 11:58:17 | 4 | Q.  Did you ever go out to GBIC -- pardon me.  Did |
| 11:58:23 | 5 | you ever go out to the Titan facility and count the |
| 11:58:26 | 6 | number of employees they had out there? |
| 11:58:26 | 7 | A.  No. |
| 11:58:31 | 8 | Q.  So you don't know one way or another whether |
| 11:58:34 | 9 | they had 122 employees or 300 employees or -- you don't |
| 11:58:40 | 10 | know; is that correct? |
| 11:58:42 | 11 | A.  Repeat the question. |
| 11:58:43 | 12 | Q.  You don't know one way or another how many |
| 11:58:48 | 13 | employees Titan Tire Corporation of Texas had. |
| 11:58:54 | 14 | A.  I don't know how to answer that question.  It's |
| 11:58:57 | 15 | like almost like a double negative.  I don't know what |
| 11:59:01 | 16 | you're trying to evoke from me. |
| 11:59:16 | 17 | Q.  Okay.  The only way that you know how many |
| 11:59:18 | 18 | employees Titan Tire Corporation of Texas had is from |
| 11:59:24 | 19 | people telling you. |
| 11:59:26 | 20 | A.  No. |
| 11:59:27 | 21 | Q.  Okay.  What are the other ways that you know |
| 11:59:29 | 22 | that? |
| 11:59:30 | 23 | A.  A document. |
| 11:59:32 | 24 | Q.  Okay.  Which document? |
| 11:59:36 | 25 | A.  For example, a report from Brownsville Economic |

11:59:45  1   Development Council.

11:59:50  2       Q.   Okay.   And that report was not generated by

11:59:54  3   Titan, was it?

11:59:57  4       A.   No.

11:59:59  5       Q.   It was a report generated by BEDC?

12:00:02  6       A.   Yes.

12:00:05  7       Q.   Okay.   What was that report about?  Did it have

12:00:11  8   a particular topic?  You know, like letters have a

12:00:16  9   "re:" line.  Did it have something like that?

12:00:18  10      A.   You asked me for an example.  I gave you an

12:00:20  11  example of how I might look at documentary information.

12:00:23  12  I cannot recall at this point a particular specific

12:00:30  13  report.  You're talking about some specific report.

12:00:33  14      Q.   Okay.  So that's a possibility, but you can't

12:00:36  15  say one way or another whether that happened.  You

12:00:39  16  can't say it happened or it didn't happen.  It's just a

12:00:41  17  possibility.

12:00:41  18      A.   I believe that it did happen.  I believe I

12:00:43  19  looked at documentation from BEDC.

12:01:12  20      Q.   In your tenure as president of GBIC, have you

12:01:19  21  done more project agreements similar to the one with

12:01:27  22  Titan?  And I'll be specific about "similar."

12:01:29  23           Have you done project agreements where

12:01:32  24  GBIC provided an incentive package for a company to

12:01:35  25  come to Brownsville or the surrounding area?

12:01:37  1      A.   Yes.

12:01:41  2      Q.   Okay.   About how many have you done as

12:01:44  3  president?   I'm not asking for a specific number.

12:01:50  4      A.   More than 3, less than 12.

12:01:55  5      Q.   A pretty good range.   Have you -- in your

12:02:08  6  experience, when a company builds a 20-million-dollar

12:02:14  7  facility, do they generally finance it, or do they

12:02:17  8  generally pay for it out of their pocket?

12:02:20  9      A.   I have no idea.

12:02:43  10     Q.   The 3 to 12 projects you've done as president,

12:02:48  11 were they -- on a relative order of magnitude, were

12:02:52  12 they similar size?   Smaller?   Bigger?

12:02:56  13     A.   Smaller.

12:03:11  14     Q.   In your experience, have you ever heard of any

12:03:15  15 companies who build a 20-million-dollar plant who pay

12:03:19  16 for it out of their pocket?

12:03:21  17     A.   No.

12:03:23  18     Q.   Have you heard of any who finance it?

12:03:27  19     A.   No.   Outside of this contract.

12:03:40  20     Q.   Yeah.   I'm being broad.

12:03:47  21          Did you ever -- did there ever come a time

12:03:50  22 when you became aware that Titan had entered into an

12:03:53  23 arrangement with GE Capital?

12:03:55  24     A.   Yes.

12:03:56  25     Q.   When did you become aware of that?

| | | |
|---|---|---|
| 12:03:58 | 1 | A.  Some time prior to signing my affidavit. |
| 12:04:17 | 2 | Q.  Which you did on the 9th of July; is that |
| | 3 | correct? |
| 12:04:21 | 4 | A.  Yes. |
| 12:04:26 | 5 | Q.  Do you know the source of that information?  Do |
| 12:04:29 | 6 | you know how you found that out? |
| 12:04:35 | 7 | A.  Within a range, the answer is yes. |
| 12:04:43 | 8 | Q.  Okay.  What would be the source of that |
| 12:04:45 | 9 | information? |
| 12:04:46 | 10 | A.  Conversations with GBIC board members, BEDC, |
| 12:04:54 | 11 | and documentation from BEDC or GBIC. |
| 12:05:03 | 12 | Q.  So documentation from either one? |
| 12:05:05 | 13 | A.  Yes. |
| 12:05:08 | 14 | Q.  What kind of documentation, if you remember? |
| 12:05:11 | 15 | A.  I don't recall. |
| 12:05:16 | 16 | Q.  Do you remember who may have had that |
| 12:05:21 | 17 | documentation and showed it to you? |
| 12:05:23 | 18 | A.  I don't. |
| 12:05:27 | 19 | Q.  Okay.  Would this be a type of documentation |
| 12:05:29 | 20 | that's kept in GBIC files? |
| 12:05:37 | 21 | A.  I don't know. |
| 12:05:40 | 22 | MR. NICOLAS:  Let's go off the record. |
| | 23 | (Brief discussion off the record) |
| 12:06:45 | 24 | Q.  With regard to any documentation of the GE |
| 12:06:51 | 25 | Capital arrangement with Titan, have you seen any |

| | | |
|---|---|---|
| 12:06:55 | 1 | documentation that was created by GBIC?  Memos? |
| 12:07:12 | 2 | Letters? |
| 12:07:12 | 3 | A.  I don't know. |
| 12:07:14 | 4 | Q.  Same question with respect to BEDC. |
| 12:07:21 | 5 | A.  I don't know. |
| 12:07:41 | 6 | Q.  Okay.  You mentioned conversations with GBIC |
| 12:07:45 | 7 | board members as a possible source of that information |
| 12:07:49 | 8 | regarding the GE Capital arrangement. |
| 12:07:52 | 9 | Do you know which GBIC board members you |
| 12:07:56 | 10 | may have spoken with? |
| 12:08:00 | 11 | A.  Not specifically. |
| 12:08:02 | 12 | Q.  Would those be discussions inside or outside of |
| 12:08:06 | 13 | meeting? |
| 12:08:15 | 14 | A.  I don't recall. |
| 12:08:19 | 15 | Q.  Okay.  Has this arrangement -- the GE Capital |
| 12:08:22 | 16 | arrangement with Titan, has that ever been discussed in |
| 12:08:25 | 17 | the GBIC board meetings? |
| 12:08:28 | 18 | A.  I believe so. |
| 12:08:30 | 19 | Q.  And what would those discussions be about? |
| 12:08:46 | 20 | A.  The fact that there was such an arrangement. |
| 12:08:51 | 21 | Q.  Do you recall approximately when those |
| 12:08:56 | 22 | discussions may have taken place? |
| 12:09:06 | 23 | A.  Prior to my becoming president, but I can't be |
| 12:09:11 | 24 | more specific than that. |
| 12:09:12 | 25 | Q.  I think there may be a little confusion.  Did |

12:09:19 1    you attend GBIC board meetings prior to becoming

12:09:23 2    president?

12:09:24 3        A.  Yes.

12:09:24 4        Q.  Okay.  So that's how you -- okay.  That's how

12:09:26 5    you heard -- sorry.  I didn't eat breakfast either.

12:09:31 6            So when you attended GBIC board meetings

12:09:34 7    prior to becoming president, that's when you may have

12:09:37 8    heard the discussions at the meeting -- at the board

12:09:40 9    meeting.

12:09:41 10        A.  When I may have first heard it.

12:10:04 11        Q.  Okay.  I talked about this a little bit with

12:10:06 12   Mr. Hilts this morning.

12:10:07 13            Have you heard anything about Titan

12:10:11 14   marketing to sell the facility on Paredes Line?

12:10:15 15        A.  Yes.

12:10:16 16        Q.  From whom?

12:10:23 17        A.  Hilts.

12:10:24 18        Q.  Anyone else?

12:10:34 19        A.  Not that I recall.

12:10:45 20        Q.  Okay.  Have any potential buyers contacted you?

12:10:45 21        A.  No.

12:10:45 22        Q.  Okay.  Have any realtors contacted you?

12:10:46 23        A.  No.

12:10:48 24        Q.  Site developers?

12:10:49 25        A.  No.

12:10:50 1     Q.  Basically, as you sit here, Mr. Hilts is the
12:10:58 2  only one you can recall that talked to you about that?
12:11:01 3     A.  He was the first.
12:11:03 4     Q.  He was the first.  And do you remember anybody
12:11:07 5  who may have spoken to you about it after him?  "First"
12:11:11 6  implies that there are more is why I'm asking.
12:11:14 7     A.  Conversations, but no more information, just
12:11:20 8  embellishment of the fact, examination of the fact.
12:11:24 9     Q.  Okay.  So when you say "examination of the
12:11:27 10  fact," did you investigate further what Mr. Hilts had
12:11:30 11  told you?
12:11:31 12     A.  No.
12:11:35 13     Q.  Okay.  What exactly did Mr. Hilts tell you was
12:11:39 14  happening?
12:11:40 15     A.  As I recall, that it was his understanding or
12:11:50 16  knowledge that he was made aware or became aware that
12:11:59 17  the property was being marketed.
12:12:11 18     Q.  Okay.  I'm going to use "personal knowledge"
12:12:14 19  again.  I'll try to be more specific this time.
12:12:17 20        Do you have any personal knowledge of
12:12:19 21  Titan marketing the plant?  By that, I mean, have you
12:12:23 22  been party to any negotiations?  Have you --
12:12:27 23     A.  No.
12:12:28 24     Q.  -- talked to anybody who says they were a buyer
12:12:30 25  or a potential buyer?

12:12:31  1       A.  No.

12:12:32  2       Q.  Have you talked to anybody who says that they

12:12:34  3  are a broker or a go-between?

12:12:36  4       A.  No.

12:12:38  5       Q.  So you don't have any personal knowledge of

12:12:43  6  either the marketing or the purchasing of the facility

12:12:51  7  right now?

12:12:58  8       A.  I object to that word "personal."  I do have

12:13:01  9  personal knowledge if I accept your word that the light

12:13:05 10  is on.  I have personal knowledge if I believe what you

12:13:11 11  say.  That to me is personal knowledge.  Do I have

12:13:16 12  direct knowledge?

12:13:17 13       Q.  Okay.  Let's use your term "direct knowledge."

12:13:20 14  Do you have any direct knowledge?

12:13:21 15       A.  Not other than what I've been told.

12:13:24 16       Q.  So the only thing you know is what people have

12:13:26 17  told you and you believe as opposed to what you have

12:13:28 18  seen, touched, felt, heard?

12:13:32 19       A.  Yes.

12:13:34 20       Q.  Okay.  I think that's the difference between

12:13:37 21  personal and nonpersonal knowledge.

12:13:52 22            So is it fair to say that other than these

12:13:56 23  rumors, you have no documentary evidence of any

12:13:59 24  marketing of the plant?

12:14:03 25       A.  Can you repeat that question?

12:14:05 1  Q. Sure. Is it fair to say that other than

12:14:07 2 rumors, you don't have any documentation of an

12:14:11 3 attempted sale of the plant?

12:14:12 4  A. I don't understand the question.

12:14:16 5  Q. We'll move on.

12:14:21 6    To your knowledge, do either GBIC or BEDC

12:14:24 7 have a prospective company or business to use the Titan

12:14:30 8 facility?

12:14:30 9  A. No.

12:14:31 10  Q. To your knowledge, have either BEDC or GBIC

12:14:35 11 been contacted by a prospective business to use the

12:14:38 12 Titan facility?

12:14:38 13  A. No.

12:14:41 14  Q. Have either GBIC or -- I think I know the

12:14:43 15 answer to this question, but have either GBIC or BEDC

12:14:47 16 solicited business to use the Titan facility?

12:14:50 17  A. Not to my knowledge.

12:14:55 18  Q. Have either BEDC or GBIC entered into any

12:14:58 19 agreement memorandum of understanding or letter of

12:15:01 20 intent with any company regarding the Titan facility?

12:15:03 21  A. Not to my knowledge.

12:15:07 22  Q. As president of GBIC, would you be the one to

12:15:11 23 have knowledge of those things?

12:15:14 24  A. Yes.

12:15:16 25  Q. So GBIC can't enter into a memoranda of

BRYANT & STINGLEY, INC.
McAllen    Harlingen    Brownsville
(956)618-2366  (956)428-0755  (956)542-1020
(800)462-0253 (STATEWIDE)

| | |
|---|---|
| 12:15:20 | 1 |

understanding without you knowing about it.

A. Correct.

Q. And BEDC can't enter into any memoranda of understanding or agreement with respect to that property without consulting GBIC; is that correct?

A. It's difficult to answer that, memoranda of understanding. Certainly BEDC could not commit. Some intention could be set forth. Some letter of understanding of intentions perhaps before bringing it or making a presentation to GBIC might be possible, but certainly nothing could be committed. They are not the committers.

Q. Sure. Might an easy distinction be that they can make proposals but they can't enter into the contract?

A. Correct.

Q. Okay. I've marked as Exhibit 4 to your deposition plaintiff's response to defendant's request for production. Have you ever seen this document before?

A. I don't recall.

Q. Were you ever asked to search for documents that may be responsive to defendant's request for production?

A. No.

12:18:11 1      Q.  Do you know if anyone on GBIC staff was asked

12:18:19 2  to search for documents that are responsive to

12:18:22 3  defendant's request for production?

12:18:23 4      A.  No.

12:18:24 5      Q.  Is there a particular person who would be the

12:18:27 6  contact person for that type of record search?

12:18:32 7      A.  Brian Janis.

12:18:36 8      Q.  That makes it easy, doesn't it?

12:18:38 9          MR. JANIS:  There's no staff, by the way,

12:18:40 10  of GBIC.

12:18:41 11          MR. NICOLAS:  Okay.

12:18:47 12      Q.  Where are GBIC's records kept?  I guess the

12:18:53 13  first question would be, does GBIC keep records?

12:19:05 14      A.  Yes.

12:19:08 15      Q.  And where would they keep those records?

12:19:13 16      A.  To my knowledge, in either of two places.

12:19:15 17      Q.  Okay.

12:19:16 18      A.  Either with Brian Janis or with the City.

12:19:23 19      Q.  Okay.  When you say "with the City," do you

12:19:27 20  mean documents that are actually filed with the City,

12:19:30 21  or do you mean that the documents are kept in a filing

12:19:34 22  cabinet at the City?  Do you understand the

12:19:36 23  distinction?

12:19:36 24      A.  The City is also contracted for its

12:19:44 25  administrative and record keeping -- I don't know what

```
12:19:47  1    the name of it is -- services --
12:19:50  2         Q.  Sure.
12:19:50  3         A.  -- to GBIC.
12:19:53  4         Q.  Okay.
12:19:54  5         A.  Or by GBIC.
12:19:56  6         Q.  Is it GBIC's regular practice to maintain
12:20:04  7    correspondence between it and prospective businesses
12:20:07  8    and businesses it brings to the community?
12:20:10  9         A.  No.
12:20:11 10         Q.  So those records are not maintained?
12:20:14 11         A.  Repeat that.
12:20:16 12         Q.  The first question or the second -- the last
12:20:18 13    one?
12:20:18 14         A.  The first one, because I didn't understand the
12:20:20 15    second one after you asked the first one.
12:20:24 16         Q.  Okay.  Is it GBIC's practice to keep
12:20:29 17    correspondence between itself -- between GBIC and
12:20:36 18    prospective businesses that are coming into the
12:20:39 19    community?
12:20:41 20         A.  No.
12:20:46 21         Q.  Okay.
12:20:47 22              MR. JANIS:  If I could maybe help clarify.
12:20:49 23              MR. NICOLAS:  I'm fine.
12:20:51 24         Q.  Does GBIC have a document retention policy?
12:20:56 25         A.  No, not that I know of.
```

12:20:58 1        Q.   That's fine.

12:21:01 2                    MR. JANIS:   The City -- this might help

12:21:03 3   you along.   The City has a contract with GBIC.   It

12:21:08 4   keeps it records and runs its finance.   That's all in

12:21:12 5   the Open Records Act.

12:21:14 6                    The only communications there are are

12:21:15 7   minutes, contracts, you know, things that are done by

12:21:17 8   the board action.   And what you're asking about in

12:21:21 9   terms of contacts of prospects, that's handled under

12:21:24 10  the contract of BEDC.   BEDC is the agent that goes out

12:21:28 11  and -- you know, they're the ones they are in

12:21:29 12  communication with.   The board reviews the BEDC

12:21:35 13  profile, and then they vote on it, and then a contract

12:21:37 14  would be generated for that kind of thing.

12:21:39 15                    MR. NICOLAS:   Okay.

12:21:40 16                    MR. JANIS:   If that helps.

12:21:41 17                    MR. NICOLAS:   That does.   That's fine.

12:21:44 18  Okay.   I'm going to ask for one more break, two

12:21:48 19  minutes.   Let's go off the record.

        20                    (Brief recess)

12:24:50 21                    MR. NICOLAS:   Mr. Benson, thank you very

12:24:50 22  much.   I don't have anything else for you today.

12:24:51 23                    MR. JANIS:   I have no questions of this

12:24:52 24  witness.

        25                    (Deposition concluded)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ARNOLD BENSON - ERRATA SHEET

Reasons for changes:   (1) Clarify the record
                       (2) Conform to the facts
                       (3) Correct transcription errors

<u>PAGE</u> <u>LINE</u>   <u>CHANGE FROM/CHANGE TO</u>                    <u>REASON</u>

____ ____   _____   ____

____ ____   _____   ____

____ ____   _____   ____

____ ____   _____   ____

____ ____   _____   ____

____ ____   _____   ____

____ ____   _____   ____

____ ____   _____   ____

____ ____   _____   ____

____ ____   _____   ____

____ ____   _____   ____

____ ____   _____   ____

____ ____   _____   ____

____ ____   _____   ____

____ ____   _____   ____

____ ____   _____   ____

____ ____   _____   ____

____ ____   _____   ____

____ ____   _____   ____

ARNOLD BENSON

1      <u>SIGNATURE OF ARNOLD BENSON</u>

2         I have read the foregoing transcript of my

3      deposition and it is a true and accurate record of my

4      testimony given on NOVEMBER 19, 2004, except as to any

5      corrections I have listed on page 52 herein.

6                                    _____

7                                    ARNOLD BENSON

8

9      THE STATE OF TEXAS

10     COUNTY OF CAMERON

11              SUBSCRIBED AND SWORN TO BEFORE ME, the

12     undersigned authority on this the _____ day of

13     _____, 2004.

14

15                                    _____

16                                    Notary Public in and for
                                      The State of Texas

17     My commission expires:

18     _____

19

20

21

22

23

24

25

```
 1              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF TEXAS
 2                    BROWNSVILLE DIVISION
       GREATER BROWNSVILLE      ) (
 3     INCENTIVES CORPORATION    ) (
                Plaintiff        ) (
 4                               ) (
       VS.                       ) (   CIVIL ACTION NO. B-03-224
 5                               ) (
       TITAN INTERNATIONAL, INC. ) (
 6              Defendant        ) (
```

 7                  REPORTER'S CERTIFICATE

 8      I, Donna McCown, Certified Court Reporter, certify

 9   that the witness, ARNOLD BENSON, was duly sworn by me,

10   and that the deposition is a true and correct record of

11   the testimony given by the witness on NOVEMBER 19,

12   2004; that the deposition was reported by me in

13   stenograph and was subsequently transcribed under my

14   supervision.

15      I FURTHER CERTIFY that I am not a relative,

16   employee, attorney or counsel of any of the parties,

17   nor a relative or employee of such attorney or counsel,

18   nor am I financially interested in the action.

19            WITNESS MY HAND on this the _22ND_ day of

20   _November_____, 2004.

21

22        _Donna McCown by. Rose_
          DONNA McCOWN, CSR NO. 6625
23        Expiration Date: 12/31/05
          Bryant & Stingley, Inc., CRN No. 41
24        2010 East Harrison
          Harlingen, Texas 78550
25

                    BRYANT & STINGLEY, INC.
         McAllen        Harlingen        Brownsville
       (956)618-2366  (956)428-0755   (956)542-1020
                 (800)462-0253 (STATEWIDE)
```

## STIPULATIONS

Deposition(s) of:
Style: _Greater Brownsville Incentives Corp vs Titan International Inc_
Cause No.: _B-03-224_          Date: _11-9_          Trial Date: _____

1.  **This deposition is taken pursuant to:**
    X A. Notice                              ____ C. Agreement
    ____ B. Notice and Subpoena              ____ D. Court Order

2.  **Objections:**
    X A. Objections will be made pursuant to the ~~Texas/~~ _Federal_ Federal Rules of Civil Procedure.
    ____ B. All objections are reserved.
    ____ C. All objections will be made at the time of taking the deposition.
    ____ D. An objection made by one defendant is good for all.

3.  **Signature and Delivery:**
    A. The original transcript will be sent to _Mr Nicolas_ , the
    Custodial Attorney, and the original signature page, along with a copy of the
    transcript(s), will be submitted to ___ the witness or _✓_ the witness' attorney,
    who will return the executed signature page, including any changes, to
    Bryant & Stingley, Inc., within _____ days of transmittal.

    ____ B. Signature is waived and the reporter will deliver the original transcript and
    exhibits to the Custodial Attorney, _____ .

I, the undersigned, do hereby agree to the stipulations as indicated above and request the following:

1.  Copy of Transcript: Yes _✓_ No ___          Video: (If Applicable) Yes ___ No ___
    (ASCII Disk and Condensed Transcript included) Video Sync___ DVD ___ CD___ VHS___

    RUSH / EXPEDITED: Yes _X_   No ___   By (Date): _11/22/04 by noon_

    E-mail Address: _hnicolasDmrodriguez.com_

    Signature: _____   Representing: _T.I._

2.  Copy of Transcript: Yes _✓_ No ___          Video: (If Applicable) Yes ___ No ___
    (ASCII Disk and Condensed Transcript included) Video Sync___ DVD___ CD___ VHS___

    RUSH / EXPEDITED: Yes ___   No ___   By (Date): _____

    E-mail Address: _____

    Signature: _____   Representing: _GBIC_

3.  Copy of Transcript: Yes___ No ___          Video: (If Applicable) Yes ___ No ___
    (ASCII Disk and Condensed Transcript included) Video Sync___ DVD___ CD___ VHS___

    RUSH / EXPEDITED: Yes ___   No ___   By (Date): _____

    E-mail Address: _____

    Signature: _____   Representing: _____