IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
NOV 3 0 2004
Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| GREATER BROWNSVILLE INCENTIVES | § | CASE NO. CA-B-03-224 |
| | § | |
| VERSUS | § | BROWNSVILLE, TEXAS |
| | § | NOVEMBER 23, 2004 |
| TITAN INTERNATIONAL, INC. | § | 1:58 P.M. TO 2:31 P.M. |

<u>**HEARING ON MOTION FOR ANCILLARY INJUNCTIVE RELIEF**</u>

BEFORE THE HONORABLE FELIX RECIO
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

| | |
|---|---|
| FOR THE PLAINTIFF: | SEE NEXT PAGE |
| FOR THE DEFENDANT: | SEE NEXT PAGE |
| COURT CLERK: | REBECCA PINALES |
| COURT RECORDER: | DAHLILA AHUMADA |

PREPARED BY:

JUDICIAL TRANSCRIBERS OF TEXAS, INC.
P.O. Box 925675
Houston, Texas 77292-5675
Tel: 713-697-4718 ▼ Fax: 713-697-4722
www.judicialtranscribers.com

Proceedings recorded by electronic sound recording;
transcript produced by transcription service.