United States District Court
Southern District of Texas
FILED

DEC 0 2 2004

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GREATER BROWNSVILLE INCENTIVES CORPORATION, § | § § | CIVIL ACTION |
| Plaintiff | § § | |
| VS. | § § | NO. B-03-224 |
| TITAN INTERNATIONAL, INC., Defendant | § § | |

### AFFIDAVIT OF RUDY HERNANDEZ, JR.

| | |
|---|---|
| THE STATE OF TEXAS | § § |
| COUNTY OF CAMERON | § |

BEFORE ME, the undersigned authority, on this day personally appeared RUDY HERNANDEZ, JR., known to me, who being by me duly sworn, deposed and said on his oath that:

1 -  I am of the age of majority, of sound mind, and capable of making this Affidavit.

2 -  I am personally acquainted with the facts stated in this Affidavit.

3 -  I submit this Affidavit to clarify certain matters involved with the above-captioned case, especially in regard to a videotape recording that is being presented for use in such proceeding.

4 -  In accordance with Plaintiff's Request For Entry Upon Land For Inspection And Other Purposes, a copy of which is annexed hereto for reference, I videotaped (and recorded) the interior of the building and facility known as the "Brownsville plant/facility" of TITAN.

5 -  I was retained by GBIC to do so, in that I am in the business of videography, for general as well as litigation purposes.

6 -  In that capacity, I videotaped (and recorded) the interior of the said TITAN building and facility, in connection with and for use in the above-captioned civil action.

7 - This is to confirm that the said videotape recording of the said building's interior was "taken" by me on Friday, November 19, 2004, at or about 2:15-2:45 p.m., with my video recorder/camera and related equipment (I own), at that time, for the purposes stated above.

8 - This is to confirm that I did "take" the said video recording, such that I hereby testify that what is reflected in the said videotape is a true and correct depiction of what is the subject of said video recording, demonstrating the condition or a view of the interior of such building and facility.

9 - Submitted herewith as Exhibit 10 and incorporated by reference herein as if fully copied and set forth at length is a true and correct original videotape recording, as "taken" by me on the date stated above, as contemplated by the Federal Rules Of Evidence.

10 - In accordance with a Protective Order agreed to by the parties to this action, the original videotape recording is to be tendered (I understand) to the Court with this Affidavit, and such videotape has been copied thrice, which copies (which are in VHS format) have been tendered to counsel for GBIC and TITAN (only), in addition to the Court (as part of Exhibit 10).

FURTHER AFFIANT SAYETH NOT.

_____
RUDY HERNANDEZ, JR., Affiant

SUBSCRIBED AND SWORN TO BEFORE ME on the /s/ 1st day of December, 2004 to certify which witness my hand and official seal.

_____
Notary Public in and for
The State Of Texas

AFFIDAVIT OF RUDY HERNANDEZ, JR. - PAGE 2