

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GREATER BROWNSVILLE INCENTIVES CORPORATION, § § | CIVIL ACTION | |
| Plaintiff § § | | |
| VS. § § | NO. B-03-224 | |
| TITAN INTERNATIONAL, INC., § Defendant § | | |

**PLAINTIFF'S REQUEST FOR ENTRY UPON**
<u>**LAND FOR INSPECTION AND OTHER PURPOSES**</u>

TO:   TITAN INTERNATIONAL, INC. (TITAN), Defendant, by and through TITAN's counsel of record, Michael Rodriguez, 319 East Elizabeth Street, Brownsville, Texas 78520

COMES NOW Plaintiff herein, GREATER BROWNSVILLE INCENTIVES CORPORATION (hereinafter "GBIC"), by and through its undersigned counsel, and pursuant to Rules 26 and 34 of the Federal Rules Of Civil Procedure, hereby requests Defendant, TITAN INTERNATIONAL, INC., to allow GBIC, through its designated agents, to enter upon the following land and improvements thereon for inspection and other purposes (e.g., photographing or videographing same), such entry to be scheduled for a time within the next fourteen (14) days by the parties (through counsel):

>   The land generally described as the Titan Tire Plant and the surrounding lands thereof, located at 6700 Paredes Line Road, Brownsville, Cameron County, Texas 78521, which is described in greater detail in the Special Warranty Deed conveying such land and improvements from GBIC to TITAN, a copy of which is annexed hereto as

Exhibit "A" and incorporated by reference herein as if fully copied and set forth at length.

DATED this 16th day of August, 2004.

        Respectfully submitted,

        GREATER BROWNSVILLE INCENTIVES
          CORPORATION, Plaintiff

BY: _____
        Brian G. Janis

        Southern District Of Texas
        Federal Admissions ID. No. 1201
        (Texas State Bar No. 10570300)

        ATTORNEY-IN-CHARGE FOR PLAINTIFF

        100 North Expressway 83
        Brownsville, Texas 78521-2284
        Telephone: 956/546-3731
        Telefax:   956/546-3766

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Plaintiff's (GBIC's) Request For Entry Upon Land And Other Purposes has been served upon Michael Rodriguez, counsel of record for TITAN, at 319 East Elizabeth Street, Brownsville, Texas 78520, by mailing same United States Mail, postage prepaid and properly addressed, and by telefaxing same (at 574-9337), on this 16th day of August, 2004.

_____
Brian G. Janis