SPECIAL WARRANTY DEED

Date.   November 14, 1996          EFFECTIVE DATE.  February 28, 1997

Grantor:   GREATER BROWNSVILLE INCENTIVES CORPORATION,
           a Texas Non-Profit Corporation

Grantor's Mailing Address (including county):

   City Hall, Market Square, Brownsville, Texas   78520
   CAMERON County

Grantee:   TITAN WHEEL INTERNATIONAL, INC.,
           an Illinois Business Corporation

Grantee's Mailing Address (including County):

   2701 Spruce Street, Quincy, Illinois   62301
   ADAMS County

CONSIDERATION:  IN ACCORDANCE WITH PROJECT AGREEMENT BY AND
                BETWEEN GRANTOR AND GRANTEE OF EVEN DATE HEREWITH

PROPERTY (including any improvements):

   BEING a 192.634 acre tract out of a "Parcel One", "Tracts 1, 2, and 3 of Parcel Two" and "Parcel Four" as described in a Deed from Norwill, Incorporated to Henry A. Willms, John F. Willms, Gary A. Willms and Myra Foster.  Said Deed is recorded in Volume 2200, Page 92 of the Deed Records of Cameron County, Texas.  Said 192.634 acre tract being more particularly described on the Exhibit "A" attached hereto and made a part hereof.

   SAVE & EXCEPT there is hereby reserved a 100' wide strip along the South Boundary line for possible future dedication to the City of Brownsville for Jose Escandon Road.  In the event that said 100' wide strip is not dedicated for said purpose on or before twenty five (25) years from date hereof, this reservation shall lapse.

RESERVATIONS FROM AND EXCEPTIONS TO CONVEYANCE AND WARRANTY:

   This conveyance is made and accepted subject to any and all restrictions, covenants, conditions, easements, mineral and royalty reservations, zoning laws, leases, regulations and ordinances of municipal and other governmental authorities, if any, and only to the extent that same are still in effect, shown of record in Cameron County, Texas; together with any and all visible and apparent easements, to include but not limited to easements for roadways on or across the land.

TAX ROLL-BACK:

   If Grantee's use of the property hereafter results in the assessment of additional taxes for periods prior to date hereof such additional taxes shall be the obligation of Grantee.

DISCLAIMER OF REPRESENTATIONS AND WARRANTIES:

   GRANTOR HAS NOT MADE AND HEREBY SPECIFICALLY DISCLAIMS ANY WARRANTY, GUARANTY, OR REPRESENTATION, ORAL OR WRITTEN, PAST, PRESENT, FUTURE, AS TO, OR CONCERNING (i) THE NATURE AND CONDITION OF THE PROPERTY, INCLUDING BUT NOT BY WAY OF LIMITATION, THE WATER, SOIL, AND GEOLOGY, AND THE SUITABILITY THEREOF FOR ANY AND ALL ACTIVITIES AND USES WHICH GRANTEE MAY ELECT TO CONDUCT THEREON, (ii) THE MANNER, CONSTRUCTION, CONDITION, AND STATE OF REPAIR OR LACK OF REPAIR OF ANY OF THE PROPERTY, (iii) EXCEPT FOR ANY WARRANTIES CONTAINED IN THE DEED, THE NATURE AND EXTENT OF ANY RIGHT-OF-WAY, LEASE,

EXHIBIT B
PAGE 1 OF 3 PAGES



POSSESSION, LIEN, ENCUMBRANCE, LICENSE, RESERVATION, CONDITION OR OTHERWISE, AND (iv) THE COMPLIANCE OF THE PROPERTY OR ITS OPERATION WITH ANY LAWS, RULES, ORDINANCES, OR REGULATIONS OF ANY GOVERNMENT OF OTHER BODY, GRANTEE HEREBY EXPRESSLY ACKNOWLEDGES AND AGREES THAT GRANTEE HAS THOROUGHLY INSPECTED AND EXAMINED THE PROPERTY TO THE EXTENT DEEMED NECESSARY BY GRANTEE IN ORDER TO ENABLE GRANTEE TO EVALUATE THE PURCHASE OF THE PROPERTY. GRANTEE HEREBY FURTHER ACKNOWLEDGES AND AGREES THAT GRANTEE IS RELYING SOLELY UPON THE INSPECTION, EXAMINATION, AND EVALUATION OF THE PROPERTY "AS IS", "WHERE IS" AND "WITH ALL FAULTS" BASIS AND GRANTEE EXPRESSLY ACKNOWLEDGES THAT IN CONSIDERATION OF THE AGREEMENT OF GRANTOR HEREIN, EXCEPT AS OTHERWISE SPECIFIED HEREIN, GRANTOR MAKES NO WARRANTY OR REPRESENTATION, EXPRESS OR IMPLIED, OR ARISING BY OPERATION OF LAW, INCLUDING, BUT IN NO WAY LIMITED TO ANY WARRANTY OF CONDITION, HABITABILITY, MERCHANTABILITY, OR FITNESS FOR A PARTICULAR PURPOSE IN RESPECT OF THE PROPERTY. IT IS FURTHER AGREED THAT GRANTOR HAS NOT WARRANTED, AND DOES NOT HEREBY WARRANT, THAT THE PROPERTY OR ANY IMPROVEMENTS LOCATED THEREON NOW OR IN THE FUTURE WILL MEET OR COMPLY WITH THE REQUIREMENTS OF ANY SAFETY CODE OR REGULATION OF THE STATE OF TEXAS, THE CITY WHERE THE PROPERTY IS LOCATED, THE COUNTY WHERE THE PROPERTY IS LOCATED, OR ANY OTHER AUTHORITY OR JURISDICTION. IT IS FURTHER AGREED THAT GRANTOR DOES NOT MAKE ANY REPRESENTATIONS OR WARRANTIES REGARDING SOLID WASTE, AS DEFINED IN THE TEXAS SOLID WASTE DISPOSAL ACT AND THE REGULATIONS ADOPTED THEREUNDER OR THE U.S. ENVIRONMENTAL PROTECTION AGENCY REGULATIONS AT 40 C.F.R., PART 261, THE DISPOSAL OR EXISTENCE IN, OR EMANATING FROM THE PROPERTY, OR ANY HAZARDOUS SUBSTANCE, AS DEFINED BY THE COMPREHENSIVE ENVIRONMENTAL RESPONSE COMPENSATION AND LIABILITY ACT OF 1980, AS AMENDED, AND REGULATIONS PROMULGATED THEREUNDER. GRANTEE HEREBY ASSUMES ALL RISKS (SPECIAL, DIRECT, INDIRECT, CONSEQUENTIAL, OR OTHER DAMAGES) RESULTING OR ARISING FROM OR RELATING TO THE OWNERSHIP, USE, CONDITION, LOCATION, MAINTENANCE, REPAIR OR OPERATION OF THE PROPERTY.

Grantor, for the consideration, receipt of which is acknowledged, and subject to the reservations from and exceptions to conveyance and warranty, grants, sells and conveys to Grantee the property, together with all and singular the rights and appurtenances thereto in any wise belonging, to have and hold it to Grantee, Grantee's heirs, executor, administrators, successors or assigns forever. Grantor's heirs, executors, administrators and successors are hereby bound to warrant and forever defend all and singular the property to Grantee and Grantee's heirs, executors, administrators, successors and assigns against every person whomsoever lawfully claiming or to claim the same or any part thereof, except as to the reservations from and exceptions to conveyance and warranty, by, through or under Grantor, but not otherwise.

When the context requires, singular nouns and pronouns include the plural.

GREATER BROWNSVILLE INCENTIVES CORPORATION

by: /s/ Donald G. Johnson
DONALD G. JOHNSON,
Chairman of the Board

EXHIBIT B
PAGE 2 OF 3 PAGES

ACKNOWLEDGMENT

STATE OF TEXAS
COUNTY OF CAMERON

This instrument was acknowledged before me on February 28, 1997, by DONALD G. JOHNSON, Chairman of the Board of GREATER BROWNSVILLE INCENTIVES CORPORATION.



Notary Public, State of TEXAS

AFTER RECORDING RETURN TO:
TITAN WHEEL INTERNATIONAL, INC.
2701 Spruce Street
Quincy, Illinois 62301

PREPARED IN THE OFFICE OF:
MICHELE SANCHEZ, P.C.
717 North Expressway 83
Brownsville, Texas 78520

EXHIBIT B
PAGE 3 OF 3 PAGES