**BRIAN G. JANIS, P.C.**
ATTORNEY AT LAW
1325 PALM BOULEVARD, SUITE B
BROWNSVILLE, TEXAS 78520-7268

TEL. (956) 541-2168

FAX (956) 541-8663

United States District Court
Southern District of Texas
FILED

DEC 0 2 2004

Michael N. Milby
Clerk of Court

December 2, 2004

Hon. Michael N. Milby
United States District Court Clerk
Southern District Of Texas
United States Courthouse,
  Room 101
600 East Harrison Street
Brownsville, Texas 78520

RE:   Civil Action No. B-03-224
      Greater Brownsville Incentives
        Corporation (GBIC)
      vs. Titan International, Inc. (TITAN)
      United States District Court
      Southern District Of Texas
      Brownsville Division

Dear Mr. Milby:

   Please note that I, Brian G. Janis, Federal Admissions ID. No. 1201 (S.D. Tex.), counsel for GBIC (Plaintiff) in the above-referenced action, have relocated to the address set forth above (the telephone numbers have changed as well, as indicated); further, I have not been practicing with a firm since August, 2004.

   Also enclosed is a copy of said letter to be date-stamped and returned to me in the enclosed (self-addressed and metered) envelope.

   A copy of said letter has been forwarded to Defendant's counsel of record.

   Thank you for your assistance.

Hon. Michael N. Milby
December 2, 2004
Page 2

                                              Sincerely,

                                              Brian G. Janis

BGJ/arc
enc.

cc:   Mr. Ernest Gamez, Jr.
      Second Vice-President
      Greater Brownsville Incentives
        Corporation
      c/o 777 East Harrison Street
      Brownsville, Texas 78520

      Mr. Horacio Barrera
      (Former) President
      Greater Brownsville Incentives
        Corporation
      c/o 1201 East Van Buren Street
      Brownsville, Texas 78520

      Mr. Benancio "Ben" Medina, Jr.
      Administrator
      Greater Brownsville Incentives
        Corporation
      P. O. Box 911
      Brownsville, Texas 78522-0911
      (<u>For Board Distribution</u>)

      Mr. Jason C. Hilts, President/CEO
      Brownsville Economic Development
        Council, Inc.
      301 Mexico Street, Suite F-1
      Brownsville, Texas 78520

      Mr. James R. Goza, City Attorney
      City Of Brownsville, Texas
      P. O. Box 911
      Brownsville, Texas 78522-0911

Hon. Michael N. Milby
December 2, 2004
Page 3


    Mr. Michael Rodriguez, Attorney
    Rodriguez & Nicolas, L.L.P.
    319 East Elizabeth Street
    Brownsville, Texas 78520