UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 0 3 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| GREATER BROWNSVILLE INCENTIVES CORPORATION, Plaintiff, | § § § § |
| v. | § § CIV. ACTION NO. B-03-224 (636(c)) |
| TITAN INTERNATIONAL, Inc., Defendant. | § § § § |

## ORDER

The motion hearing in the above styled case set for December 9, 2004 at 02:00 PM is hereby cancelled. Furthermore, all motions currently awaiting decision in this case are to be held in abeyance pending the outcome of mediation.

IT IS SO ORDERED.

DONE at Brownsville, Texas, this 3rd day of December, 2004.

Felix Recio
United States Magistrate Judge