United States District Court
Southern District of Texas
FILED

**BRIAN G. JANIS, P.C.**
ATTORNEY AT LAW
1325 PALM BOULEVARD, SUITE B
BROWNSVILLE, TEXAS 78520-7268

DEC 0 8 2004

Michael N. Milby
Clerk of Court

TEL. (956) 541-2168

FAX (956) 541-8663

December 7, 2004

Hon. Michael N. Milby
United States District Court Clerk
Southern District Of Texas
United States Courthouse,
  Room 101
600 East Harrison Street
Brownsville, Texas 78520

                RE:   Civil Action No. B-03-224
                     Greater Brownsville Incentives
                       Corporation (GBIC)
                     vs. Titan International, Inc. (TITAN)
                     United States District Court
                     Southern District Of Texas
                     <u>Brownsville Division</u>

Dear Mr. Milby:

    This letter, which is filed in duplicate, is to be presented to the Presiding Judge in the referenced civil action to confirm that, in accordance with the orders of the Court, GBIC (Plaintiff) will participate in a mediation session in an effort to resolve the issues of this case.

    The Court having appointed Judge Don Wittig as the mediator, Judge Wittig has conversed with counsel for both parties, and the mediation has been set for January 11-12, 2005 (starting at 9:30 A.M.) at the offices of TITAN's (Defendant's) counsel.

    This letter is being filed to confirm the foregoing with the Court, the mediator and opposing counsel, as requested by Judge Wittig.

    Also enclosed is a copy of this letter to be date-stamped and returned to me in the enclosed (self-addressed and metered) envelope.

    A copy of this letter has been forwarded to Defendant's counsel of record.

    Thank you for your assistance.

Hon. Michael N. Milby
December 7, 2004
Page 2


                                    Sincerely,

                                    [signature]

                                    Brian G. Janis

BGJ/arc
enc.


cc:  Hon. Don Witting, (Retired) Judge         SENT BY REGULAR MAIL
        Mediator                                AND BY TELEFAX
     100 North San Roman Road                        (233-9060)
     Bayview, Texas 78566

     Mr. Ernest Gamez, Jr.
     Second Vice-President
     Greater Brownsville Incentives
        Corporation
     c/o 777 East Harrison Street
     Brownsville, Texas 78520

     Mr. Horacio Barrera
     (Former) President
     Greater Brownsville Incentives
        Corporation
     c/o 1201 East Van Buren Street
     Brownsville, Texas 78520

     Mr. Benancio "Ben" Medina, Jr.
     Administrator
     Greater Brownsville Incentives
        Corporation
     P. O. Box 911
     Brownsville, Texas 78522-0911
     (For Board Distribution)

     Mr. Jason C. Hilts, President/CEO
     Brownsville Economic Development
        Council, Inc.
     301 Mexico Street, Suite F-1
     Brownsville, Texas 78520

Hon. Michael N. Milby
December 7, 2004
Page 3

    Mr. James R. Goza, City Attorney
    City Of Brownsville, Texas
    P. O. Box 911
    Brownsville, Texas 78522-0911

    Mr. Michael Rodriguez, Attorney
    Rodriguez & Nicolas, L.L.P.
    319 East Elizabeth Street
    Brownsville, Texas 78520