United States District Court
Southern District of Texas
FILED

JAN 0 3 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GREATER BROWNSVILLE INCENTIVES CORPORATION, | § § | |
| Plaintiff | § | |
| VS. | § | CIVIL ACTION NO. B-03-224 |
| | § § | |
| TITAN INTERNATIONAL, INC., | § | |
| Defendant | § | |

### TITAN INTERNATIONAL, INC.'S NOTICE OF APPEAL

TO THE HONORABLE UNITED STATES MAGISTRATE JUDGE:

Notice is hereby given that Titan International, Inc. ("Titan") hereby appeals as of right, pursuant to 28 U.S.C. § 1292 (a)(1) and Federal Rule of Appellate Procedure 4 (a)(1)(A), to the United States Court of Appeals for the Fifth Circuit from the following interlocutory order of the Magistrate Judge: December 7, 2004 Amended Order Denying Plaintiff's Motion For Ancillary Injunctive Relief, attached hereto at Exhibit A.

Respectfully submitted,

RODRIGUEZ & NICOLAS, L.L.P.

By: /s/ Michael Rodriguez
Michael Rodriguez
State Bar No.00791553
Federal I.D. No. 18759
Henri E. Nicolas, Jr.
State Bar No. 24014808
Federal ID No. 26052
319 East Elizabeth Street
Brownsville, Texas 78520
Telephone: (956) 574-9333
Facsimile: (956) 574-9337

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all known counsel of record as set forth below on January 3, 2005, been forwarded to:

**VIA CMRRR No.70041160000140479431**
**& HAND DELIVERY**
Brian G. Janis
Brian G. Janis, P.C.
1325 Palm Blvd., Suite B
Brownsville, Texas 78520
Telephone (956) 541-2168
Facsimile (956) 541-8663

**VIA CMRRR No.70041160000140479448**
**& FACSIMILE**
James R. Goza
City Attorney, City of Brownsville, Texas
P.O. Box 911
Brownsville, Texas 78522
Telephone (956) 548-6011
Facsimile (956) 546-4291

Henri E. Nicolas, Jr.

# EXHIBIT A

United States District Court
Southern District of Texas
ENTERED

DEC 0 7 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GREATER BROWNSVILLE INCENTIVES CORPORATION, | § § | |
| Plaintiff | § | |
| VS. | § | CIVIL ACTION NO. B-03-224 |
| | § § § | |
| TITAN INTERNATIONAL, INC., | § | |
| Defendant | § | |

## AMENDED ORDER DENYING PLAINTIFF'S MOTION FOR ANCILLARY INJUNCTIVE RELIEF

On the 23rd day of November, 2004, came on to be considered Plaintiff Greater Brownsville Incentives Corporation's (hereinafter "Plaintiff" or "GBIC") Motion for Ancillary Injunctive Relief in the above-styled action (Dkt. No. 45). After consideration of the pleadings, motions, and arguments of counsel, this Court is of the opinion that Plaintiff's motion should be denied.

Temporary restraining orders and preliminary injunctions are extraordinary remedies and must be supported by specific findings of the Court.[1] The party seeking such extraordinary relief has the heavy burden of clearly showing that a preliminary injunction should be granted.[2] Thus, to successfully obtain a preliminary injunction, GBIC must demonstrate:

---

[1] *See Placid Oil Co. v. United States Dept. of Interior*, 491 F.Supp. 895, 904 (N.D. Tex. 1980).
[2] *See Lakedreams v. Taylor*, 932 F.2d 1103, 1107 (5th Cir. 1991); *Kern River Gas Transmission v. Coastal Corp.*, 899 F.2d 1458, 1462 (5th Cir. 1990); *Allied Mktg. Group, Inc. v. CDL Mktg., Inc.*, 878 F.2d 806, 809 (5th Cir. 1989); *Hardin v. Houston Chronicle Publ'g Co.*, 572 F.2d 1106, 1107 (5th Cir. 1978).

*Order Denying Plaintiff's Motion For Ancillary Injunctive Relief*     1

>   (1) a substantial likelihood of success on the merits of its claim;
>
>   (2) a substantial threat of irreparable injury or harm for which there is no adequate remedy at law;
>
>   (3) that the threatened injury to GBIC outweighs any harm that the injunction might cause to Titan; and
>
>   (4) that the injunction will not disserve the public interest.

*DSC Communications Corp. v. DGI Techs., Inc.*, 81 F.3d 597, 600 (5th Cir. 1996).[3] Injunctive relief must be denied unless the facts and law clearly favor the moving party.[4] Failure to meet the burden on any one of the four required elements requires denial of injunctive relief.[5] The court finds that Plaintiff has not met its burden in regards to the four required elements mentioned above. Thus denial of injunctive relief is proper.

It is therefore ORDERED that Plaintiff's Motion for Ancillary Injunctive Relief (Docket No. 45) is DENIED. It is FURTHER ORDERED that Defendant Titan International, Inc. give this Court twenty days notice before entering into any contractual agreement related to the property at issue in this suit. To be clear, this order prevents Titan International Inc. from selling, promising to sale, or otherwise encumbering the property without first giving the Court twenty days notice of its intent to do so.

IT IS SO ORDERED.

Done on this 16th day of December, 2004, at Brownsville, Texas.

Felix Recio
United States Magistrate Judge

---

[3] See also *Cherokee Pump & Equip., Inc. v. Aurora Pump*, 38 F.3d 246, 249 (5th Cir. 1994); *Canal Auth. of Florida v. Callaway*, 489 F.2d 567, 572 (5th Cir. 1974).
[4] See *Canal Auth. of Florida*, 489 F.2d at 573.
[5] *Miss. Power & Light Co. v. United Gas Pipe Line*, 760 F.2d 618, 621 (5th Cir. 1985); see also *Clements Wire & Mfg. Co. v. NLRB*, 589 F.2d 894, 897 (5th Cir. 1979).

```
Mon Jan  3 16:44:40 2005

UNITED STATES DISTRICT COURT

HOUSTON           , TX

Receipt No.   1 119514
Cashier          rosalind

Check Number:  1223

DØ Code    Div No
  4679       1

Sub Acct Type Tender    Amount
1:086900  N     2       105.00
2:510000  N     2       150.00

Total Amount       $    255.00

RODRIGUEZ e NICOLAS/319 E. ELIZABETH
ST/BROWNSVILLE, TX 78520

     NOTICE OF APPEAL FILING FEE/B-03-CV-
224
```

cn

```
Mon Jan  3 16:44:40 2005

Check No.  1223
Amount$   255.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4679
```