C.A. B03-224

# RODRIGUEZ & NICOLAS, L.L.P.
319 E. ELIZABETH STREET
BROWNSVILLE, TEXAS 78520
TELEPHONE: (956) 574-9333
FACSIMILE: (956) 574-9337


JAN 1 2 2005
U.S. MAGISTRATE

MICHAEL RODRIGUEZ
HENRI E. NICOLAS, JR.

Email:  michael@mrodriguez.com
hnicolas@mrodriguez.com

United States District Court
Southern District of Texas
FILED

January 11, 2005

JAN 1 3 2005

The Honorable Felix Recio
United States Magistrate Judge
600 E. Harrison St.
Brownsville, Texas 78520
**VIA HAND DELIVERY**

Michael N. Milby
Clerk of Court

Dear Judge Recio:

After a productive first day of mediation, the parties reached an agreement to temporarily recess the mediation until January 25, 2005, at 10:00 a.m. when a principal of Titan and other members of the Greater Brownsville Incentives Corporation could resume the mediation.

Please do not hesitate to call me if you have any questions or concerns which I can address.

Respectfully yours,

Henri E. Nicolas, Jr.
RODRIGUEZ & NICOLAS, L.L.P.

Brian G. Janis / by permission
BRIAN G. JANIS, P.C.

Cc:
**VIA FACSIMILE**
Brian G. Janis
THE LAW OFFICE OF BRIAN G. JANIS
1325 Palm Blvd., Ste. B
Brownsville, Texas 78520
Phone: (956) 541-2168
Fax (956) 541-8663