IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 2 8 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | |
|---|---|
| GREATER BROWNSVILLE INCENTIVES CORPORATION,<br>　　　Plaintiff<br>VS.<br><br>TITAN INTERNATIONAL, INC.,<br>　　　Defendant | §<br>§<br>§<br>§  CIVIL ACTION NO. B-03-224<br>§  　　　(636(c))<br>§<br>§<br>§ |

## AGREED ORDER ABATING CASE

On the 27th day of January 2005, the Court **ABATED** the above styled and numbered case for a period of time not to exceed one year. The parties will notify the Court of any circumstance requiring either reinstatement or dismissal of the case.

DONE on this 27th day of January, 2005 at Brownsville, Texas.

_____
UNITED STATES MAGISTRATE JUDGE

By: _____ (01-27-05)
Brian G. Janis
Federal I.D. No. 1201
State Bar No. 10570300
Brian G. Janis, P.C.
1325 Palm Blvd., Suite B
Brownsville, Texas 78520-7268
Telephone (956) 541-2168
Facsimile (956) 541-8663

ATTORNEY FOR GREATER
BROWNSVILLE INCENTIVES CORPORATION

By: /s/ _____
Michael Rodriguez
Federal I.D. No. 18759
State Bar No. 00791553
Henri E. Nicolas, Jr.
Federal ID No. 26052
State Bar No. 24014808
319 East Elizabeth Street
Brownsville, Texas 78520
Telephone: (956) 574-9333
Facsimile: (956) 574-9337

ATTORNEYS FOR TITAN INTERNATIONAL, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all known counsel of record as set forth below on January 27, 2005:

**FACSIMILE**
Brian G. Janis
Brian G. Janis, P.C.
1325 Palm Blvd., Suite B
Brownsville, Texas 78520-7268
Telephone (956) 541-2168
Facsimile (956) 541-8663

/s/ _____
Henri E. Nicolas, Jr.