APPEAL, MAG

# U.S. District Court
# Southern District of Texas (Brownsville)
# CIVIL DOCKET FOR CASE #: 1:03-cv-00224
# Internal Use Only

Greater Brownsville v. Titan International
Assigned to: Magistrate Judge Felix Recio
Demand: $0
Case in other court: 107th Judicial Distr, 03-00011-5493-A
Cause: 28:1332 Diversity-Declaratory Judgement

Date Filed: 12/12/2003
Jury Demand: Plaintiff
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

## Plaintiff

**Greater Brownsville Incentives Corporation**

represented by **Brian Gary Janis**
Attorney at Law
1325 Palm Blvd
Ste B
Brownsville, TX 78520-7268
956-541-2168
Fax: 956-541-5663
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James R Goza**
City of Brownsville
P O Box 911
Brownsville, TX 78520
956-548-6011
Fax: 956-546-4291 fax
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Titan International Inc**      represented by    **Edward Michael Rodriguez**
Attorney at Law
1000 E Madison
Brownsville, TX 78520
956-574-9333
Fax: 956-574-9337 fax
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Henri Eugene Nicolas**
Rodriguez & Nicolas LLP
319 E Elizabeth St
Brownsville, TX 78520
956-574-9333
Fax: 956-574-9337 fax
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/12/2003 | 1 | NOTICE OF REMOVAL by Titan International filed FILING FEE $ 150.00 RECEIPT # 118112 (rpinales) (Entered: 12/19/2003) |
| 12/12/2003 | 2 | Order setting Initial Pretrial and Scheduling Conference on 3:00 2/23/04 before Judge Hilda G. Tagle and Order to Disclose Interested Persons, filed. ( Signed by Judge Hilda G. Tagle ) Parties notified. (rpinales) (Entered: 12/19/2003) |
| 12/12/2003 | 3 | List of Counsel of Record of Titan International, Inc. |

| | | |
|---|---|---|
| | | filed. (rpinales) (Entered: 12/19/2003) |
| 12/12/2003 | 4 | Index of Documents filed with Defendants' Notice of Removal. (rpinales) (Entered: 12/19/2003) |
| 12/18/2003 | 5 | ANSWER and Affirmative Defenses to Complaint by Titan International (Added attorney ), filed. (mperez) (Entered: 12/22/2003) |
| 12/23/2003 | 6 | AMENDED ANSWER to Complaint and Affirmative Defenses by Titan International : amends [5-1] answer , filed. (rpinales) (Entered: 12/31/2003) |
| 01/06/2004 | 7 | CERTIFICATE OF INTERESTED PARTIES by Titan International , filed. (mperez) (Entered: 01/13/2004) |
| 01/09/2004 | 8 | MOTION to remand to the 107th Judicial District Court with exhibits by Greater Brownsville, Motion Docket Date 1/29/04 [8-1] motion , filed. (mperez) (Entered: 01/13/2004) |
| 01/09/2004 | 9 | MEMORANDUM by Greater Brownsville in support of [8-1] motion to remand to the 107th Judicial District Court , filed (mperez) (Entered: 01/13/2004) |
| 01/13/2004 | 10 | CERTIFICATE OF INTERESTED PARTIES by Greater Brownsville , filed. (mperez) (Entered: 01/13/2004) |
| 01/28/2004 | 11 | RESPONSE by Titan International to [8-1] motion to remand to the 107th Judicial District Court , filed. (rpinales) (Entered: 01/28/2004) |
| 02/06/2004 | 12 | JOINT DISCOVERY/Case Management Plan by Greater Brownsville, Titan International , filed. (rpinales) (Entered: 02/09/2004) |
| 02/09/2004 | 13 | ORDER reset scheduling conference for 2:00 2/19/04 before Judge Hilda G. Tagle , entered; Parties notified. ( signed by Judge Hilda G. Tagle ) (rpinales) (Entered: 02/09/2004) |
| | | |

| | | |
|---|---|---|
| 02/11/2004 | 14 | REPLY by Greater Brownsville to response to [8-1] motion to remand to the 107th Judicial District Court , filed (rpinales) (Entered: 02/13/2004) |
| 02/17/2004 | 15 | Amended REPLY by Greater Brownsville to response to [8-1] motion to remand to the 107th Judicial District Court , filed (rpinales) (Entered: 02/17/2004) |
| 02/20/2004 | 16 | ORDER transferring case to Magistrate Judge Felix Recio , to conduct all further proceedings, including final judgement. entered; Parties notified. ( signed by Judge Hilda G. Tagle ) (rpinales) (Entered: 02/20/2004) |
| 02/20/2004 | | **Terminated deadlines (rpinales) (Entered: 02/20/2004) |
| 02/20/2004 | 17 | Initial Pre-trial and Scheduling conference held before Magistrate Judge Felix Recio in Chambers. Attorney Brian G. Janis for the Plaintiff and E. Michael Rodriguez for the Defendant appeared. The parties agreed to the docket dates. A scheduling order will be issued. A hearing on the Motion to Remand is set for March 29, 2004 at 9:00 am. (rpinales) (Entered: 02/20/2004) |
| 02/20/2004 | 18 | SCHEDULING ORDER setting Amending of pleadings 5/14/04 ; Joining of parties 8/2/04 ; Pltf expert witness list submitted by 6/14/04 ; Deft expert witness list submitted by 7/14/04 ; Discovery cutoff 9/1/04 ; Deadline for filing all dispositive motions 9/1/04 ; Pretrial order to be submitted on or before 10/1/04 ; Final Pretrial Conference 2:00 11/2/04 Motion hearing before Magistrate Judge Felix Recio [8-1] motion to remand to the 107th Judicial District Court set at 9:00 am on March 29, 2004 before Judge Felix Recio , Motions for Extension of time to be filed by 09/16/04 Judge Felix Recio before Magistrate Judge Felix Recio , entered. Parties notified. ( Signed by Magistrate Judge Felix Recio ) (rpinales) (Entered: |

| | | |
|---|---|---|
| | | 02/23/2004) |
| 02/20/2004 | | Deadline updated; set motions hearing 2:00 9/15/04 before Magistrate Judge Felix Recio , set jury selection for 9:00 11/4/04 before Magistrate Judge Felix Recio (rpinales) (Entered: 02/23/2004) |
| 02/20/2004 | | CASE REFERRED to Magistrate Judge Felix Recio (rpinales) (Entered: 03/25/2004) |
| 03/29/2004 | 19 | Minute entry:Hearing on Plaintiff's Motion to Remand held. Apps: Brian G. Janis for Plaintiff; E. Michael Rodrigues for Defendant;. The Court addresses counsel and states some of the background of the case; B. Janis addresses the Court and states he proposes to enter Titan Tires of Texas as a party and will be doing so after a ruling is made on the Motion to Remand; Counsel proceeds to state that Titan Tires of Texas has an interest in the land; M. Rodriguez addresses the court and states Titan Tires of Texas owns the land on which Titan International sits on; Counsel states this is a case of diversity jurisdiction; The Court addresses B. Janis and states that more information is needed on Titan Tires of Texas and what interest they have , other than appearing on the deeds; The Court will retain jurisdiction; M. Rodriguez to submit an order as to the Court's ruling. . Ct Reporter: B. Vasquez, ERO . (rpinales) (Entered: 03/29/2004) |
| 04/06/2004 | 20 | ORDER denying [8-1] motion to remand to the 107th Judicial District Court , entered; Parties notified. ( signed by Magistrate Judge Felix Recio ) (rpinales) (Entered: 04/06/2004) |
| 05/14/2004 | 21 | SECOND AMENDED ANSWER to Complaint and Affirmative Defenses by Titan International : amends [6-1] answer , filed. (rpinales) (Entered: 05/14/2004) |
| 07/09/2004 | 22 | MOTION for summary judgment by Greater Brownsville, Motion Docket Date 7/29/04 [22-1] |

| | | motion , filed. (dahumada) (Entered: 07/12/2004) |
|---|---|---|
| 07/09/2004 | 23 | AFFIDAVIT of Arnold Benson by Greater Brownsville Re: [22-1] motion for summary judgment , filed (dahumada) (Entered: 07/12/2004) |
| 07/09/2004 | 24 | AFFIDAVIT of Attorney Brian G. Janis by Greater Brownsville Re: [23-1] affidavit , filed (dahumada) (Entered: 07/12/2004) |
| 07/09/2004 | 25 | EXHIBITS to [22-1] motion for summary judgment by Greater Brownsville , filed. (dahumada) (Entered: 07/12/2004) |
| 07/09/2004 | 26 | MEMORANDUM by Greater Brownsville in support of [22-1] motion for summary judgment , filed (dahumada) (Entered: 07/12/2004) |
| 07/21/2004 | 27 | NOTICE of attorney appearance for Titan International by Henri Eugene Nicolas, filed (dahumada) (Entered: 07/22/2004) |
| 07/21/2004 | 28 | MOTION to extend time to respond to to Plaintiff's Motion for Summary Judgment by Titan International, Motion Docket Date 8/10/04 [28-1] motion , filed. (dahumada) (Entered: 07/22/2004) |
| 07/21/2004 | 29 | MOTION to extend time to respond to Discovery Period by Titan International, Motion Docket Date 8/10/04 [29-1] motion , filed. (dahumada) (Entered: 07/22/2004) |
| 07/26/2004 | 30 | NOTICE TO THE COURT THAT DEFENDANT'S MOTIONS ARE UNOPPOSED by Titan International , filed (dahumada) (Entered: 07/26/2004) |
| 07/26/2004 | 31 | SCHEDULING ORDER setting ; Motions for Extension of Time 09/15/04;Motions Hearing 11/16/04;Joint Pretrial Order 12/03/04; A final Pretrial Conference 01/06/05 at 2:00;Jury Selection 01/07/05 at 9:00; Amending of pleadings 8/16/04 ; Joining of parties 10/1/04 ; Pltf expert witness list submitted by |

| | | |
|---|---|---|
| | | 8/16/04 ; Deft expert witness list submitted by 9/16/04 ; Discovery cutoff 11/1/04 ; Final Pretrial Conference 2:00 1/6/05 before Magistrate Judge Felix Recio , entered. Parties notified. ( Signed by Magistrate Judge Felix Recio ) (dahumada) (Entered: 07/27/2004) |
| 07/26/2004 | | Deadline updated; set pretrial order due for 12/3/04 , set final pretrial conference for 2:00 1/6/05 before Magistrate Judge Felix Recio , set jury selection for 1/7/05 before Magistrate Judge Felix Recio (dahumada) (Entered: 07/27/2004) |
| 07/26/2004 | 32 | ORDER granting [28-1] motion to extend time to respond to to Plaintiff's Motion for Summary Judgment Response to motion reset to 9/3/04 for [29-1] motion to extend time to respond to Discovery Period , entered; Parties notified. ( signed by Magistrate Judge Felix Recio ) (dahumada) (Entered: 07/27/2004) |
| 07/26/2004 | 33 | ORDER granting [29-1] motion to extend time to respond to Discovery Period set discovery due for 9/24/04 , entered; Parties notified. ( signed by Magistrate Judge Felix Recio ) (dahumada) (Entered: 07/27/2004) |
| 09/01/2004 | 34 | MOTION to extend time deadline to Respond to Plaintiff's Motion for Summary Judgment by Titan International, Motion Docket Date 9/21/04 [34-1] motion , filed. (dahumada) (Entered: 09/01/2004) |
| 09/02/2004 | ● 35 | ORDER granting 34 Motion for Extension of Time, granting 34 Motion Docket Date. It is Therefore Ordered that the Defendant's time to respond to Plaintiff's Motion for Summary Judgement is September 10, 2004.( Signed by Judge Felix Recio ) Parties notified.(dahumada, ) (Entered: 09/05/2004) |
| 09/10/2004 | ● 36 | Response to Plaintiff's Motion for Summary Judgment |

| | | |
|---|---|---|
| | | and Cross Motion for Summary Judgment by Titan International Inc, filed.(dahumada, ) Additional attachment(s) added on 9/14/2004 (lalaniz, ). (Entered: 09/10/2004) |
| 09/10/2004 | ● 37 | MOTION to Strike Affidavit of Brian G. Janis by Titan International Inc, filed. Motion Docket Date 9/10/2004. (dahumada, ) Additional attachment(s) added on 9/14/2004 (lalaniz, ). (Entered: 09/10/2004) |
| 09/10/2004 | ● 38 | MOTION to Strike Affidavit of Arnold Benson by Titan International Inc, filed. Motion Docket Date 9/10/2004. (dahumada, ) Additional attachment(s) added on 9/14/2004 (lalaniz, ). (Entered: 09/10/2004) |
| 09/16/2004 | ● 39 | DESIGNATION OF EXPERT WITNESS LIST by Titan International Inc , filed. (dahumada, ) (Entered: 09/17/2004) |
| 09/16/2004 | ● 40 | SUPPLEMENT to 22 Motion for Summary Judgment, Motion Docket Date by Greater Brownsville Incentives Corporation, filed.(dahumada, ) (Entered: 09/17/2004) |
| 10/19/2004 | ● 41 | MOTION to Strike 40 Supplemental Exhibits by Titan International Inc, filed. Motion Docket Date 11/8/2004. (Attachments: # 1 Proposed Order) (rpinales, ) (Entered: 10/19/2004) |
| 10/28/2004 | ● 42 | JOINT AND AGREED MOTION TO EXTEND Deadlines by Greater Brownsville Incentives Corporation, Titan International Inc, filed. Motion Docket Date 11/17/2004. (Attachments: # 1 Proposed Order)(bvasquez, ) (Entered: 10/29/2004) |
| 10/29/2004 | ● 43 | PLAINTIFF'S MOTION FOR ORDER THAT MATTERS ARE ADMITTED by Greater Brownsville Incentives Corporation, filed. Motion Docket Date 11/18/2004. (Attachments: # 1 Exhibit; # 2 Exhibit; # 3 Exhibit; # 4 Exhibit; # 5 Exhibit; # 6 Proposed Order; AND # 7 Proposed Order)(bvasquez, ) |

| | | (Entered: 11/01/2004) |
|---|---|---|
| 11/01/2004 | ● 44 | ORDER granting 42MOTION for Extension of Time Deadlines. IT IS THEREFORE ORDERED that the discovery deadline and all remaining deadlines in this action are extended by three (3) weeks. Discovery deadline 11/27/04; Motion deadline 11/22/04; Motions Hearing 12/09/04 at 2:00 PM; Joint Pretrial Order deadline 12/27/04; Final Pretrial Conference 02/01/05 at 2:00PM; Jury Selection 02/03/05 at 9:00AM before Judge Felix Recio( Signed by Judge Felix Recio ) Parties notified.(rpinales, ) (Entered: 11/01/2004) |
| 11/01/2004 | ● | ***Reset Deadlines as to, Motions Hearing set for 12/9/2004 at 02:00 PM in Courtroom 1 before Magistrate Judge Felix Recio (rpinales, ) (Entered: 11/01/2004) |
| 11/01/2004 | ● | ***Set/Reset Scheduling Order and Trial Settings: Discovery due by 11/22/2004 Dispositive Motion Filing due by 11/22/2004 Joint Pretrial Order due by 12/27/2004 Pretrial Conference set for 2/1/2005 at 02:00 PM in Courtroom 1 before Magistrate Judge Felix Recio Jury Selection set for 2/3/2005 at 09:00 AM in Courtroom 1 before Magistrate Judge Felix Recio (rpinales, ) (Entered: 11/01/2004) |
| 11/15/2004 | ● 45 | Plainitiff's MOTION Ancillary Injunctive Relief by Greater Brownsville Incentives Corporation, filed. Motion Docket Date 12/5/2004. (Attachments: # 1 Affidavit # 2 Exhibit 1# 3 Exhibit 2# 4 Proposed Order Temporary Restraining Order)(rpinales, ) (Entered: 11/16/2004) |
| 11/17/2004 | ● 46 | ORDER Setting Hearing on Motion 45 MOTION Ancillary Injunctive Relief:Motion Hearing set for 11/23/2004 at 02:00 PM in Courtroom 1 before Magistrate Judge Felix Recio.( Signed by Judge Felix Recio ) Parties notified.(rpinales, ) (Entered: 11/18/2004) |

| | | |
|---|---|---|
| 11/19/2004 | ● 47 | TITAN INTERNATIONAL, INC.'S RESPONSE to PLAINTIFF'S 43 MOTION FOR ORDER THAT MATTERS ARE ADMITTED, filed. (Attachments: # 1 Proposed Order)(bvasquez, ) (Entered: 11/19/2004) |
| 11/23/2004 | ● 48 | TITAN INTERNATIONAL, INC.'S, RESPONSE to PLAINTIFF'S 45 MOTION FOR Ancillary Injunctive Relief, filed by Titan International Inc. (Attachments: # 1 Proposed Order # 2 Exhibit List# 3 Exhibit 1# 4 Exhibit 2# 5 Exhibit 2# 6 Exhibit 3# 7 Exhibit 3# 8 Exhibit 3)(bvasquez, ) (Entered: 11/23/2004) |
| 11/23/2004 | ● 49 | Minute Entry for proceedings held before Judge Felix Recio. HEARING ON MOTION FOR ANCILLARY INJUCTIVE RELIEF held on 11/24/2004 denying 45 MOTION Ancillary Injunctive Relief. Appearances: Attorneys: Brian Gary Janis for the PLAINTIFF; Henri Eugene Nicolas AND Edward Michael Rodriguez FOR the Defendant. Mr. Janis argued his Motion for Ancillary Injunctive Relief. Mr. Nicolas responded and represented that TITAN is not in the process of selling the property at issue nor would they sell the property before the Court enters a judgment in this case. The Court STRUCK pleading No. 47. The Plaintiff was instructed to filed ach motion contained in the Pleading No. 47 separately. Mr. Nicolas' request to file said motions by November 29, 2004 GRANTED. Mr. Nicolas' oral motion to reschedule the December 9, 2004, motion hearing DENIED. Defendant TITAN was ordered to give the Court twenty (20) days notice before entering into any contract involving the property at issue in this suit,i.e., selling property or otherwise encumbering the property. GBIC's Motion for Ancillary Injunctive Relief was DENIED.(ERO:Dahlila Ahumlada), filed. (bvasquez, ) (Entered: 11/29/2004) |
| 11/24/2004 | ● 50 | TRANSCRIPT ORDER FORM by Titan International Inc. This is to order a transcript of: Motion for |

|  |  |  |
|---|---|---|
|  |  | Ancillary Injunctive Relief held on 11/23/04 before Judge Felix Recio. Court Reporter: Dahlila Ahumada, filed.(bvasquez, ) (Entered: 11/29/2004) |
| 11/29/2004 | ⬤ 51 | ORDER denying Plaintiff's Motion for Ancillary Injunctive Relief (Dkt 45). It is FURTHER ORDERED that the Defendant Titan International, Inc. give this Court twenty days notive before entering into any contractual agreement related to the property at issue in this suit. To be clear, this order prevents Titan International Inc., Titan Tire Corporation of Texas and General Electric Captial Corporation as their assignee, along with the subsidiaries, principal entities, other assignees, partners and associate companies of Titan Internantion, Inc. from selling, promising to sale or otherwise encumbering the property without first giving the Court twenty days notice of their intent to do( Signed by Judge Felix Recio ) Parties notified.(rpinales, ) (Entered: 11/30/2004) |
| 11/30/2004 | ⬤ 52 | Titan International, Inc.'s MOTION to Dismiss for failure to Join Necessary and Indispensable Parties by Titan International Inc, filed. Motion Docket Date 12/20/2004. (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Errata 1)(rpinales, ) (Entered: 12/01/2004) |
| 11/30/2004 | ⬤ 53 | Titan Internationa, Inc.'s MOTION for Summary Judgment by Titan International Inc, filed. Motion Docket Date 12/20/2004. (Attachments: # 1 Proposed Order # 2 Exhibit 1# 3 Exhibit 2# 4 Exhibit 3# 5 Exhibit 4# 6 Exhibit 4 continued# 7 Exhibit 4 continued# 8 Exhibit 5# 9 Exhibit 5 continued) (rpinales, ) (Entered: 12/01/2004) |
| 11/30/2004 | ⬤ 54 | TRANSCRIPT of Hearing on Motion For Ancillary Injunctive Relief held on 11/23/2004 before Judge Judge Felix Recio. Court Reporter: Dahlila Ahumada , filed. (rpinales, ) (Entered: 12/02/2004) |
|  |  |  |

| | | |
|---|---|---|
| 12/02/2004 | ● 55 | AFFIDAVIT of Rudy Hernandez, Jr. by Greater Brownsville Incentives Corporation, filed. (Attachments: # 1 Exhibit # 2 Exhibit A)(rpinales, ) (Entered: 12/02/2004) |
| 12/02/2004 | ● 56 | NOTICE of Change of Address by Brian G. Janis, P.C., attorney at law, 1325 Palm Boulevard, Suite B, Brownsville, TX 78520-7268, counsel for Greater Brownsville Incentives Corporation, filed. (Attorney Admissions notified 12/2/2004)(rpinales, ) (Entered: 12/03/2004) |
| 12/03/2004 | ● 57 | ORDER. The motion hearing in the above styled case set for December 9, 2004 at 2:00 PM is hereby cancelled. Furthermore, all motions currently awaiting decision in this case are to be held in abeyance pending the outcome of mediation. .( Signed by Judge Felix Recio ) Parties notified.(bvasquez, ) (Entered: 12/03/2004) |
| 12/03/2004 | | ***Deadlines terminated. (Motion Hearing for 12/9/04 at 2:00 PM is hereby cancelled) as per order dated December 3, 2004. (bvasquez, ) (Entered: 12/03/2004) |
| 12/03/2004 | ● 58 | ORDER. The Court has determined that this cause of action is appropriate for mediation under Local Rule 16.4 and refers this case to the following mediator: Mr. Don Wittig, Judge Retired, (956) 266-8675, (956) 233-9060 (Fax)). Mediation is a mandatory but non-binding settlement conference in which the parties attempt to resolve their differences with the assistance of a third-party mediator. Within five (5) business days from the date of this Order, all counsel must contact the mediator to arrange the details of mediation. If the parties and the mediator cannot agree on a date, the mediator will select a date, and the parties shall appear as directed by the mediator Mediation shall occur no later than thirty (30) days from the date of this Order. All proceedings in a |

| | | |
|---|---|---|
| | | mediation session are confidential and privileged from discovery. NO subpoena, summons or discovery paper shall be served at or near the location of any mediation session, upon any person enering, leaving or attending any mediation session. The mediator and the parties will determine the fee for the mediation. The fee is to be divided and borne equally by the parties unless otherwise agreed to or ordered. All dates of the Rule 16 scheduling order are temporarily suspended. If mediation is unsuccessful, an amended scheduling order will be entered. Immediately after the mediation, the mediator will report to the court via telepone or e-mail whther or not the mediation was successful. Thereafter, the mediator will find with the court a memorandum as required by Local Rule 16.4K. All parties shall mediate in good faith. It is expected that lead counsel and parties, or representatives of corporate parties, must be present at the conference with full authorization to accomplish settlement of this case. .( Signed by Judge Felix Recio ) Parties notified. (bvasquez, ) (Entered: 12/03/2004) |
| 12/07/2004 | 59 | AMENDED ORDER DENYING PLAINTIFF'S MOTION FOR ANCILLARY INJUNCTIVE RELIEF. It is therefore ORDERED that Plaintiff's Motion for Ancillary Injunctive Relief (Docket No. 45) is DENIED. It is FURTHER ORDERED that Defendant Titan International, Inc. give this Court twenty days notice before entering into any contractual agreement related to the property at issue in this suit. To be clear, this order prevents Titan International Inc. from selling, promising to sale, or otherwise encumbering the property without first giving the Court twenty days notice of its intent to do so. IT IS SO ORDERED. .( Signed by Judge Felix Recio ) Parties notified.(bvasquez, ) (Entered: 12/07/2004) |
| 12/08/2004 | 60 | Letter from Brian Janis re: participation in mediation , |

|            |       |                                                                                                                                                                                                                                                                                                  |
|------------|-------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |       | filed. (bvasquez, ) (Entered: 12/10/2004)                                                                                                                                                                                                                                                        |
| 01/03/2005 | ⬤ 61  | NOTICE OF APPEAL to US Court of Appeals for the Fifth Circuit re 59 Order,, by Titan International Inc. Filing fee $ 255, filed.(dahumada, ) (Entered: 01/04/2005)                                                                                                                                |
| 01/13/2005 | ⬤ 62  | Letter from Henri E. Nicolas and Brian G. Janis re: Temporarily recess the mediation , filed. (bvasquez, ) (Entered: 01/14/2005)                                                                                                                                                                 |
| 01/14/2005 | ⬤ 63  | TRANSCRIPT ORDER FORM by Titan International Inc. This is to order a transcript of Hearing on Plaintiffs Motion for Ancilliary Injunctive Relief held on 11/24/04 before Judge Magistrate Judge Felix Recio. Court Reporter: D Ahumada, filed.(bvasquez, ) (Entered: 01/19/2005)                  |
| 01/27/2005 | ⬤ 64  | PROPOSED Agreed ORDER Abating Case , filed. (rpinales, ) (Entered: 01/28/2005)                                                                                                                                                                                                                   |
| 01/28/2005 | ⬤ 65  | ORDER Abating Case; On the 27th day of January 2005, the Court ABATED the above styled and numbered case for a perion fo time not to exceed one year. Parties will notify the Court of any circumstatnce requiring either reinstatement or dismissal of the case. 64 Proposed Order.( Signed by Judge Felix Recio ) Parties notified.(rpinales, ) (Entered: 01/31/2005) |