# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

United States District Court
Southern District of Texas
FILED

APR 2 5 2005

Michael N. Milby
Clerk of Court

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

April 21, 2005

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

      No. 05-40199 Greater Brownsville v. Titan Intl Inc
      USDC No. 1:03-CV-224

Enclosed is a certified copy of the judgment issued as the mandate.

Record/original papers/exhibits are returned:

( 5 ) Volumes   ( ) Envelopes   ( ) Boxes

      Sincerely,

      CHARLES R. FULBRUGE III, Clerk

      By: _____
      Jodi Rodrigue, Deputy Clerk
      504-310-7718

cc: w/encl:
    Mr Edward Michael Rodriguez
    Mr James R Goza
    Mr Brian Gary Janis

MDT-1

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

**U.S. COURT OF APPEALS**
**FILED**
**APR 21 2005**
**CHARLES R. FULBRUGE III**
**CLERK**

No. 05-40199

United States District Court
Southern District of Texas
FILED

APR 2 5 2005

Michael N. Milby
Clerk of Court

GREATER BROWNSVILLE INCENTIVES CORPORATION

Plaintiff - Appellee

versus

TITAN INTERNATIONAL INC

Defendant - Appellant

- - - - -

Appeal from the United States District Court for the
Southern District of Texas (Brownsville)

- - - - -

ORDER:

ON CONSIDERATION of the motion to stay further proceedings in this cause, IT IS ORDERED that pursuant to 5TH CIR. R. 42.4 this appeal is hereby dismissed without prejudice to the right of either party to reinstate the appeal by letter to the Clerk of this Court within 180 days from this date. Unless the appeal is reinstated within that time, or the foregoing 180 day time period is extended, the appeal will be considered dismissed with prejudice.*

/s/ Charles R. Fulbruge III
CHARLES R. FULBRUGE III
CLERK OF COURT
ENTERED AT THE DIRECTION OF THE COURT

---

*An additional period of 180 days from the expirational date will be allowed for applying for relief from a dismissal with prejudice resulting from mistake, inadvertence or excusable neglect of counsel or a pro se litigant.

A true copy
Test:
Clerk, U.S. Court of Appeals, Fifth Circuit
By_____
Deputy APR 21 2005
New Orleans, Louisiana