IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| GREATER BROWNSVILLE INCENTIVES CORPORATION, <br> Plaintiff <br> VS. <br><br><br> TITAN INTERNATIONAL, INC., <br> Defendant | § <br> § <br> § <br> § CIVIL ACTION NO. B-03-224 <br> § <br> § <br> § <br> § |

## JOINT AND MUTUAL DISMISSAL (MOTION)

TO THE HONORABLE DISTRICT COURT:

Plaintiff Greater Brownsville Incentives Corporation and Defendant Titan International, Inc., move the Court to dismiss all causes of action by and between Plaintiff and Defendant with prejudice, and in support thereof respectfully show the Court the following:

All matters in controversy between Plaintiff and Defendant have been fully and finally settled.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Greater Brownsville Incentives Corporation and Defendant Titan International, Inc., request this Court to enter an ORDER dismissing their claims. All costs of court will be taxed against the party incurring same.

RESPECTFULLY SUBMITTED,
RODRIGUEZ & NICOLAS, L.L.P.

By: _____
Michael Rodriguez
State Bar No.00791553

Federal I.D. No. 18759
Henri E. Nicolas, Jr.
State Bar No. 24014808
Federal ID No. 26052
319 East Elizabeth Street
Brownsville, Texas 78520
Telephone: (956) 574-9333
ATTORNEYS FOR DEFENDANT

BRIAN G. JANIS P.C.

By: /s/ Brian G. Janis   01-16-06
Brian G. Janis
State Bar No. 10570300
Federal ID No. 1201
1325 Palm Blvd., Suite B
Brownsville, Texas 78520-7268
Telephone: (956) 541-2168
ATTORNEY FOR PLAINTIFF

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all known counsel of record as set forth below on ~~December~~ January _____ 2006. HEN

**VIA REGULAR MAIL & HAND DELIVERY**
Brian G. Janis
Brian G. Janis, P.C.
State Bar No. 10570300
Federal ID No. 1201
1325 Palm Blvd., Suite B
Brownsville, Texas 78520-7268
Telephone: (956) 541-2168

Henri E. Nicolas, Jr.
State Bar No. 24014808
Federal ID No. 26052
319 East Elizabeth Street
Brownsville, Texas 78520
Telephone: (956) 574-9333

/s/ Henri E. Nicolas, Jr.
Henri E. Nicolas, Jr.