IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| GREATER BROWNSVILLE INCENTIVES CORPORATION,<br>    Plaintiff<br>VS.<br><br>TITAN INTERNATIONAL, INC.,<br>    Defendant | §<br>§<br>§<br>§ CIVIL ACTION NO. B-03-224<br>§<br>§<br>§<br>§ |

## ORDER GRANTING JOINT AND MUTUAL DISMISSAL

BE IT REMEMBERED that on this ____ day of _____ 2005, the Court having considered the Joint and Mutual Dismissal (Motion) submitted by the parties, the same is GRANTED. The parties' claims, causes of action, and complaints are DISMISSED with prejudice.

Pursuant to *Kokkonen v. Guardian Life Ins. Co.,* 511 U.S. 375, 114 S.Ct. 1673, 128 L.Ed.2d 391 (1994), the Court retains jurisdiction to enforce the terms of the settlement.

                                                                                        _____
                                                                                        U.S. MAGISTRATE JUDGE