IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 0 2 2006

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| GREATER BROWNSVILLE INCENTIVES CORPORATION, | § § § | |
| Plaintiff | § | |
| VS. | § § § § | CIVIL ACTION NO. B-03-224 (636(c)) |
| TITAN INTERNATIONAL, INC., Defendant | § § | |

## ORDER GRANTING JOINT AND MUTUAL DISMISSAL

BE IT REMEMBERED that on this 1st day of February 2005, the Court having considered the Joint and Mutual Dismissal (Motion) submitted by the parties, the same is GRANTED. The parties' claims, causes of action, and complaints are DISMISSED with prejudice.

Pursuant to *Kokkonen v. Guardian Life Ins. Co.,* 511 U.S. 375, 114 S.Ct. 1673, 128 L.Ed.2d 391 (1994), the Court retains jurisdiction to enforce the terms of the settlement.

_____
U.S. MAGISTRATE JUDGE